UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LYNORE HORN, Plaintiff | ) | CA 07-07 142S |
| v. | ) | |
| SOUTHERN UNION GAS COMPANY NEW ENGLAND GAS COMPANY Defendants. | ) | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1332, 1441 and 1446, Defendants, Southern Union Gas Company and New England Gas Company, by and through their undersigned attorneys, submit this Notice of Removal and state as follows:

1. On or about April 2, 2007, the above-captioned action was filed by the Plaintiff against Defendants in the Superior Court of Rhode Island, Providence County (the "State Court"), entitled *Lynore Horn v. Southern Union Gas Company and New England Gas Company*, C.A. No. PC07-1718. Plaintiff served the Complaint on CT Corporation System, Providence, RI, as authorized agent of Southern Union Company, on April 2, 2007. The action is now pending in the Superior Court. A copy of the Summons and Complaint, (collectively the "Pleadings") that were filed in the Superior Court are attached hereto as Exhibit A, and constitute all process, pleadings and orders purportedly served in the action.

2. The District of Rhode Island embraces the place where the State Court action is pending. *See* 28 U.S.C. § 1446(a).

3. This action arises under the laws of the United States, and therefore this Court has original jurisdiction pursuant to 28 U.S.C. § 1331. The complaint filed in this action purports to

causes of action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e et seq. and/or the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq.

4. This action involves parties of diverse citizenship and the amount in controversy exceeds the sum of $75,000, and therefore this Court has original jurisdiction pursuant to 28 U.S.C. § 1332. Defendant Southern Union Company is a Delaware corporation with its principal place of business in Wilkes-Barre, Pennsylvania and therefore is a citizen of the States of Delaware and Pennsylvania for purposes of 28 U.S.C. § 1332. Defendant New England Gas Company is a fictitious business name for Southern Union Company and is therefore also considered a citizen of the States of Delaware and Pennsylvania for purposes of 28 U.S.C. § 1332.

5. This Notice of Removal is being filed with this Court within thirty (30) days after Defendants first received a copy of a pleading, amended pleading, motion, order or other paper from which it could first ascertain that the action was removable.

6. Written notice of filing of this Notice of Removal will be given to Plaintiff, and a copy will be filed in the State Court, as required by 28 U.S.C. § 1446(d).

7. In filing this Notice of Removal, Defendants do not waive any defenses that may be available to them.

WHEREFORE, Defendants, Southern Union Company and New England Gas Company respectfully submit that this Notice of Removal complies with the statutory removal requirements and respectfully requests that the action now proceeding against them, entitled *Lynore Horn v. Southern Union Gas Company and New England Gas Company*, C.A. No. PC07-1718, be removed from the Superior Court of the State of Rhode Island, Providence County; that

this action proceed in this Court as a properly removed action and that the Defendants have such other and further relief as this Court may deem just and proper.

Dated: April 17th, 2007

Defendants,

SOUTHERN UNION COMPANY and
NEW ENGLAND GAS COMPANY,

By their Attorneys,

NIXON PEABODY LLP

Neal J. McNamara MJFrankel

Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, Rhode Island 02903
(401) 454-1000
(401) 454-1030 (Facsimile)

CERTIFICATION

The undersigned hereby certifies that a true copy of the within document was served by certified mail, return receipt requested, this 17th day of April, 2007 to:

Lynore Horn
88 Alger Avenue
East Greenwich, RI 02821

Paula K. Gordon