**STATE OF RHODE ISLAND**
**PROVIDENCE, SC.**

**SUPERIOR COURT**

---

LYNORE HORN
Plaintiff,

v.

C.A.No. PC-07-1718

SOUTHERN UNION GAS COMPANY
NEW ENGLAND GAS COMPANY
Defendants.

---

## COMPLAINT

1. This complaint arises out of allegations That the plaintiff was fired due to an employment retaliatory injury that caused a disability.

### PARTIES

2. Plaintiff, Lynore Horn (Plaintiff ) is a female citizen of the United States and a resident of the State of Rhode Island .

3. Defendant , New England Gas Company ("New England Gas " ) is a division of Defendant Southern Union and one of its local gas distribution companies doing business in the State of Rhode Island .

4. The Plaintiff was employed by the Defendant "New England Gas " and Predecessor Providence Gas company since about 1989.

### COUNT 1
### Title VII , The American s with Disabilities act

5. The Vice President Of Human Resources was aware of Retaliation , (Hostile work Environment ) Any job the plaintiff applied for she was denied – even union jobs that allow a 3 month trail basis .

6. The plaintiff was threatened on 12/07/2004 -a gun was seen at the Dexter street location

7. As of 12- 07 -2005 , The plaintiff was fired if she did not return to the same location – same job – same boss – where the gun was located .

8. The New England gas company was aware a complaint was made in 1994 - a gun was held to the plaintiff s head also at the Dexter street location

9. The Defendant's were aware that the plaintiff was under hospital care for PTSD

10. The plaintiff was fired with no other job offered – and no allowance for the PTSD

**PRAYER FOR RELIEF –**

Plaintiff prays that this court :
1) Declare that the defendants' actions complained of are unlawful
2) Order to make the Plaintiff whole
3) Order that the defendants pay Plaintiff compensatory damages
4) Retain the jurisdiction of this action to ensure full compliance
5) Order the Defendants to pay Plaintiff costs and expense related to court costs
6) Grant other relief to Plaintiff as the court deems just and Proper .

**JURY TRIAL DEMAND**

Plaintiff demands a trial by jury

Let it be known by this court that the Human rights commission was notified 2-22-06 and sent a Right to sue letter 2-10-07 as attached .

Plaintiff is represented Pro Se at this time
Plaintiff Pro Se Lynore Horn
88 Alger Ave East Greenwich RI 02821
(401) 261-8874

Dated : 3-30-2007.

# State of Rhode Island and Providence Plantations
## SUPERIOR COURT

[X] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. PC 07-1718

Lynore C. Horn
Plaintiff

Southern Union Gas/New England Gas
Defendant

**Summons**

*To the above-named Defendant:* New England Gas Company

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Pro se Lynore Horn Plaintiff's attorney, whose address is 88 Alger Ave East Greenwich RI 02821 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature]
CLERK

Dated: 3/30/2007

(Seal of the Superior Court)

S- 135 (REV. 10/00)

2007 APR -2 P 3: 11

# State of Rhode Island and Providence Plantations

Providence SC

## PROOF OF SERVICE

I hereby certify that on the ........ day of March 2007 I served a copy of this summons and a copy of the complaint received therewith upon New England Gas Co. - Southern Union Gas - Pres George Lindemann in the following manner:

By delivering a copy of the summons and complaint to him/her personally.

By leaving a copy of the summons and complaint at his/her dwelling house, ........ (Address) ........, with a person of suitable age and discretion then residing therein.

By leaving a copy of the summons and complaint at his/her usual place of abode, ........, with a person of suitable age and discretion then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely CT Corporation Systems

such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

10 Weybosset st. Providence R.I. (9th Floor)

Sheriff's Fees

Travel ........ $........

Service ........ $........

Served 4/6/07 3:10 pm. Summons + complaint. $........

........ Deputy Sheriff

To Anne Casale, Rec'd 4/2 CT Rep

CIVIL ACTION

FILE NO. ........

SUMMONS

SUPERIOR COURT

Lynore Horn

vs

Southern Union Gas Co. and New England Gas Co.

Pro se - Lynore Horn

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.