STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-1718 LYNORE HORN V SOUTHERN UNION GAS COMPANY

Filing Date: 04-02-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: CIVIL RIGHTS/JOB DISCRIMIN
Status Date: 04-17-2007

Plaintiff: LYNORE HORN
ID: @10897349

Attorney: PRO SE

Defendant: SOUTHERN UNION GAS COMPANY
ID: @10897350
Defendant: NEW ENGLAND GAS COMPANY
ID: @10897351

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 04-02-2007 | COMPLAINT FILED | |
| 04-02-2007 | INITIAL FILING FEE | |
| 04-02-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP245957. |
| 04-02-2007 | SUMMONS | Affiliated: SOUTHERN UNION GAS COMPANY |
| 04-02-2007 | PROOF OF SERVICE FILED | SERVED NEW ENGLAND GAS CO. - SOUTHERN UNION GAS - PRES GEORGE LINDEMANN |
| 04-17-2007 | NOTICE OF REMOVAL | |
| 04-17-2007 | CASE REMVD TO US DISTRICT CT | DISTRICT COURT# 07-142S |
| 04-17-2007 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island