UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LYNORE HORN,<br>Plaintiff, | : | |
| v. | : | C.A. No. 07-142S |
| SOUTHERN UNION GAS CO.<br>& NEW ENGLAND GAS CO.,<br>Defendants. | : | |

**ANSWER**

Answering Plaintiff Lynore Horn's Complaint in the above-captioned matter, Defendants Southern Union Co. and New England Gas Co. ("Defendants") state as follows:

1. To the extent the allegations set forth in paragraph 1 require a response, Defendants deny such allegations.

2. Defendants admit the allegations set forth in paragraph 2.

3. Defendants admit the allegations set forth in paragraph 3 with respect to all times relevant to Plaintiff's Complaint.

4. Defendants admit the allegations set forth in paragraph 4.

5. Defendants deny the allegations set forth in paragraph 5.

6. Defendants deny the allegations set forth in paragraph 6.

7. Defendants deny the allegations set forth in paragraph 7.

8. Defendants deny the allegations set forth in paragraph 8.

9. Defendants deny the allegations set forth in paragraph 9.

10. Defendants deny the allegations set forth in paragraph 10.

FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

SECOND DEFENSE

Plaintiff or third parties not under the control of Defendants caused Plaintiff's losses, if any.

THIRD DEFENSE

Defendants acted in good faith at all times.

FOURTH DEFENSE

Plaintiff employment with Defendants was "at will" and could be terminated by either party at any time for any reason.

FIFTH DEFENSE

Defendants took no retaliatory action against Plaintiff.

SIXTH DEFENSE

Plaintiff abandoned her employment voluntarily and without cause.

SEVENTH DEFENSE

Plaintiff has failed to mitigate her damages.

EIGHTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the equitable doctrines of waiver, estoppel and/or laches.

NINTH DEFENSE

Plaintiff's claims are barred or limited to the extent they are based upon incidents occurring outside the applicable limitations periods.

TENTH DEFENSE

To the extent an unlawful employment practice is established, Defendants would have taken the same action in the absence of any unlawful motivating factor.

ELEVENTH DEFENSE

Defendants terminated Plaintiff's employment for legitimate, non-discriminatory reasons.

TWELFTH DEFENSE

Plaintiff was not a qualified person with a disability.

THIRTEENTH DEFENSE

Defendants did not mistakenly regard Plaintiff as a person with a disability.

DEFENDANTS,

SOUTHERN UNION CO. and
NEW ENGLAND GAS CO.,

By their Attorneys,

NIXON PEABODY LLP

/s/ Neal J. McNamara
Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, Rhode Island 02903
(401) 454-1000
(401) 454-1030 (Facsimile)
nmcnamara@nixonpeabody.com
mfrankel@nixonpeabody.com

CERTIFICATION

The undersigned hereby certifies that a true copy of the within document was served regular mail, postage prepaid, this 25th day of April, 2007 to:

Lynore Horn
88 Alger Avenue
East Greenwich, RI 02821

/s/ Neal J. McNamara