UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

LYNORE HORN

Plaintiff

v. C.A.NO. 07-142S

SOUTHERN UNION GAS COMPANY
NEW ENGLAND GAS COMPANY

Defendants

PLAINTIFF'S PRE-TRIAL STATEMENT

The Plaintiff has brought a Three- count complaint. They are set forth below.

Timely filed and the plaintiff is of a protected class .

**(1) Disability Discrimination**

The Plaintiff is a member of a protected class; An employer must reasonably accommodate a qualified individual with a disability unless the employer can demonstrate that the accommodation would impose an undue hardship on the operation of the business. – Barnett v US Air, Inc 196 F.3d 979 (9th Cir.2000)

A plaintiff must prove the three pronged definition of disability –Employers prior knowledge. Documented history of impairment –The EEOC – enforcement includes PTSD as a psychiatric disability.-Also impairment of a major life activity. Some courts consider concentrating –sleeping – breathing –anxiety

As in: Battle v United Parcel Serv: Inc 438 F.3d 856 (8th Cir.2006)

Reasonable accommodation: is defined to include, among other things: job restructing Part-time or modified work schedules and reassignment to a vacant position see: 42 U.S.C. & 12111(9) (b). The record reveals no such offers of accommodation were made or even attempted.

<u>Constructive Discharge</u> – That is creating a work environment so hostile that a reasonable person would be forced to quit – as in Pennsylvania state Police v Suders – The Supreme court held that " unendurable working conditions " are functionally the same as discharge . The plaintiff will establish aggravating factors such as continuous and severe pattern of discriminatory treatment – singled out – because disparate treatment based on her condition.

<u>Timing of employers adverse actions</u>: Some courts have held that the timing of employer's adverse employment action can raise an inference of unlawful discrimination as In "Katz v City of Columbus "

**<u>Equal Pay Act</u>:** 3 years for **<u>willful violations</u>** Calculation of front pay. Length of plaintiff prior employment permanency of position – age – expected retirement. See: Bizelli v Parker Amchen 17F Supp 2d 949-: 954 – N2 (E.D.M.1998) or Salitros v Chrysler Corp 306 F 3d 562 (8th Cir 2002)

The Eighth Circuit held "Employment marred by hostility is not substantially equivalent to an otherwise similar position in an amiable environment "Mathieu, 273 F3d at 784

The court is well aware of the travel of the cases (04-434S) and now (07-142S)

The government is mindful – that the court has an interest in ensuring that matters

Do not lie fallow on its docket and that justice is best served when matters are efficiently Moved toward resolution.

This Plaintiff Pro Se has followed the Judges orders: by contacting the Defendant's Council ( Neal McNamara) prior to Conference and also contacted Berry Mitchell ADR Administrator: For a three way conversation on the possibility of a neutral intervener – non binding – and at no cost.

The conversation ended with Attorney McNamara: having to discuss this with his client That was on May 7 2007 – with no reply as of May 16, 2007 as far as the plaintiff pro se –has heard

We are to inform the court whether we desire an ADR administrator or a conference with the Magistrate Judge. Since The Pro Se has been 3 years in the court and has never met The Honorable Judge Smith – The U. S, District Judge who sent her to the Supreme Court: It is and would be an honor to have a conference with him

Unless I am told otherwise: May 18, 2007 at 2 pm. The Pro Se will be in a pretrial conference.

This plaintiff Pro Se Has No Objection to the court appointed ADR Program

Please contact if Conference is cancelled (401)261-8874

Plaintiff Pro Se
Lynore Horn
88 Alger Ave East Greenwich
02821

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 16, 2007 a copy of the foregoing was faxed to : Nixon And Peabody –Neal McNamara, Esquire .