# EXHIBIT B

To The Attention Of:

Attorney Neal j. McNamara
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903

Fax: (401) 454-1030

Re: Lynore Horn vs. Southern Union Gas (New England Gas)

Lynore Horn Pro se
88 Alger Ave
East Greenwich, RI 02821

Phone: (401) 261-8874

Nixon Peabody
Attorney Neal McNamara
One Citizens Plaza
Providence RI 02903

Attorney McNamara
Received the Defendants first set of Interrogatories - . I am working on my responses – also My First Set of Interrogatories.

My reason for writing is that: Documents to be Produced is Easy to understand: until #14; could you rephrase what you are looking for – Paragraph 6 -7 (Where – when...) Numbers 14 -19.
Could you rephrase – be more exact with # 14 – 19
Thank you ...
You will be receiving my work – shortly – with a list of people to depose.

Thank You –
As always ... Your Honorable Pro Se
Lynore Horn
88 Alger Ave East Greenwich 02821
401-261-8874