# EXHIBIT C

NIXON PEABODY LLP
ATTORNEYS AT LAW

One Citizens Plaza
Suite 500
Providence, Rhode Island 02903-1345
(401) 454-1000
Fax: (401) 454-1030

Neal J. McNamara
Direct Dial: (401) 454-1019
E-Mail: nmcnamar@nixonpeabody.com

June 20, 2007

**CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Lynore Horn
88 Alger Avenue
East Greenwich, RI 02818

RE: Lynore Horn v. Southern Union Company, et al.; C.A. No. 07-142S

Dear Lynore:

I write in response to your facsimile letter dated June 12, 2007, requesting clarification of certain Requests for Production of Documents sent to you on or about May 31, 2007.

Request number 6 simply requires production of any documents in your control or possession sent *by* you (or anyone acting on your behalf) to the Rhode Island Commission for Human Rights and/or the Equal Employment Opportunity Commission, or any documents sent *to* you (or anyone acting on your behalf) by either of those agencies. Any documents *memorializing* any communications between you and either of those agencies (e.g., handwritten notes) are also included in this request.

Request number 7 simply requires production of any documents in your control or possession sent *by* you (or anyone acting on your behalf) to Southern Union Co., New England Gas Co., Providence Gas, National Grid, or any other affiliated corporation or entity, or any documents sent *to* you (or anyone acting on your behalf) by any of those corporations or entities. Any documents *memorializing* any communications between you and any of those corporations or entities (e.g., handwritten notes) are also included in this request.

Requests numbers 14 through 19 simply requires production of any documents in your possession or control upon which you *base* the allegations in your complaint or upon which you *will rely in attempting to prove* the allegations in your complaint. For example, in paragraph 9 of the complaint, you state: "The Defendant's were aware that the plaintiff was under hospital care for PTSD." Request number 18 requires production of any documents in your control or

possession that you believe supports this allegation. The other requests should be answered accordingly.

Please let me know if you have any further questions. Thank you.

Sincerely,

Neal J. McNamara

NJM/mjf