# EXHIBIT E

C

NIXON PEABODY LLP
ATTORNEYS AT LAW

One Citizens Plaza
Suite 500
Providence, Rhode Island 02903-1345
(401) 454-1000
Fax: (401) 454-1030

Neal J. McNamara
Direct Dial: (401) 454-1019
E-Mail: nmcnamar@nixonpeabody.com

July 27, 2007

**CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Lynore Horn
88 Alger Avenue
East Greenwich, RI 02818

RE: Lynore Horn v. Southern Union Company, et al.; C.A. No. 07-142S

Dear Lynore:

I write regarding your responses to Defendant Southern Union Co.'s discovery requests in the above-referenced matter. As you know, on or about May 31, 2007, we sent you two sets of discovery requests: (1) Defendant Southern Union Co.'s First Set of Interrogatories to Plaintiff and (2) Defendant Southern Union Co.'s First Request for Production of Documents to Plaintiff. To date, we have not received any responses or objections to the interrogatories, and have only received blanket objections to the request for documents.

Under Federal Rule of Civil Procedure 33, a party has thirty (30) days to submit answers and/or objections to interrogatories. A party's failure to respond within the time allotted results in waiver of any and all objections. As it is now well in excess of thirty days since you received the interrogatories, and we have not received any response to them, all of your potential objections are waived. You are thus required by Federal Rules to answer to the interrogatories in full. If you have any questions about any specific interrogatories, please let us know right away.

Additionally, your only response to our request for documents was a set of blanket objections. We believe that these objections are baseless. In fact, I specifically responded to a facsimile from you, dated June 12, 2007, requesting clarification on a number of our document requests. (I attach a copy of this correspondence for your reference.) Despite these clarifications, you refused to provide any responsive documents in answering our requests.

10667748.1

Given that your responses have been inadequate to date, we request that you provide answers to our interrogatories and documents responsive to our document request by Monday, August 6, 2007. If we do not receive these responses from you by that date, we will file a motion to compel pursuant to Federal Rule of Civil Procedure 37.

If you have any questions, please let me know. I appreciate your cooperation in this matter.

Sincerely,

Neal J. McNamara