# EXHIBIT F

ATT Neal McNamara
Nixon & Peabody
One Citizens Plaza Suite 500
Providence RI 02903

July 29, 2007

I am writing about your letter sent July 27, 2007 – Case # 07-142S
After reading your letter – I am confused: I sent both: Answers to Your First Set of Interrogatories and your First Production of Documents (Both In June): By certified mail. I am enclosing what you received – and copies of Fax or certified mail receipt .Everything you received in June

We have had other times with communication problems: Mailings: Even to the point that you paid me 100 $ because you never mailed me an important document – just a copy to the court. I know if I was a lawyer and you had felt you did not receive a response or some of a response – you would have called or faxed:

I assumed after I mailed these documents – certified: you did get them. You may be upset by my Format : You stated you received no answer – You did and It was the leading letter to the answers which you admit (are Blanket ) so you did receive it but not the formal : format that you are used to.

This is not new to you and I : I am sure there are many times you have held you head because my response – or written letter : Or brief was not written in your standards. You are correct with feeling that way . All I can say in my response is many , many lawyers with years of education; Have never stood before the Supreme Court : and some have never gone to the Federal court . My format may not be correct but I did give you answers and I have tried to communicate .

I need more time to get answers: To the **questions I will answer** .I asked for additional time: : " You now say Monday August 6th: Sorry; that date is not enough time for me. I did give you answers to the questions I feel I should not answer and why . You "feel they are inadequate. Well, that we will always disagree on .

Toward the end of August: I will have the unanswered Documents and Interrogatories Which are the following?

Documents: Number 8 and 9 – 20 and 21
Interrogatories: No 3 (part of ) : 4 & No 8, 13,
As I stated Before: I do not have a complete staff such as yourself – and I am under medication – more time is needed to answer these questions.

Sincerely
Lynore Horn

Attached also : Is my set of Interrogatories-and request for documents **sent to you in June** – I'll be interested to see how many "Blanket answers you give ".