UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LYNORE HORN, Plaintiff, | : | |
| v. | : | C.A. No. 07-142S |
| SOUTHERN UNION GAS CO. & NEW ENGLAND GAS CO., Defendants. | : | |

CERTIFICATE OF SERVICE FOR DEFENDANT'S MOTION TO COMPEL

The undersigned hereby certifies that a true copy of Defendant Southern Union Co.'s Motion to Compel Discovery Responses from Plaintiff was served via certified mail, return receipt requested, this 1st day of August, 2007 to:

Lynore Horn
88 Alger Avenue
East Greenwich, RI 02821

/s/ Neal J. McNamara