UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE HORN
Plaintiff

V C.A.No.07-142S

SUTHERN UNION GAS CO
& NEW ENGLAND GAS CO
Defendants

**PLAINTIFF'S RESPONSE TO DEFENDANTS MOTION FOR PRODUCTION OF DOCUMENTS**

The motion to compel discovery documents was received by the Plaintiff Prose on August 3, 2007 .The documents stated in the motion were received by the Plaintiff Pro Se in late May 2007. Each the Interrogatories and Production of documents were answered. .They were sent by certified mail on June 29, 2007 to the Defendant.

My response for the Interrogatories : Was a written answer stating s that all have been given to **this law firm** and to **this attorney** Neil McNamara .Both in written form and In 11 ½ hours of deposition . None of the Interrogatory questions helps the defendant to find evidence: or narrow issues. All Interrogatory questions Attorney McNamara has the answers to. Addresses I lived: Jobs I've held in company: He has deposed 3 Doctors: He has the information from medical Doctor's –Dr's notes . #3 wants that info again. This Plaintiff prose – says you have that information; I am willing to answer questions about this case.

I am not a lawyer; I only follow what I read: the rules of civil procedure State : : " Dealing with cases justly includes , so far as is practicable ,ensuring

that the parties are on equal footing b) saving expense c)dealing with a case in ways which are proportionate – to the amount of money involved d) to the importance of the case ) to the financial position of each party . f) Ensuring that it is dealt with expeditiously and fairly.

My understanding is that I answered all interrogatories and production of documents and also sent another letter giving Attorney McNamara a timetable of sorts;

I said "Toward the end of August" The reason I did not give a particular date is because of my PTSD: The other day three National Grid trucks were filing out paperwork in front of my house. I was sick – dry heaving – unable to type for that day .I spoke with them told them how sick I get – They apologized and moved on. My disease affects my paperwork: I am disabled. I feel Attorney McNamara is upset over some of my format – I agree that a judge or great lawyer could do better.

My letter also contained the Interrogatories I will answer and the production of documents, The time limit is the only part for me that is difficult. I feel the defendants counsel is being unjust. In giving me 20 days. I am asking for 30 more and only the questions that I have said I will answer.Interrogatories 3d – 4 and 8 and 13 and in production of documents : No 8and 9 -20 and 21 .

May I end this by saying In June ,2007 – I sent The plaintiff's First set of Interrogatories and first set of Production of Documents . The defendants answered in July with "Blanket responses " Vague ,overbroad to all :except two . On those I got one sentence .

Properly framed discovery helps determine the facts and issues that are really in dispute . Attorney McNamara did not confer with plaintiff : He threatened to send this Motion .

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy was sent to
Att. Neal McNamara One Citizens Plaza RI 02903

Lynore Horn Pro Se