# EXHIBIT A

Attorney McNamara
Nixon Peabody
One citizen's plaza suite 500
Prov. RI

Your May 31,2007 Request for information is a bit difficult to have done by June 30,2007 .So I am sending the reasons as to why I feel many of these questions will not be answered . Then asking for additional time to answer the ones I will answer.

The Interrogatories – Are all questions that you have from the other lawsuit – Even though this is a separate lawsuit for now – all of this information was given to you – none has changed. If Southern Union changed law firms for this case – or even changed lawyers. Then of course, I would answer these questions – But you have all this info: If you need to copy it - Call Ms Lovely.

I am not answering questions: Like my addresses – We had eleven and ½ hours of deposition time and one whole hour discussed on my addresses/schools / where I lived. You have all the written information: social security and such and am not repeating anything that you already have.

So I feel most of the Interrogatories : are already answered: 1 - 2 and number 3 : I am not a Dr : You have had 3 depositons of ( 3 Dr's ) " They all gave you formal Medical answers . Do you want me to answer #3-d ? Again Number 5--6-7 you have all this info: Why do you want to waste time.
Interrogatory #8 is the only intelligent question but I need time to get the info: and paperwork together .Again Number 9-10 -11 and 12 have all been answered before

I end this by saying: I feel you have given generic questions to me for Interrogatory questions. Like you have never seen or met me before. Like you just pulled generic Interrogatories out of your cabinet. I feel our case is different.
I have been deposed 3 times by you and answers have been sent to you in 2004 -2005.

I am not repeating data: Your many secretaries - clerks - assistant attorney's – (summer help) Can use a copy machine. They are all qualified .

I will try to answer the questions I have given " No response to " in a Decent amount of time : I am working alone: and on medication – So I need more time . Accept these as my refusals to answers – and I will get you the rest.

7007 0220 0004 4273

| | | |
|---|---|---|
| Postage | $ $0.58 | 0818 |
| Certified Fee | $2.65 | 01 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.38 | 06/28/2007 |

Sent To Attn Nixon Peabody
Street, Apt. No.; or PO Box No. One Citizens Plaza
City, State, ZIP+4 Prov RI 02903

Rec. last page