UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LYNORE HORN, Plaintiff, | : | |
| v. | : | C.A. No. 07-142-S |
| SOUTHERN UNION CO. & NEW ENGLAND GAS CO., Defendants. | : | |

**DEFENDANTS' MOTION TO EXTEND TIME FOR DISCOVERY**

Defendants Southern Union Co. and New England Gas Co. ("Defendants") hereby move for an extension of the discovery deadline, set forth in this Court's Pre-Trial Order entered on May 18, 2007. Defendants seek this extension because, to date, Plaintiff Lynore Horn ("Plaintiff") has failed to provide adequate responses to Defendants' request for production of documents and answers to Defendant's interrogatories.

The deadline for the close of discovery in this case is currently set for October 1, 2007. Pursuant to this Court's Memorandum and Order, dated August 15, 2007, Plaintiff was "ordered to answer the Interrogatories and Request for Production by September 17, 2007." To date, Plaintiff has provided responses to three (3) interrogatories out of a total of nineteen (19) propounded, and two (2) requests for documents, out of a total of twenty-one (21) requested. Of the five (5) total answers Plaintiff has provided, four (4) are incomplete and require further responses. Because the deadline of October 1, 2007 is swiftly approaching, and in light of the quantity and quality of Plaintiff's discovery responses received to date, Defendants anticipate they will need additional time within which to receive complete responses to the interrogatories

and requests for production of documents. Moreover, Defendants will not be in a position to take Plaintiff's deposition until after receipt of complete discovery responses.

For the foregoing reasons, Defendants request that this Court extend the deadline for the close of discovery in this case approximately two (2) months, from October 1, 2007 to December 3, 2007.

Respectfully submitted,
DEFENDANTS SOUTHERN UNION CO. &
NEW ENGLAND GAS CO.

By their attorneys,

NIXON PEABODY LLP

/s/ Neal J. McNamara________________

Neal J. McNamara (#4249)
Jillian S. Folger-Hartwell (#6970)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
nmcnamara@nixonpeabody.com
jfolgerhartwell@nixonpeabody.com

DATED: September 12, 2007

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent, via certified mail, return receipt requested and regular mail, a true and accurate copy of the within document to Lynore Horn, 88 Alger Avenue, East Greenwich, RI 02818 this 12th day of September 2007.

/s/ Neal J. McNamara________________