UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE HORN
Plaintiff

V C.A.NO 07-142S

SOUTHERN UNION GAS CO
NEW ENGLAND GAS CO

**PLAINTIFFS MOTION OF OBJECTION TO DEFENDANTS MOTION FOR EXTENDED TIME**

I, Lynore Horn, The plaintiff pro se do hereby object to the motion to extend time for discovery. The deadline for the close of discovery in this case is currently set for October 1, 2007

The order for Interrogatories to be answered was given after the pro se gave the response: you already have this answered in case # 04-434S: Even though the Magistrate Judge says a new case must have the answers given again. This pro se wonders how much more of Judge Smiths time must we waste. These cases show as under Fed.R.Civ P 15(a) Leave to amend shall be **"Freely given when justice so requires** "

In this case a pro se client in need of medical care: That an extension to this case: No -one can predict the outcome, further more how much damage it would do, to her or others.

The Judge ordered by September 17,2007 The plaintiff pro se must answer the repetitive questions : or show where they could be found. This Order was completed by September 15 , 2007 This document was mailed certified to the defendants attorney.

The plaintiff objects to the defendants' use of answers to Interrogatories: answers that were already in his possession: The repeated paperwork shows that these two cases should be consolidated.

Wherefore the plaintiff Pro Se Lynore Horn asks the court to deny the extension.

Respectfully submitted ,
Plaintiff Pro Se Lynore Horn
88 Alger Ave East Greenwich RI 02821

Dated : September 17, 2007

CERTIFICATE OF SERVICE

I, The undersigned , hereby certify that I sent , by regular mail a true copy to :
Attorney Neal McNamara One Citizens Plaza ,Suite 500 Providence RI 02903