UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LYNORE HORN, Plaintiff, | : | |
| v. | : | C.A. No. 07-142S |
| SOUTHERN UNION CO. & NEW ENGLAND GAS CO., Defendants. | : | |

**ENTRY OF APPEARANCE**

Jillian S. Folger-Hartwell hereby enters her appearance as counsel for Defendants Southern Union Co. and New England Gas Co. Neal J. McNamara remains as counsel for the above-named Defendants.

Respectfully submitted,
DEFENDANTS SOUTHERN UNION CO. &
NEW ENGLAND GAS CO.

By their attorneys,

NIXON PEABODY LLP

/s/ Jillian S. Folger-Hartwell
Neal J. McNamara (#4249)
Jillian S. Folger-Hartwell (#6970)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
nmcnamara@nixonpeabody.com
jfolgerhartwell@nixonpeabody.com

DATED: September 19, 2007

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent, via certified mail, return receipt requested, a true and accurate copy of the within document to Lynore Horn, 88 Alger Avenue, East Greenwich, RI 02818 this 19th day of September 2007.

/s/ Jillian S. Folger-Hartwell