# EXHIBIT C

**UNITED STAES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

LYNORE HORN
Plaintiff

VS C.A. No 07-142S

SOUTHERN UNION GAS COMPANY
NEW ENGLAND GAS

**PLAINTIFF'S ANSWERS TO DEFENDANTSS" FIRST SET OF INTERROGATORIES**

**INTERROGATORY No 1**

State all addresses where you have resided over the past 10 years , The dates you resided at each address , with whom you resided at each address , your social security number , your date of birth , and if you are or have ever been married , the names of your spouse or former spouse .

Answered in case number 04-434S Interrogatory as Attached: Nothing has changed. :

**Interrogatory No2**

List the names. Addresses and telephone numbers of all employers _ for whom you have worked in 10 years

Providence Gas company; Then changed to New England Gas Company
100 Weybosset street Providence RI.

Chartwells: 215 Columbia street Wakefield: Cashier position

Page 2 Cont:

**Interrogatory No3**; Please state your disability or disabilities that underline your allegations of disability discrimination and for each alleged disability please describe:

**When and by whom was such disability diagnosed?**

1) On 5/13 /92 By DR Stanley Stutz 868 Admiral Street Providence RI: Dr chosen by company Diagnosis Fractured Lumber one (Partially disabled) Bone scan was done By Dr.

2) 8/16/04 Cervical shoulder pain: DR Joseph Izzi: After accident in company truck My Back Dr In 1992

Post Traumatic Stress Disorder: Starting with anxiety disorder

1) Dr Marzilli; Dr Lisa Shea: Dr Holly Tytell; Rogar Watts M.Ed.
2) Papers provided in documentary section with Dr Evaluation. and dates.

**#3 – B Any Symptomatology Associated with disability**

1) Fractured Lumber One : Any abuse to the back A reoccurrence of swelling ; pain ; stiffness ; Stabbing ; Numbness
2) Post traumatic: Flashbacks episodes: nightmares Frightening thoughts; depression, Anxiety Dizziness, chest pain, scared to death. –Difficulty seeing gas company trucks ;difficulty being near any abusive language

**What medication .Treatments Therapies**

1) For the fracture: Physical therapy: Chiropractor: pain medication: muscle relaxers.

Post traumatic Stress Disorder: Cognitive behavioral Therapy, Group Therapy Exposure therapy
And Medication.

**3-D How the disability affects normal daily life**

1) Lumber spine Fracture: As in 2004 When at work : Hit door of gas company truck :pain stabbing – needed physical therapy
2) Any traumatic slams – punches: as occurred in elevator at work; fell on Ice slammed into truck: Irritates the area. Brings reoccurring pain; stiffness; Numbness to hands.

Post traumatic stress Disorder:

Trouble sleeping: Frightening sick thoughts: Fear: heart racing: fight or flight feeling – It affects every moment .of my life.
I have to do everything possible < to stay safe: till I get health care again

**Interrogatory #4: Identify all sources of income since last day of employment.**

In Documents: Showed wages: TDI: Unemployment –Money taken out of 401K

Other than that: Sold cars Saab $4,500 in 2007 and corvette sold this week: (Have not received money – yet not finalized) $8000....Money from my mother on occasion as a gift.

**Interrogatory No.5**

Identify, address, telephone number and employer, all persons who you believe or know to have any knowledge regarding any of the matters at issue in this case and describe in complete detail the nature and substance of the knowledge you believe or know each to poss.

**Response**: Plaintiff objects to this request because it calls for information protected by attorney – client and work – product privileges: Listing only people from the gas company; any one I spoke to as A Pro –Se is privileged;

The people listed in Interrogatory #3 in case 04-434S – have knowledge of my firing And why. Copy attached;

In addition;
Paula Cabral: on all paperwork and emails with D'anna Soehnge
Joanne Zito : on emails and talked to prior t o getting fired
Lisa haines – from southern union- delt with cobra
Mary Paquet – many calls and letters: before being fired:

**Interrogatory No.6**

Identify all health care providers . physicians , psychiatrists , psychologists , therapists specialists or counselors and all personal or family counselors you have consulted and / or from whom you have received counseling , examination or treatment , since January 1 2002 – in connection with emotional distress , mental anguish , embarrassment or humiliation that was caused by the defendants conduct ;

Attached Interrogatory #4 answers from 04-434S
And the Dr 's listed in Interrogatory #5 ; from the case 04 -434S also attached

**Interrogatory No 7**
For the period from January 1 2002 to the present, identify all health care providers. Physicians, psychiatrists, psychologists, therapists, specialists or counselors and all personal or family counselors you have consulted and /or from whom you have received counseling, examination, testing or treatment for any physical or mental injury or condition

Interrogatory #4 answers: I am still under the care of Dr Marzilli; and Dr Tyrell.

