August 21, 2007

**CERTIFIED MAIL: RETURN RECEIPT REQUESTED**

Nixon and Peabody
Att: Neal McNamara
One Citizens Plaza
Suite 500
Providence Rhode Island
2903

RE: Lynore Horn v Southern Union Gas company
New England Gas co
C.A. No. 07-142S

Att McNamara:
Please find the enclosed Plaintiff's Supplemental Responses to the Defendants –First Request For

Document #8
All documents concerning earned or passive income you have received from any source since your employment ended with Defendants: including check stubs, Payroll accounts Unemployment compensation records, workers comp; disability payment records – w2 or 1099; forms

Document # 9 All Federal Income tax Return including any schedules or attachments filed by you or on your behalf for the years 2002- present

Document #20 – all documents Or Tangible items Or Exhibits That you intend to offer at Trial : Sending what I have available : leaving this open for addition ..

And 21 :
All Documents identified in or relied upon In preparing , your responses to Defendants Southern Union Company's first set of Interrogatories To plaintiff,

In Attached : With the following

NIXON PEABODY LLP
ATTORNEYS AT LAW
One Citizens Plaza
Suite 500
Providence, Rhode Island 02903-1345
(401) 454-1000
Fax: (401) 454-1030

Jillian S. Folger-Hartwell
Direct Dial: (401) 454-1046
E-Mail: jfolgerhartwell@nixonpeabody.com

October 2, 2007

Lynore Horn
P.O. Box 7578
Warwick, RI 02886

Re: Horn v. Southern Union Co., C.A. No. 07-142-S

Dear Ms. Horn:

As you may know, Matthew Frankel is no longer working at the Providence office of Nixon Peabody LLP, and has transferred to another office location. Going forward, I will be assisting Neal McNamara and assuming Mr. Frankel's duties in relation to the above-referenced matter.

I write to confer with you, pursuant to Fed. R. Civ. P. 37(a), regarding your responses to Defendant Southern Union Company's ("Defendant") first request for production of documents and your answers to Defendant's first set of interrogatories. This office has received your discovery responses and it is our position that your responses are insufficient and incomplete.

I attempted, but was unable, to reach you by telephone to discuss this matter. In addition, it appears that a certified letter I sent you on September 12, 2007 was returned to my office by the United States Postal Service as "unclaimed." If you have changed your address and/or your telephone number, please let me know your current contact information so that I may be sure you are receiving my correspondence.

If I do not hear from you by Monday, October 8, 2007, I will file motions to compel further answers to interrogatories and responses to document requests. Please feel free to contact me regarding the deficiencies in your discovery responses and/or any questions you might have.

Very truly yours,

Jillian S. Folger-Hartwell
Associate

cc: Neal McNamara

10747546.1

Dear Associate Jillian: Folger –Hartwell October 3, 2007

Welcome to Nixon and Peabody. I am sorry Attorney Frankel is no longer working at that office. I kind of enjoyed watching someone just out of law school: Watching his first deposition, shaking – saying I'm sorry 50 times. . Ah well I wish him luck – he must have had a lot of pull to have no experience and start at Nixon and Peabody.

You signed your letter Associate Not Attorney: so Are you an attorney: or maybe you haven't taken the bar so that's why you're an associate. Well welcome:

About my phone : I received another threatening call : Telling me I was going to be killed when this suite is over : and had it disconnected : I will give you my number : but I would rather you put everything in writing . I am not sure why a letter got sent back. I pick up Every certified letter: and my address has not changed.
My new phone number is 234-1262… Like I said in writing is better. And do not give this number out: the threats must stop;

I sent all the information that I had at the time: and copied all the questions that were just like the last suite and attached a copy of the answers; I am now sending a copy of One of my Dr reports: money owed and dates seen: I called Attorney McNamara and explained that I did not have the information and was told the doctors wife had Hospice care: then two days latter her death notice appeared:

If there is something else I left out : It is not to my knowledge : I sent all documents < even though I refused for good reason you still have then : each was labeled : with a copy of your question on the front of each document section ..
After our meeting on the 12th I will be setting up dates for people to be deposed
Please email me with any other questions: or if you feel you did not get a response tell me I will copy the data again and send it.

I'm happy to see you are a part of the group: to bad you missed the Supreme Court:
The Oral argument in front of the full court is a day I will never forget.
I also would like to add I am writing a book: I 'm curious to why you have a hyphenated name: a little extra for my info: maybe your related to the coffee company and never want people to forget it ... If that true it would make the next chapter just a little better.

It's a pleasure:

Attached Dr report Dr Marzilli: Dr Tytells is on it way

Pro Se Lynore Horn