Attorney McNamara
Nixon and Peabody

September 14, 2007

The following documents and Interrogatories are answered to the best of my ability :
If I do not have documents : such as Dr , notes reports : I cannot give them to you

I also Have misplaced some documents that would prove my case : When I find them – I will mail them to you : I am sending these documents : with the right to add :
In the future :
The Interrogatory No 5 # I have added to the list lst which was Interrogatory #3 In the other case : I may want to add to this also in the future ;

The documents and answers are true to the best of my knowledge
This is addition to the documents I sent August 21, 2007

Lynore Horn
88 Alger Ave
East Greenwich ,RI 02821

**UNITED STAES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

LYNORE HORN
Plaintiff

VS C.A. No 07-142S

SOUTHERN UNION GAS COMPANY
NEW ENGLAND GAS

**PLAINTIFF'S ANSWERS TO DEFENDANTSS" FIRST SET OF INTERROGATORIES**

**INTERROGATORY No 1**

State all addresses where you have resided over the past 10 years , The dates you resided at each address , with whom you resided at each address , your social security number , your date of birth , and if you are or have ever been married , the names of your spouse or former spouse .

Answered in case number 04-434S Interrogatory as Attached: Nothing has changed. :

**Interrogatory No2**

List the names. Addresses and telephone numbers of all employers _ for whom you have worked in 10 years

Providence Gas company; Then changed to New England Gas Company
100 Weybosset street Providence RI.

Chartwells: 215 Columbia street Wakefield: Cashier position

Page 2 Cont:

**Interrogatory No3**; Please state your disability or disabilities that underline your allegations of disability discrimination and for each alleged disability please describe:

**When and by whom was such disability diagnosed?**

1) On 5/13 /92 By DR Stanley Stutz 868 Admiral Street Providence RI: Dr chosen by company Diagnosis Fractured Lumber one (Partially disabled) Bone scan was done By Dr.

2) 8/16/04 Cervical shoulder pain: DR Joseph Izzi: After accident in company truck My Back Dr In 1992

Post Traumatic Stress Disorder: Starting with anxiety disorder

1) Dr Marzilli; Dr Lisa Shea: Dr Holly Tytell; Rogar Watts M.Ed.
2) Papers provided in documentary section with Dr Evaluation. and dates.

**#3 – B Any Symptomatology Associated with disability**

1) Fractured Lumber One : Any abuse to the back A reoccurrence of swelling ; pain ; stiffness ; Stabbing ; Numbness
2) Post traumatic: Flashbacks episodes: nightmares Frightening thoughts; depression, Anxiety Dizziness, chest pain, scared to death. –Difficulty seeing gas company trucks ;difficulty being near any abusive language

**What medication .Treatments Therapies**

1) For the fracture: Physical therapy: Chiropractor: pain medication: muscle relaxers.

Post traumatic Stress Disorder: Cognitive behavioral Therapy, Group Therapy Exposure therapy
And Medication.

**3-D How the disability affects normal daily life**

1) Lumber spine Fracture: As in 2004 When at work : Hit door of gas company truck :pain stabbing – needed physical therapy
2) Any traumatic slams – punches: as occurred in elevator at work; fell on Ice slammed into truck: Irritates the area. Brings reoccurring pain; stiffness; Numbness to hands.

Post traumatic stress Disorder:

Trouble sleeping: Frightening sick thoughts: Fear: heart racing: fight or flight feeling – It affects every moment .of my life.
I have to do everything possible < to stay safe: till I get health care again

**Interrogatory #4: Identify all sources of income since last day of employment.**

In Documents: Showed wages: TDI: Unemployment –Money taken out of 401K

Other than that: Sold cars Saab $4,500 in 2007 and corvette sold this week: (Have not received money – yet not finalized) $8000….Money from my mother on occasion as a gift.

**Interrogatory No.5**

Identify, address, telephone number and employer, all persons who you believe or know to have any knowledge regarding any of the matters at issue in this case and describe in complete detail the nature and substance of the knowledge you believe or know each to poss.

