**INTERROGATORY NO. 1:**

State all addresses where you have resided over the past 10 years, the dates you resided at each address, with whom you resided at each address, your social security number, your date of birth, and, if you are or have ever been married, the name(s) of your spouse or former spouse.

**ANSWER:**

The dates that correspond to the following addresses may not be exact, but are to the best of my present recollection.

| | |
|---|---|
| 1995-2002 | 19 Henzie Street, Warwick |
| 2002-2003 | 90 Castle Hill Road, Newport, I resided with Jack Dyer |
| 2002 or 2003 | 450 East Shore Road, Jamestown (for one month) |
| 2003 | 570 Bellevue Avenue, Newport |
| 2003-2004 | 3900 Post Road, Harborview, Warwick |
| 2004-present | 88 Alger Avenue, East Greenwich |

My social security number is [redacted] My date of birth is [redacted] and I have never been married.

**Interrogatory No.6**

Identify all health care providers . physicians , psychiatrists , psychologists , therapists specialists or counselors and all personal or family counselors you have consulted and / or from whom you have received counseling , examination or treatment , since January 1 2002 – in connection with emotional distress , mental anguish , embarrassment or humiliation that was caused by the defendants conduct ;

Attached Interrogatory #4 answers from 04-434S
And the Dr 's listed in Interrogatory #5 ; from the case 04 -434S also attached

Inter #6.

**ANSWER:**

Without waiving said objections, I have treated with the following health care providers over the years for various things, including work-related and non-work related injuries and illnesses.

George S. Sehl, 176A Tollgate Road, Warwick, RI 02886 (former primary care physician, retired).
Joseph A. Izzi, M.D., 1351 Smith Street, North Providence, RI 02911
Orthopedic Group, Inc., 588 Pawtucket Avenue, Pawtucket, RI 02860
Orthopedic Center, Inc., 590 Pawtucket Avenue, Pawtucket, RI 02860
The Turning Point, 5 College Park Court, Warwick, RI 02886
Cranston Physical Therapy Treatment Center, 206 Warwick Avenue, Cranston, RI 02905
Michael Zola, 1196 Elmwood Avenue, Providence, RI 02907 (chiropractor)
True Touch Massage Therapy, 1194/1196 Elmwood Avenue, Providence, RI 02907
Corporate Care, the Occupational Health & Safety Services of St. Joseph Hospital for Speciality Care, 21 Peace Street, Providence, RI 02907
Susan Green, M.D., Newport Occupational Health, Newport Hospital, 19 Friendship Street, Newport, RI
Donley Center, 249 Blackstone Boulevard, Providence, RI 02906
Stanley Stutz, M.D., 868 Admiral Street, Providence, RI 02904
Gary A. L'Europa, M.D., 227 Centerville Road, Warwick, RI 02886

I also incorporate the health care providers listed in Interrogatory No. 4.

In addition, in response to (b) and (c), I am in the process of obtaining my medical records. I reserve the right to supplement this interrogatory once I receive those records.

**Interrogatory No.6**

Identify all health care providers . physicians , psychiatrists , psychologists , therapists specialists or counselors and all personal or family counselors you have consulted and / or from whom you have received counseling , examination or treatment , since January 1 2002 – in connection with emotional distress , mental anguish , embarrassment or humiliation that was caused by the defendants conduct ;

Attached Interrogatory #4 answers from 04-434S

**INTERROGATORY NO. 4**

Identify all health care providers, physicians, psychiatrists, psychologists, therapists, specialists or counselors and all personal or family counselors you have consulted and/or from whom you have received counseling, examination or treatment, since January 1, 1989, for any emotional distress, mental anguish, embarrassment, or humiliation you allege has been caused by Defendants' conduct. Include:

(a) The names and business addresses of each provider;

(b) The impairment, disability, condition, problem, injury, or emotional distress for which you were counseled; examined or treated;

(c) The approximate date(s) of each counseling, examination or treatment.

**ANSWER:**

1 Robert A. Marzilli, M.D., Atwood Medical Center, Suite 433, 1524 Atwood Avenue, Johnston, RI 02919. I am treating in connection with the way I was treated at the gas company. I began treating with Dr. Marzilli in September 2003 and I am still treating with him.

