# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LYNORE I HORN

Plaintiff

v.

C.A.NO. 07-142S

SOUTHERN UNION GAS COMPANY

Defendants

**PLAINTIFF"S OBJECTIONS TO DEFENDANTs"**
**FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

Pursuant to the Federal Rules Of Civil Procedure --The Plaintiff serves their objections to the Defendants First Request For Production of Documents .Also : Due to the Request being overly broad and unduly burdensome – Documents .. Will not be produced in (30) days .

GENERAL RESPONSE

The Plaintiff Pro Se Submits these answers subject to , Without waiver of , And Expressly preserving the right to amend, revise, correct, supplement or clarify any of the objections and responses herein . The Plaintiff hereby expressly preserve all of their rights , remedies and recourse against the Defendant with respect to discovery : Moreover Protecting Pro se – Plaintiff – Attorney Client privileges : Which is Confidential : privileged .

## GENERAL OBJECTIONS

1. Plaintiff Objects to All "definitions And "instructions "to the extent that any portion thereof exceeds the requirements of the Federal Rules of Civil Procedure.

2. Plaintiffs object to each Interrogatory in the First Set of Interrogatories to the extent that it requests information subject to the attorney-client privilege, work product doctrine, or any other applicable privilege, and Plaintiff Pro Se will not produce such information. To the extent any information is inadvertently produced, such production is not intended as any waiver of the attorney – client privilege or any applicable privilege.

## OBJECTIONS TO DOCUMENT REQUEST

REQUEST NO1 :All documents which in any way refer or relate to your allegations and claims in this case , including , but not limited to , Correspondence ,e-mails ,memoranda , your calendar ,appointment book , personal diary, notes ,or any similar written or recorded logs .

OBJECTION : Plaintiff 's Object to this request on the grounds that it is vague, ambiguous, overbroad, unduly burdensome , Not calculated to lead to the discovery of admissible evidence .

REQUEST NO.2 All documents containing, referring or relating to statements you have made about the facts or subject matter of this case.

OBJECTION : Plaintiff's object to this request on the grounds that it is vague, ambiguous, overbroad, unduly burdensome.

REQUEST NO 3. All documents that evidence refer or relate to any statements made by any person, at any time, which relate to any of the allegations, and /or claims for damages or injuries, made by the plaintiff in this action.

OBJECTION: Plaintiff objects to this request on the grounds that it is overly broad, Unduly burdensome, not calculated to lead to the discovery of admissible evidence- and constitutes an invasion of the privacy of third parties.

REQUEST NO 4 (A-E) : All documents obtained by you from defendants or from any of their employees agents or representatives, whether such documents were given to you or were taken by you, including but not limited to: (A-F)

OBJECTION : The plaintiff object to this on the grounds, it is not calculated to lead to the discovery of admissible evidence, and constitutes an invasion of the privacy of third parties. and unduly burdensome.

REQUEST NO.5 : All documents reflecting, referencing or otherwise evidencing any alleged harassment, discrimination, or retaliation by Defendants or any of their agents or employees.

OBJECTION : Plaintiff objects: unduly burdensome, overbroad-vague.

REQUEST NO.6: All documents constituting or concerning communications between you or your attorney and the Rhode Island Commission for Human Rights and /or the Equal Employment Opportunity Commissions.

OBJECTION : Plaintiff objects to this request to the extent it seeks documents protected by attorney-client privilege, and is not calculated to lead to the discovery of admissible evidence.

REQUEST NO 7: All documents that relate, refer to, or comprise communications between you or your attorney and any present or former employee of defendants relating to your employment with Defendants.

OBJECTION : Plaintiff objects to this request to the extent it seeks documents protected from disclosure by the work product doctrine and /or Attorney-client privilege.

REQUEST NO 10 ; To the extent not encompassed by the foregoing requests ; all documents reflecting, referencing, otherwise evidencing, or upon which you intend to rely to show the nature and extent of any lost wages incurred by you as a result of the allegations in the complaint.

OBJECTION: - Plaintiff objects to this Request on the grounds that it is vague Ambiguous, overbroad, unduly burdensome:

Pro Se Plaintiff : Lynore Horn
88 Alger Ave
East Greenwich RI 02821
401-261-8874

Dated : September 14, 2007

CERTIFICATION

The undersigned hereby certifies that a true copy of the with in document was sent via certified mail .,return receipt requested , this 14 , day of September To Nixon and Peabody LLP Attorney Neal McNamara One Citizens Plaza , suite 500 Providence RI 02903