UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LYNORE HORN,<br>Plaintiff,<br><br>v.<br><br>SOUTHERN UNION CO. &<br>NEW ENGLAND GAS CO.,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 07-142-S |

**DEFENDANTS' MOTION TO EXTEND TIME FOR DISCOVERY**

Defendants Southern Union Co. and New England Gas Co. ("Defendants") hereby move for an extension of the discovery deadline, set forth in this Court's Order entered on September 13, 2007. Defendants seek this extension because the parties require additional time within which to conduct discovery in this case. Pursuant to this Court's Order dated November 9, 2007, granting Defendants' motions to compel further answers to interrogatories and responses to document requests, Plaintiff Lynore Horn ("Plaintiff") has until November 29, 2007 to produce the additional responses. Consequently, Plaintiff's deposition will be noticed for December, 2007. In addition, Plaintiff has just requested to take three depositions in this matter.

For the foregoing reasons, Defendants request that this Court extend the deadline for the close of discovery in this case two (2) months, from December 3, 2007 to February 4, 2007. This will be the last request for an extension. Plaintiff has indicated she has no objection to this Motion.

DEFENDANTS SOUTHERN UNION CO. &
NEW ENGLAND GAS CO.

By their attorneys,

NIXON PEABODY LLP

/s/ Neal J. McNamara_________________
Neal J. McNamara (#4249)
Jillian S. Folger-Hartwell (#6970)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
nmcnamara@nixonpeabody.com
jfolgerhartwell@nixonpeabody.com

DATED: November 16, 2007

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent, via certified mail, return receipt requested and regular mail, a true and accurate copy of the within document to Lynore Horn, 88 Alger Avenue, East Greenwich, RI 02818 this 16th day of November 2007.

/s/ Neal J. McNamara_________________