UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LYNORE HORN,<br>Plaintiff,<br><br>v.<br><br>SOUTHERN UNION CO. AND<br>NEW ENGLAND GAS CO. | )<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-142 S |

**NOTICE OF DEPOSITION**

TO: Lynore Horn, Pro Se
88 Alger Avenue
East Greenwich, RI 02818

Allied Court Reporters, Inc.
115 Phenix Avenue
Cranston, RI 02920

PLEASE TAKE NOTICE that on ***Tuesday, January 8, 2008, at 10:00 a.m.*** at the offices of Nixon Peabody LLP, One Citizens Plaza, Providence, RI 02903, Defendants will continue and complete the deposition of ***Lynore Horn*** before a duly qualified Notary Public or other officer qualified to administer oaths. This deposition will be taken pursuant to Fed. R. Civ. P. 30, and will be recorded by stenographic means.

Respectfully submitted,

SOUTHERN UNION CO. and
NEW ENGLAND GAS CO.

By its attorneys,

/s/ Neal J. McNamara
Neal J. McNamara (#4249)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)

Dated: December 19, 2007

# **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing NOTICE OF DEPOSITION was served on Lynore Horn, 88 Alger Avenue, East Greenwich, RI 02818 via certified mail and by first class mail this 19th day of December, 2007 and to Allied Court Reporters, 115 Phenix Avenue, Cranston, RI 02920.

/s/ Neal J. McNamara