UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE HORN
Plaintiff

V CA.NO. 07-142S

SOUTHERN UNION CO
NEW ENGLAND GAS CO
Defendants

**PLAINTIFFS" MOTION TO EXTEND TIME FOR DISCOVERY**

Plaintiff Pro Se Lynore Horn hereby Move for an extension of the discovery deadline, set forth in this courts's Order entered on September 13, 2007. Plaintiffs seek this extension because the parties require additional time with which to discover this case.

As of this time Dr Tytell Is still confused as to the writing by the Defendants " "Psych Notes"additional time to strengthen out correct wording from the Defendants to compel the notes needed. and to complete Two depositions needing to be rescheduled due to Plaintiff's prose streap throat .

For The foregoing reasons , the plaintiff requests an extended deadline From February 4, 2007 Till February 18, 2008 –To Finalize written communication with Dr Tytell and have Two more depositions.

This will be the last request from the Plaintiff Pro se for an extension and this case

The Plaintiff has not heard of any Objections to this Motion from the Defendants

Plaintiff Prose
Lynore Horn
88 Alger Ave
East Greenwich 02821

Dated: February 1, 2008

## CERTIFICATE OF SERVICE

I , The undersigned , hereby certify that I sent a copy : regular mail , a true and accurate copy of the within document to : NIXON PEABODY :Neal McNamara One Citizens Plaza Suite 500 Providence RI 02903 .