**EXHIBIT A**

STATE OF RHODE ISLAND

# COMMISSION FOR HUMAN RIGHTS

*Chair*
Dr. John B. Susa

*Commissioners*

Iraida Williams
Randolph Lowman
Camille Vella-Wilkinson
Jean Stover
Alton W. Wiley, Jr.
Alberto Aponte Cardona

*Chair Emeritus*
Marguerite A. Beaubien

*Executive Director*
Michael D. Évora, Esq.

March 1, 2006

MAR 03 2006

General Manager
New England Gas Company
100 Weybosset Street
Providence, RI 02903

RE: RICHR NO. 06 EMD 219 EEOC NO. 16JA600124
Lynore Horn vs. New England Gas Company/Southern Union Gas Company

Dear Sir/Madam:

On **February 22, 2006** Lynore Horn filed a charge of discrimination against New England Gas Company/Southern Union Gas Company alleging a violation of Rhode Island General Laws, Title 28, Chapter 5 and Title 42, Chapter 87 . A copy of the charge is enclosed for your information.

It is the duty of this Commission to investigate all discrimination charges filed. The Commission, however, also welcomes discussion of mutually agreed upon settlements at any time.

Please submit a detailed position paper outlining your response to the charge within twenty (20) days. The Commission encourages you to include attachments such as relevant documents and witness statements. Please note that a general denial of the allegations is insufficient, the Commission is requesting a full and complete response to the charge. In addition, please provide the appropriate mailing address for each respondent (those against whom the charge is filed) named above.

If you have any questions regarding the above, please feel free to contact me.

Sincerely,

Marlene Colon Toribio
EEOC Project Director

MCT: lc
CC: CT Corporation System, Agent
**COMPLAINANT'S ATTORNEY:**

## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

General Manager
New England Gas Company
100 Weybosset Street
Providence, RI 02903

PERSON FILING CHARGE
Horn, Lynore

THIS PERSON (check one)
[X] CLAIMS TO BE AGGRIEVED
[ ] IS FILING ON BEHALF OF ANOTHER

DATE OF ALLEGED VIOLATION
*Earliest* 12/01/2005 *Most Recent* 12/01/2005

PLACE OF ALLEGED VIOLATION
Providence, RI

EEOC CHARGE NUMBER
16JA600124

FEPA CHARGE NUMBER
06EMD219-07/06

## NOTICE OF CHARGE OF DISCRIMINATION IN JURISDICTIONS WHERE A FEP AGENCY WILL INITIALLY PROCESS

*(See attached information sheet for additional information)*

YOU ARE HEREBY NOTIFIED THAT A CHARGE OF EMPLOYMENT DISCRIMINATION UNDER

[ ] Title VII of the Civil Rights Act of 1964
[ ] The Age Discrimination in Employment Act of 1967 (ADEA)
[X] The Americans with Disabilities Act

HAS BEEN RECEIVED BY

[ ] The EEOC and sent for initial processing to __________ *(FEP Agency)*

[X] The R I Commission For Human Rights *(FEP Agency)* and sent to the EEOC for dual filing purposes.

While EEOC has jurisdiction (upon the expiration of any deferral requirement if this is a Title VII or ADA charge) to investigate this charge, EEOC may refrain from beginning an investigation and await the issuance of the Agency's final findings and orders. These final findings and orders will be given weight by EEOC in making its own determination as to whether or not reasonable cause exists to believe that the allegations made in the charge are true.

You are therefore encouraged to cooperate fully with the Agency. All facts and evidence provided by you to the Agency in the course of its proceedings will be considered by the Commission when it reviews the Agency's final findings and orders. In many instances the Commission will take no further action, thereby avoiding the necessity of an investigation by both the Agency and the Commission. This likelihood is increased by your active cooperation with the Agency.

[X] As a party to the charge, you may request that EEOC review the final decision and order of the above named Agency. For such a request to be honored, you must notify the Commission in writing within 15 days of your receipt of the Agency's final decision and order. If the Agency terminates its proceedings without issuing a final finding and order, you will be contacted further by the Commission. Regardless of whether the Agency or the Commission processes the charge, the Recordkeeping and Non-Retaliation provisions of Title VII and the ADEA as explained in the "EEOC Rules and Regulations" apply.

