# EXHIBIT C

| LAST NAME | FIRST NAME | INIT. | SOCIAL SECURITY NO. | EMPLOYEE NO. |
|---|---|---|---|---|
| HORN | LYNORE | I. | 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 | 23085-3 |

| DATE | HOME ADDRESS |
|---|---|
| 4-24-89 | Apt. 519 630 Smithfield Rd., No. Prov., RI 02904 |
| 9-30-91 | POB 17694, Esmond, RI 02917 |
| 7-21-95 | 19 Henzie St., Warwick, RI 02886-5907 |
| 12/5/02 | P.O. Box 7578, Warwick, RI 02887 (401) 261-8874 |

DATE BORN 10-3-60
CITIZEN Yes 1st PAPERS NO.
ELIGIBLE RET. PLAN:
RET. PLAN NO.
NORMAL RET.

MILITARY SERVICE RECORD

EARNINGS RECORD

| YEAR | AMOU |
|---|---|

## EMPLOYMENT RECORD

| ENTERED | ENT. NO. | LEFT | SEP. NO. | R. | L.O. | D. | REASON |
|---|---|---|---|---|---|---|---|
| 4-24-89 | -5174 | | | | | | |

## OCCUPATIONAL CLASSIFICATION RECORD

| DATE | DEPT. | OCCUPATION | CODE | RATE | AUTH. NO. | SEN. DATE | |
|---|---|---|---|---|---|---|---|
| 4-24-89 | M. Off. Bldg. | Bdlg. Cleaner | ~~B5-T~~ | 8.08 | -- | | |
| 7-23-89 | " " | " " | B5 | 8.08 | 30,804 | | |
| 0-22-89 | Meter Rdg. | Meter Reader | R1 | 11.51 | 30,874 | | |
| -21-90 | " " | " " | " | 12.14 | 31,020 | | |
| -22-90 | " " | " " | " | 13.54 | 31,151 | | |
| 6-17-90 | BLDG. | WATCHPERSON | B2 | 14.16 | 31,226 | | |
| 12-16-90 | " | " | " | 14.36 | 31,467 | | |
| -21-91 | " | " | " | 15.01 | 31,522 | | |
| 6-16-91 | " | " | " | 15.18 | 31,694 | | |
| 12-15-91 | " | " | " | 15.38 | 31,877 | | |
| 1/26/92 | FACILITY MAINT | FACILITY MAINT. PERSON | B4 | 16.48 | 31,932 | | (includes G.W.I.) |
| 3/1/92 | " " Dext. | " " " | " | " | 31,967 | | |
| 10/18/92 | " " | " " " | " | 17.02 | 32,239 | | |
| ~~1/23/93~~ | " " | " " " | | ~~17.62~~ | ~~32,362~~ | | |
| ~~1/23/93~~ | " " | " " " | D143 | " | 32,415 | | GWI |
| 4/18/93 | " " | " " CL A " | D142 | 18.34 | 32,461 | | |
| 1/21/94 | " " | " " " | " | 19.03 | 32,799 | | GWI |

| LAST NAME | FIRST NAME | INIT | SOCIAL SECURITY NO. | EMPLOYEE NO. |
|---|---|---|---|---|
| HORN | LYNORE | I. | 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 | |

Form 638 500 5-78 T86

| DATE | DEPT | OCCUPATION | CODE | RATE | AUTH. NO. | SEN. DATE | |
|---|---|---|---|---|---|---|---|
| 1-21-95 | Facility | Facilities Maintenance CLA | D142 | 19.79 | 33,120 | | GWI |
| XXXXXXXXXXX | 1/21/96 " | " | " | 20.48 | 33,570 | | GWI |
| 1/19/97 | F. Maint. | " | " | 21.15 | 33,847 | | GWI |
| 1/18/98 | " | " | D142 | 21.84 | 34,002 | | GWI |
| 1/24/99 | " " | " | D142 | 22.60 | 35,126 | | GWI |
| 5/10/99 | C. Service | C. Service Helper | D412 | 20.62 | 35,202 | | |
| 10/24/99 | Fac. Maint. | Facilities Maint, C. A | D142 | 22.60 | 35,299 | | |
| 1/23/00 | " | " | D142 | 23.39 | 35,395 | | GWI |
| 1/21/01 | " | " | " | 24.21 | 35,582 | | GWI |
| 9/1/02 | Meter Reading | Meter Reader | R3 | 22.69 | 35,819 | | * See bumping lanaguage for rate calc. |
| 9/15/02 | CFS/Leak Survey | Survey Tech | D850 | 22.09 | 35,836 | | |
| 3/16/03 | " | " | D851 | 24.00 | 35,923 | | |
| 5/23/04 | " | " " | " | 24.72 | 36,076 | | GWI |
| 5/29/05 | " | " " " | " | $25.46 | 36,591 | | GWI |

## LOST TIME RECORD

| YEAR | WORKING DAYS LOST: Un-exp. | Own Req. | Sick | W.C. | Lv. Abs. | * Misc. | Total | SICK BENEFIT: Days Paid | Amount Paid | WORKMEN'S COMP.: Days Paid | Amount Paid | REMARKS: *J. D.=Jury Duty D.=Discp. M.D.=Mil. Duty Note Below |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

PRIOR CLASSIFICATIONS

MISCELLANEOUS