# EXHIBIT F

ROBERT A. MARZILLI, Ph.D.
LICENSED CLINICAL PSYCHOLOGIST
Atwood Medical Center — Suite 433
1524 Atwood Avenue
Johnston, Rhode Island 02919
Telephone (401) 861-2190

February 18, 2004
RE: Lynore Horn
DOB: 10/03/60

To Whom It May Concern,

Ms. Lynore Horn was seen by me on an emergency basis yesterday, February 17th. Ms. Horn has been a patient of mine since September 11, 2003. After talking to her at length, it became clear that she was suffering from an acute stress disorder which appeared to be work related. I advised her to remain out of work until further notice, and suggested that she contact her primary care physician, Dr. Ernest Zuena, this week for a medication evaluation. I will be seeing Ms. Horn weekly and will determine when she is ready to return to work.

Sincerely,

Robert A. Marzilli, PhD

Robert A. Marzilli, PhD