# EXHIBIT G

NEW ENGLAND GAS COMPANY
100 WEYBOSSET STREET
PROVIDENCE, RI 02903

DATE: 2/18/04
TO: Lynore Horn
FROM: Kathy Wall, RN
SUBJECT: Notification of Family/Medical Leave

On February 17, 2004, you notified us or we learned of your need to take family/medical leave due to:

☐ the birth of a child, or the placement of a child with you for adoption or foster care; or

☒ a serious health condition that makes you unable to perform the essential functions of your job; or

☐ a serious health condition affecting your ☐ spouse, ☐ child, ☐ parent, for which you are needed to provide care.

You notified us that you need this leave beginning on 2/18/04 and that you expect leave to continue until on or about unkown.**

Except as explained below, you have a right under the FMLA for up to twelve (12) weeks* of unpaid leave in a twelve (12) month period for the reasons listed above. Also, your health benefits must be maintained during any period of unpaid leave under the same conditions as if you continued to work, and you must be reinstated to the same or an equivalent job with the same pay, benefits, and terms and conditions of employment on your return from leave. If you do not return to work following FMLA leave for a reason other than: (1) the continuation, recurrence, or onset of a serious health condition which would entitle you to FMLA leave; or (2) other circumstances beyond your control, you may be required to reimburse us for our share of health insurance premiums paid on your behalf during your FMLA leave.

This is to inform you that: (*check appropriate boxes; explain where indicated*)

1. You are ☒ eligible ☐ not eligible for leave under the FMLA.

2. The requested leave ☒ will ☐ will not be counted against your annual FMLA leave entitlement.

3. You ☒ will ☐ will not be required to furnish medical certification of a serious health condition. If required, you must furnish certification by March 4, 2004 (must be at least fifteen (15) days after you are notified of this requirement) or we may delay the commencement of your leave until the certification is submitted.

* ***Under the Rhode Island Parental and Family Medical Leave Act (RI Gen. Law #28-48, effective 7/12/90), which takes precedence over federal law, employees are entitled to thirteen (13) weeks of family/medical leave in a two year period. In simple terms this means that an employee may request thirteen (13) weeks of leave in the first year (under RI law) and twelve (12) weeks of leave in the following year (under federal law).***