**Interrogatory No 8 :**
With respect to your claims for damages : A0Identify kind of damage (including emotional ) Relief sought : exact amount of monetary compensation and method used to calculate ;

Attached :
Hurt on vested retirement Benefit
Hurt on sick days : workmans comp claim (2/17/04-6/7/04)
Loss of sick days ( 8/18/04-10-22-04)
Lost wages 2005-2006-2007
Loss of money from 401k
Medical bills
Loss of credit
Loss of health care and loss due to PTSD and Fractured Back

**Interrogatory No 9**
Identify the name , address and telephone number of any and all individuals from whom either you ,your attorney or some4one acting on your behalf or your attorney's behalf has taken any statement , oral or written sworn or unsworn , relating to any matters at issue in this case :

**Response**
The Plaintiff objects because it calls for information protected by the attorney- client and work product

**Cont : Interrogatory # 8**

**Loss of Health care needed for recovery of PTSD and fractured back**

With no health care : my means of dealing the disability and healing have been very limited :
Unable to handle gas company truck in my yard
Unable to handle the meter reading vehicle
Mercury seen at work: I was shaking unable to work:
Degrading remarks made to woman could not handle on the job;
Comments made that attorney McNamara is having fun: its like a toy I was told; he thinks this is a game – he makes tons of money _ he doesn't care; No one to tell me if my thinking is correct or not: some days :want him to feel what I went though
Called several times : told again It s a game : but it is not to me ;
Because of lost health care unable to be grounded Afraid of those : days ;Cannot see a Dr And Tell them :

**The plaintiff relief sought**:

I have three Doctors who I have seen and have given sworn testimony that I have PTSD from work: I want health care that allows me to see those Dr's till they feel I am out of danger and the public is out of danger
My back went out had to see Warwick medical center: then Dr Carrillo
This has happened every year since I fractured my back at the gas company I think Back Dr should be included: and Chiropractic

I do not expect full medical : if I'm having my gall bladder removed : That I don't expect but ; They caused this illness ; they should pay for any PTSD effects Medication : and Dr's and any education I need to learn about dealing with this disease

**Monetary compensation**

I believe the gas company has tried to make me worse; and I think The Attorney and company have sought every means : by cutting off my health care : not giving me a job out of sight : boiler room : basement : anywhere : I want 400,000 for the pain

I calculated this by the years I have begged for help: The guns being held to my head – to the illness that Lives with me:
And for every year I cannot make the money I was making :

Order doc. # 21

Cont: Interrogatory # 8

With Respect to Your claims for damages:

**(A) Identify Each Type of Damage** :

**Sick days: (8/18/04 - 10-22- 04)** A Workman's comp Injury was denied: The company had knowledge of the back: problem caused in 1992: Hurt in their truck:
They refused to pay the bill of $ 1961 for treatment of Dr Izzi – And bill for CAT. Scan $ 370..The bills have bee n unpaid still to this day: the CAT scan I paid cash after I was harassed by credit companies

Due to refusal; Sick pay lost 252 Hours. I am owed all sick hours:
Sick days ended in January 21, 2005 They should not have. With holidays, In Feb I should have had sick days for another 26-28 days. Told sick days were gone by Bud Butler 1/21/05 During extremely medicated. Time by a man who threatened me

Damage to my credit: for bills they should have paid:
Dr Bills still owed
Loss of sick days
Emotional damage: how to pay bills: loss of money.
Having to fill out forms not capable of doing. Dealing
Credit company calling for CAT scan and Dr Bills.

**Monetary compensation**:
A) 252 hrs: making 24.72 and the union raise was that month, I should be entitled to
B) Loss to my 401 K For those weeks Approx 50 A week

**Lost wages: From Post traumatic stress**:
2005 – 2006-2007 Full Time 40 hour Wages also Wage increases from union: paid holidays: Loss of money in 401K and in company retirement account. And overtime that I would have made if I had a safe working environment
The company by its own rules was to provide me with a safe working environment. Until they can find one I should be paid.

All medical bills should be paid and All prescriptions Paid

* Unable to provide Dr Bills at this time "they are on vacation ... "Will provide.

Interrogatory 8 # cont **Claims for damages**:

Medication : Clonazepam : Have taken for years : states on Prescription : Can be habit forming : I have been told I have to continue this medication : If I ever go off must be with a Dr's help . Told may take up to a year after I stop; **Want health care restored** at no cost to me: till medication ends and Dr Visits are not needed.

All medical Bills Even When I had insurance and co-payment I want all money - From out of pocket returned.

**From Bills calculated: amount $ 978** out of pocket for prescriptions and co- pay for Dr Visits are In addition to this amount.
Gave and are still giving $5.00 for every copy to Dr Marzilli per visit.
Every Visit to Dr Tyrell is 80$ cash .Both Dr's at this time have to get receipts of payment owed. **Dr Bills Will be sent.**

Law offices / **ruin of my credit,**
Medicus medical collection. Even in 2004 Credit agencies calling for the CAT scan: Threats on the phone. Ruin of my credit: It takes 7 years to clear.