**Response**: Plaintiff objects to this request because it calls for information protected by attorney – client and work – product privileges: Listing only people from the gas company; any one I spoke to as A Pro –Se is privileged;

The people listed in Interrogatory #3 in case 04-434S – have knowledge of my firing And why. Copy attached;

In addition;
Paula Cabral: on all paperwork and emails with D'anna Soehnge
Joanne Zito : on emails and talked to prior t o getting fired
Lisa haines – from southern union- delt with cobra
Mary Paquet – many calls and letters: before being fired:

**Interrogatory No.6**
Identify all health care providers . physicians , psychiatrists , psychologists , therapists specialists or counselors and all personal or family counselors you have consulted and / or from whom you have received counseling , examination or treatment , since January 1 2002 – in connection with emotional distress , mental anguish , embarrassment or humiliation that was caused by the defendants conduct ;

Attached Interrogatory #4 answers from 04-434S
And the Dr 's listed in Interrogatory #5 ; from the case 04 -434S also attached

**Interrogatory No 7**
For the period from January 1 2002 to the present, identify all health care providers. Physicians, psychiatrists, psychologists, therapists, specialists or counselors and all personal or family counselors you have consulted and /or from whom you have received counseling, examination, testing or treatment for any physical or mental injury or condition

Interrogatory #4 answers: I am still under the care of Dr Marzilli; and Dr Tyrell.

**Interrogatory No 8 :**
With respect to your claims for damages : A0Identify kind of damage (including emotional ) Relief sought : exact amount of monetary compensation and method used to calculate ;

Attached :
Hurt on vested retirement Benefit
Hurt on sick days : workmans comp claim (2/17/04-6/7/04)
Loss of sick days ( 8/18/04-10-22-04)
Lost wages 2005-2006-2007
Loss of money from 401k
Medical bills
Loss of credit
Loss of health care and loss due to PTSD and Fractured Back

**Interrogatory No 9**
Identify the name , address and telephone number of any and all individuals from whom either you ,your attorney or some4one acting on your behalf or your attorney's behalf has taken any statement , oral or written sworn or unsworn , relating to any matters at issue in this case :

**Response**
The Plaintiff objects because it calls for information protected by the attorney- client and work product

**Interrogatory No 10**
Identify all legal proceedings in which you have provided a sworn statement or given a deposition or testimony under oath (as a party or a witness), noting whether you were a plaintiff or defendant or witness, the nature of the action, and the date and forum in which such action was filed

Attached Interrogatory # 9; Objection the same: and answer the same

**Interrogatory No 11**

With respect to any period of un employment following the termination of your employment relationship with defendant , identify the dates of each period and describe in detail with respect to each period all your efforts to obtain employment and / or to earn compensation ,earnings or income of any type and identify each employer, person or entity with which you sought employment , state their name and address , the date of your contact or application , the name and title of the person with whom you communicated regarding the position , the work sought , whether you were offered the position and whether you went to work for the employer

Attached: answers on sep paper;

**Interrogatory No # 12**
If you have ever been convicted of ( or plead guilty or no contest to ) a crime other than a minor traffic offence , state as to each conviction or plea of guilty or no contest the specific crime and the date and place of each conviction or plea.

Attached Interrogatory No 10 – Objection the same: and answer;

**Interrogatory No 13**

Identify each person whom you expect to call as an expert witness at trial , and with respect to each expert identified , state the subject matter on which the expert is expected to testify : state the substance of the facts and opinions to which the expert is expected to testify , state a summary of the grounds for each opinion , and state the education , business ., professional or other experience , as well as any other facts that will be offered at trial to prove the qualifications of each expert .

**Objection :** Plaintiff objects to this interrogatory because it calls for information protected by the work-product privilege
**Answer** I have not hired any experts at this time , I reserve my right to supplement this Interrogatory when , or if , I do hire any

**Interrogatory No 14**
Identify all documents upon which you rely in support of any allegation you have made or intend to make against defendants in connection with the complaint
Answer same as Interrogatory #12 attached .

Pro Se Plaintiff : Lynore Horn
88 Alger Ave
East Greenwich RI 02821
401-261-8874

Dated : September 14, 2007

## CERTIFICATION

The undersigned hereby certifies that a true copy of the with in document was sent via certified mail .,return receipt requested , this 14 , day of September To
Nixon and Peabody LLP Attorney Neal McNamara One Citizens Plaza , suite 500
Providence RI 02903