3. Butler Hospital, 345 Blackstone Boulevard, Providence, RI 02906. I first went to Butler hospital in December 2004. I went there because of the way I was treated at the gas company. I was admitted to Butler for about eight days. I was then discharged from that program, but I now go every Tuesday night for group therapy and I see Dr. Tytell every other week.

3. Lifewatch Employee Assistance Program, 249 Roosevelt Avenue, Suite 205, Pawtucket, RI 02860. I went to Lifewatch in May 2004. The gas company required me to go there before they would let me go back to work. I went again in December 2004. They ultimately referred me to Butler Hospital.

4. Ernest Zuena, M.D., 1370 Cranston St., Cranston, RI 02920. Dr. Zuena is my primary care physician.

5. Warwick Medical Walk-In Room, 1131 Warwick Avenue, Warwick, RI 02888. I have been here numerous times for work-related and non-work related things.

For dates of treatment and reasons, I incorporate the medical records I have produced and the medical records that will be produced.

**Interrogatory No 7**

For the period from January 1 2002 to the present, identify all health care providers. Physicians, psychiatrists, psychologists, therapists, specialists or counselors and all personal or family counselors you have consulted and /or from whom you have received counseling, examination, testing or treatment for any physical or mental injury or condition

Interrogatory #4 answers: I am still under the care of Dr Marzilli; and Dr Tyrell.

**ANSWER:**

Without waiving said objections, I have treated with the following health care providers over the years for various things, including work-related and non-work related injuries and illnesses.

George S. Sehl, 176A Tollgate Road, Warwick, RI 02886 (former primary care physician, retired).
Joseph A. Izzi, M.D., 1351 Smith Street, North Providence, RI 02911
Orthopedic Group, Inc., 588 Pawtucket Avenue, Pawtucket, RI 02860
Orthopedic Center, Inc., 590 Pawtucket Avenue, Pawtucket, RI 02860
The Turning Point, 5 College Park Court, Warwick, RI 02886
Cranston Physical Therapy Treatment Center, 206 Warwick Avenue, Cranston, RI 02905
Michael Zola, 1196 Elmwood Avenue, Providence, RI 02907 (chiropractor)
True Touch Massage Therapy, 1194/1196 Elmwood Avenue, Providence, RI 02907
Corporate Care, the Occupational Health & Safety Services of St. Joseph Hospital for Speciality Care, 21 Peace Street, Providence, RI 02907
Susan Green, M.D., Newport Occupational Health, Newport Hospital, 19 Friendship Street, Newport, RI
Donley Center, 249 Blackstone Boulevard, Providence, RI 02906
Stanley Stutz, M.D., 868 Admiral Street, Providence, RI 02904
Gary A. L'Europa, M.D., 227 Centerville Road, Warwick, RI 02886

I also incorporate the health care providers listed in Interrogatory No. 4.

In addition, in response to (b) and (c), I am in the process of obtaining my medical records. I reserve the right to supplement this interrogatory once I receive those records.

**Interrogatory No 8 :**

With respect to your claims for damages : A0Identify kind of damage (including emotional ) Relief sought : exact amount of monetary compensation and method used to calculate ;

Attached :

Hurt on vested retirement Benefit
Hurt on sick days : workmans comp claim (2/17/04-6/7/04)
Loss of sick days ( 8/18/04-10-22-04)
Lost wages 2005-2006-2007
Loss of money from 401k
Medical bills
Loss of credit
Loss of health care and loss due to PTSD and Fractured Back

Interrogatory #8 Cont: September 4, 2007

With respect to your claim for damages:
(A) Identify each type of damage : **Hurt on vested retirement benefit** :

For 16.5 Credited service years the plaintiff is being hurt in her retirement:
First because of the lockout in 2002- if the hostile environment seized and the plaintiff continued to work the last 4 years would have been used in calculation:
In this calculation the plaintiff who never earned 15,000: a year; nor eve $ 35, 000

**The plaintiff wants this reexamined** and changed to
In 2001 _ the plaintiff made 45,040.45 as attache4d. : This effects her retirement but also affects : If the plaintiff is incapable of handling a full time job she may need early retirement from this account which would reduce it further : If she pulls out at" 55 "
Again the harassment from this company: caused the disability... Her retirement should reflect that she worked 16.5 years but wanted to work if the harassment had ended.