For further correspondence on this matter, please use the charge number(s) shown.

[ ] An Equal Pay Act investigation (29 U.S.C. 206(d)) will be conducted by the Commission concurrently with the Agency's investigation of the charge.

[ ] Enclosure: Copy of Charge

BASIS OF DISCRIMINATION

[ ] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NAT. ORIGIN [ ] AGE [X] DISABILITY [ ] RETALIATION [ ] OTHER

CIRCUMSTANCES OF ALLEGED VIOLATION

| DATE | TYPED NAME/TITLE OF AUTHORIZED EEOC OFFICIAL | SIGNATURE |
|---|---|---|
| 02/22/2006 | Director | |

EEOC FORM 131-A (Rev. 06/92)

RESPONDENT'S COPY

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

AGENCY: [X] FEPA [ ] EEOC

CHARGE NUMBER: 06EMD219-07/0 16JA600124

R I Commission For Human Rights and EEOC
*State or local Agency, if any*

| | |
|---|---|
| NAME (Indicate Mr., Ms., Mrs.) Ms. Lynore Horn | HOME TELEPHONE (Include Area Code) (401) 261-8874 |
| STREET ADDRESS / CITY, STATE AND ZIP CODE P.O. Box 7578, Warwick, RI 02887 | DATE OF BIRT |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| | | |
|---|---|---|
| NAME New England Gas Company | NUMBER OF EMPLOYEES, MEMBERS Cat D (501 +) | TELEPHONE (Include Area Code |
| STREET ADDRESS / CITY, STATE AND ZIP CODE 100 Weybosset Street, Providence, RI 02903 | | COUNTY 007 |
| NAME Southern Union Gas Company | | TELEPHONE NUMBER (Include Area Code) (570) 820-2400 |
| STREET ADDRESS / CITY, STATE AND ZIP CODE One Pei Center, Wilkes-Barre, P A 18711 | | COUNTY |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

[ ] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[ ] RETALIATION [ ] AGE [X] DISABILITY [ ] OTHER *(Specify)*

DATE DISCRIMINATION TOOK PLACE
*EARLIEST* 12/01/2005 *LATEST* 12/01/2005
[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

*** SEE ATTACHED NOTARIZED STATEMENT ***

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Month, day and year)

Date Charging Party *(Signature)*

Exhibit B

1. Up until about the year 2000, The Providence Gas Company, was a corporation doing business in the state of Rhode Island. In about 2000, New England Gas Company, acquired Providence Gas. New England Gas is a division of Southern Union Gas Company.

2. On June 4, 2004, A letter by my Dr. stated I could return to my customary job only "If the harassment, which she has experienced, ceases."

3. The Gas company (New England Gas) sent me to their own Dr, Who stated I cannot return. After a short time I received a letter Overriding both Dr's From Holland and Knight stating that the gas company was sending me back to work, same location. To inform them of any abuse.

4 Within a short period of time I informed them the abuse was continuing, I called several days after to say it was getting worse .In December 2004 I was taken to the hospital after seeing a gun on the New England Gas grounds

5 As of December 2005, I was fired from the gas company. They stated that I had to return to the same place, same location. My disability, PTSD does not allow me to return to that hostile environment. I gave them a list of jobs I could do. They gave me no alternatives.

I feel I have a right to have a safe, none harassing, non hostile environment. That this company should do everything to help work with my disability and medical needs.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

Signature of Complainant

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE 2-22-06

Notary Public

My Commission Expires on 11-24-09

RECEIVED

FEB 22

RICHR

RI Commission for Human Rights
180 Westminster Street
Providence, RI 02903

Re: Lynore Horn vs. Southern Union Gas (New England Gas Company)

Dear sir or Madam:

Enclosed is a charge of discrimination, Please help me to expedite this procedure

Sincerely Lynore Horn (pro se)

PO box 7578 Warwick RI 02887
(401) 261-8874

RECEIVED
FEB 22 2006
RICHR

Notary Public
exp. 10-20-08

Exhibit A

New England Gas Company
100 Weybosset Street
Providence, Rhode Island 02903

Southern Union Gas Company
One Pei Center
Wilkes-Barre, Pennsylvania 18711