**I want a letter written to the credit company that I was unjustly let go – and because of this my credit should be restated;** Money for: mental abuse. And threats: caused by the company. :
Then the phone and threats by the company investigators: to myself and to my family:
**By Nicole Bocra: The Dickerson Group**
Threatened me: cars in my condo lot – Threatened me.
Nicole was finally called: and after she threatened my mother: and brothers:
**I want 100,000** for the abuse she put me through and my family.

Interrogatory # 8: Cont September 4, 2007

With respect to your claim for damages:
(A) Identify each type of damage : **Loss of sick Days**

**Workman's comp claim (2/17/04-6/7/04)**

The plaintiff should be paid all sick days related to this workman's comp injury; the nurse had prior knowledge: Mike McGuire had knowledge and Bob Ringman had knowledge of the harassment:
Examples The Dr notified the nurse: she spoke to Travelers INS-The day before they denied the claim.
The announcement of the 85 days: Hurt the Plaintiffs' chance to get the Customer Field service Job:

The Plaintiff wants to be paid for the sick days – and any overtime she would have gotten if she was not harassed.

**Monetary Compensation**
The nurse deducted 432 hours for that: at pay of 24.72 an hour
Also the loss to the 401K plan for those weeks: Which is approx: 50$ a week:

Interrogatory #8 Cont: September 4, 2007

With respect to your claim for damages:
(A) Identify each type of damage : **Hurt on vested retirement benefit** :

For 16.5 Credited service years the plaintiff is being hurt in her retirement:
First because of the lockout in 2002- if the hostile environment seized and the plaintiff continued to work the last 4 years would have been used in calculation:
In this calculation the plaintiff who never earned 15,000: a year; nor eve $ 35, 000

**The plaintiff wants this reexamined** and changed to
In 2001 _ the plaintiff made 45,040.45 as attache4d. : This effects her retirement but also affects : If the plaintiff is incapable of handling a full time job she may need early retirement from this account which would reduce it further : If she pulls out at"
55 "
Again the harassment from this company: caused the disability... Her retirement should reflect that she worked 16.5 years but wanted to work if the harassment had ended.

**The Monetary Compensation**
The company should make up for the lock out time: present a full retirement to the plaintiff. And add 2005 – 2006 -2007 as years served: added by the company. The rate of pay for those years should be $ 26.23 ( Barbara alderman is in that job she is lower in seniority – the plaintiff would have had that job _ If the company fired the appropriate people and fired her for having a weapon on her :

**Interrogatory No 10**
Identify all legal proceedings in which you have provided a sworn statement or given a deposition or testimony under oath (as a party or a witness), noting whether you were a plaintiff or defendant or witness, the nature of the action, and the date and forum in which such action was filed

Attached Interrogatory # 9; Objection the same: and answer the same

**Interrogatory No 11**

With respect to any period of un employment following the termination of your employment relationship with defendant , identify the dates of each period and describe in detail with respect to each period all your efforts to obtain employment and / or to earn compensation ,earnings or income of any type and identify each employer, person or entity with which you sought employment , state their name and address , the date of your contact or application , the name and title of the person with whom you communicated regarding the position , the work sought , whether you were offered the position and whether you went to work for the employer

Attached: answers on sep paper;

**Interrogatory No # 12**
If you have ever been convicted of ( or plead guilty or no contest to ) a crime other than a minor traffic offence , state as to each conviction or plea of guilty or no contest the specific crime and the date and place of each conviction or plea.

Attached Interrogatory No 10 – Objection the same: and answer;

**Interrogatory No 13**

Identify each person whom you expect to call as an expert witness at trial , and with respect to each expert identified , state the subject matter on which the expert is expected to testify : state the substance of the facts and opinions to which the expert is expected to testify , state a summary of the grounds for each opinion , and state the education , business ., professional or other experience , as well as any other facts that will be offered at trial to prove the qualifications of each expert .

**Objection :** Plaintiff objects to this interrogatory because it calls for information protected by the work-product privilege
**Answer** I have not hired any experts at this time , I reserve my right to supplement this Interrogatory when , or if , I do hire any

**Interrogatory No 14**
Identify all documents upon which you rely in support of any allegation you have made or intend to make against defendants in connection with the complaint
Answer same as Interrogatory #12 attached .

Pro Se Plaintiff : Lynore Horn
88 Alger Ave
East Greenwich RI 02821
401-261-8874

Dated : September 14, 2007

CERTIFICATION

The undersigned hereby certifies that a true copy of the with in document was sent via certified mail .,return receipt requested , this 14 , day of September To Nixon and Peabody LLP Attorney Neal McNamara One Citizens Plaza , suite 500 Providence RI 02903