**The Monetary Compensation**
The company should make up for the lock out time: present a full retirement to the plaintiff. And add 2005 – 2006 -2007 as years served: added by the company. The rate of pay for those years should be $ 26.23 ( Barbara alderman is in that job she is lower in seniority – the plaintiff would have had that job _ If the company fired the appropriate people and fired her for having a weapon on her :

Interrogatory # 8: Cont September 4, 2007

With respect to your claim for damages:
(A) Identify each type of damage : **Loss of sick Days**

**Workman's comp claim (2/17/04-6/7/04)**

The plaintiff should be paid all sick days related to this workman's comp injury; the nurse had prior knowledge: Mike McGuire had knowledge and Bob Ringman had knowledge of the harassment:
Examples The Dr notified the nurse: she spoke to Travelers INS-The day before they denied the claim.
The announcement of the 85 days: Hurt the Plaintiffs' chance to get the Customer Field service Job:

The Plaintiff wants to be paid for the sick days – and any overtime she would have gotten if she was not harassed.

**Monetary Compensation**
The nurse deducted 432 hours for that: at pay of 24.72 an hour
Also the loss to the 401K plan for those weeks: Which is approx: 50$ a week:

Interrogatory # 8: Cont September 4, 2007

With respect to your claim for damages:
(A) Identify each type of damage : **Loss of sick Days**

**Workman's comp claim (2/17/04-6/7/04)**

The plaintiff should be paid all sick days related to this workman's comp injury; the nurse had prior knowledge: Mike McGuire had knowledge and Bob Ringman had knowledge of the harassment:
Examples The Dr notified the nurse: she spoke to Travelers INS-The day before they denied the claim.
The announcement of the 85 days: Hurt the Plaintiffs' chance to get the Customer Field service Job:

The Plaintiff wants to be paid for the sick days – and any overtime she would have gotten if she was not harassed.

**Monetary Compensation**
The nurse deducted 432 hours for that: at pay of 24.72 an hour
Also the loss to the 401K plan for those weeks: Which is approx: 50$ a week:

Interrogatory 8 # cont **Claims for damages**:

Medication : Clonazepam : Have taken for years : states on Prescription : Can be habit forming : I have been told I have to continue this medication : If I ever go off must be with a Dr's help . Told may take up to a year after I stop; **Want health care restored** at no cost to me: till medication ends and Dr Visits are not needed.

All medical Bills Even When I had insurance and co-payment I want all money - From out of pocket returned.

**From Bills calculated: amount $ 978** out of pocket for prescriptions and co- pay for Dr Visits are In addition to this amount.
Gave and are still giving $5.00 for every copy to Dr Marzilli per visit.
Every Visit to Dr Tyrell is 80$ cash .Both Dr's at this time have to get receipts of payment owed. **Dr Bills Will be sent.**

Law offices / **ruin of my credit**,
Medicus medical collection. Even in 2004 Credit agencies calling for the CAT scan: Threats on the phone. Ruin of my credit: It takes 7 years to clear.

**I want a letter written to the credit company that I was unjustly let go – and because of this my credit should be restated;** Money for: mental abuse. And threats: caused by the company. :
Then the phone and threats by the company investigators: to myself and to my family:
**By Nicole Bocra: The Dickerson Group**
Threatened me: cars in my condo lot – Threatened me.
Nicole was finally called: and after she threatened my mother: and brothers:
**I want 100,000** for the abuse she put me through and my family.

Under doc # 21

Cont: Interrogatory # 8

With Respect to Your claims for damages:

**(A) Identify Each Type of Damage** :

**Sick days: (8/18/04 - 10-22- 04)** A Workman's comp Injury was denied: The company had knowledge of the back: problem caused in 1992: Hurt in their truck:
They refused to pay the bill of $ 1961 for treatment of Dr Izzi – And bill for CAT. Scan $ 370..The bills have bee n unpaid still to this day: the CAT scan I paid cash after I was harassed by credit companies

Due to refusal; Sick pay lost 252 Hours. I am owed all sick hours:
Sick days ended in January 21, 2005 They should not have. With holidays, In Feb I should have had sick days for another 26-28 days. Told sick days were gone by Bud Butler 1/21/05 During extremely medicated. Time by a man who threatened me

Damage to my credit: for bills they should have paid:
Dr Bills still owed
Loss of sick days
Emotional damage: how to pay bills: loss of money.
Having to fill out forms not capable of doing. Dealing Credit company calling for CAT scan and Dr Bills.

**Monetary compensation**:
A) 252 hrs: making 24.72 and the union raise was that month, I should be entitled to
B) Loss to my 401 K For those weeks Approx 50 A week

**Lost wages: From Post traumatic stress**:
2005 – 2006-2007 Full Time 40 hour Wages also Wage increases from union: paid holidays: Loss of money in 401K and in company retirement account. And overtime that I would have made if I had a safe working environment
The company by its own rules was to provide me with a safe working environment. Until they can find one I should be paid.

All medical bills should be paid and All prescriptions Paid

* Unable to provide Dr Bills at this time "they are on vacation ... "Will provide.

Interrogatory 8 # cont **Claims for damages**:

Medication : Clonazepam : Have taken for years : states on Prescription : Can be habit forming : I have been told I have to continue this medication : If I ever go off must be with a Dr's help . Told may take up to a year after I stop; **Want health care restored** at no cost to me: till medication ends and Dr Visits are not needed.

All medical Bills Even When I had insurance and co-payment I want all money - From out of pocket returned.

**From Bills calculated: amount $ 978** out of pocket for prescriptions and co- pay for Dr Visits are In addition to this amount.
Gave and are still giving $5.00 for every copy to Dr Marzilli per visit.
Every Visit to Dr Tyrell is 80$ cash .Both Dr's at this time have to get receipts of payment owed. **Dr Bills Will be sent.**

Law offices / **ruin of my credit,**
Medicus medical collection. Even in 2004 Credit agencies calling for the CAT scan: Threats on the phone. Ruin of my credit: It takes 7 years to clear.

**I want a letter written to the credit company that I was unjustly let go – and because of this my credit should be restated;** Money for: mental abuse. And threats: caused by the company. :
Then the phone and threats by the company investigators: to myself and to my family:
**By Nicole Bocra: The Dickerson Group**
Threatened me: cars in my condo lot – Threatened me.
Nicole was finally called: and after she threatened my mother: and brothers:
**I want 100,000** for the abuse she put me through and my family.

**Cont : Interrogatory # 8**

**Loss of Health care needed for recovery of PTSD and fractured back**

With no health care : my means of dealing the disability and healing have been very limited :
Unable to handle gas company truck in my yard
Unable to handle the meter reading vehicle
Mercury seen at work: I was shaking unable to work:
Degrading remarks made to woman could not handle on the job;
Comments made that attorney McNamara is having fun: its like a toy I was told; he thinks this is a game – he makes tons of money _ he doesn't care; No one to tell me if my thinking is correct or not: some days :want him to feel what I went though
Called several times : told again It s a game : but it is not to me ;
Because of lost health care unable to be grounded Afraid of those : days ;Cannot see a Dr And Tell them :

**The plaintiff relief sought**:

I have three Doctors who I have seen and have given sworn testimony that I have PTSD from work: I want health care that allows me to see those Dr's till they feel I am out of danger and the public is out of danger
My back went out had to see Warwick medical center: then Dr Carrillo
This has happened every year since I fractured my back at the gas company I think Back Dr should be included: and Chiropractic

I do not expect full medical : if I'm having my gall bladder removed : That I don't expect but ; They caused this illness ; they should pay for any PTSD effects Medication : and Dr's and any education I need to learn about dealing with this disease

**Monetary compensation**

I believe the gas company has tried to make me worse; and I think The Attorney and company have sought every means : by cutting off my health care : not giving me a job out of sight : boiler room : basement : anywhere : I want 400,000 for the pain

I calculated this by the years I have begged for help: The guns being held to my head – to the illness that Lives with me:
And for every year I cannot make the money I was making :

**Interrogatory No 10**
Identify all legal proceedings in which you have provided a sworn statement or given a deposition or testimony under oath (as a party or a witness), noting whether you were a plaintiff or defendant or witness, the nature of the action, and the date and forum in which such action was filed

Attached Interrogatory # 9; Objection the same: and answer the same

**INTERROGATORY NO. 9** Inter No 10

Identify all legal proceedings in which you have provided a sworn statement or given a deposition or testimony under oath (as a party or a witness), noting whether you were a plaintiff or defendant or witness, the nature of the action, and the date and forum in which such action was filed.

**OBJECTION:**

Plaintiff objects to this interrogatory because it is overly broad in time and is irrelevant.

**ANSWER:**

I believe I was deposed in the civil case. I do not remember if I gave testimony as part of the criminal case.

**INTERROGATORY NO. 10** Inter / No 12 #

If you have ever been convicted of (or plead guilty or no contest to) a crime other than a

Interrogatory # 11

Efforts to obtain job ; In 2006 and 2007 never kept track of dates ; Just applied when in area ; Talked to owner or manager in charge

Jiggers Diner : east Greenwich Talked to owner : position : waitress
The Hope Club benevolent street Prov : waitress
The Coast guard house – 40 ocean rd Narragansett – Opening again in April
Futons etc Bald hill rd Warwick
Twin Oaks 100 Sebra Cranston

Two town jobs : East Greenwich : Received letter jobs given to lower in senioity : did not keep letters : didn't think I had to .

All newspaper articles filled out : or sent letter : Never heard :

Job I did get was chartwellls (parttime ) job cashier :

**Interrogatory No # 12**
If you have ever been convicted of ( or plead guilty or no contest to ) a crime other than a minor traffic offence , state as to each conviction or plea of guilty or no contest the specific crime and the date and place of each conviction or plea.

Attached Interrogatory No 10 – Objection the same: and answer;

**INTERROGATORY NO. 10** Inter / No 12

If you have ever been convicted of (or plead guilty or no contest to) a crime other than a

minor traffic offense, state as to each conviction or plea of guilty or no contest the specific crime and the date and place of each conviction or plea.

**OBJECTION:**

Plaintiff objects to this interrogatory because it is overly broad in time and is irrelevant.

**ANSWER:**

Reckless driving, convicted in 1989.

Identify each person whom you expect to call as an expert witness at trial , and with respect to each expert identified , state the subject matter on which the expert is expected to testify : state the substance of the facts and opinions to which the expert is expected to testify , state a summary of the grounds for each opinion , and state the education , business ., professional or other experience , as well as any other facts that will be offered at trial to prove the qualifications of each expert .

**Objection :** Plaintiff objects to this interrogatory because it calls for information protected by the work-product privilege
**Answer** I have not hired any experts at this time , I reserve my right to supplement this Interrogatory when , or if , I do hire any

**INTERROGATORY NO. 11**: Inter. #13

Identify each person whom you expect to call as an expert witness at trial, and with respect to each expert identified, state the subject matter on which the expert is expected to testify, state the substance of the facts and opinions to which the expert is expected to testify, state a summary of the grounds for each opinion, and state the education, business, professional or other experience, as well as any other facts that will be offered at trial to prove the qualifications of each expert.

**OBJECTION:**

Plaintiff objects to this interrogatory because it calls for information protected by the work-product privilege.

**ANSWER:**

I have not hired any experts at this time. I reserve my right to supplement this interrogatory when, or if, I do hire any.

**Interrogatory No 14**
Identify all documents upon which you rely in support of any allegation you have made or intend to make against defendants in connection with the complaint
Answer same as Interrogatory #12 attached .

**INTERROGATORY NO. 12:**

Identify all documents upon which Plaintiff relies in support of any allegation she has made or intends to make against Defendants in connection with the Complaint.

**ANSWER:**

I incorporate documents produced under Rule 26, and all documents produced in response to Defendants' First Request for Production of Documents.