**EXHIBIT H**

ROBERT A. MARZILLI, Ph.D.
LICENSED CLINICAL PSYCHOLOGIST
Atwood Medical Center — Suite 433
1524 Atwood Avenue
Johnston, Rhode Island 02919

Telephone (401) 861-2190

June 4, 2004
RE: Lynore Horn
DOB: 10/03/60

To Whom It May Concern,

This letter is to inform you that Ms. Lynore Horn is being released by me to return to work on Monday, June 7, 2004. It should be noted that Ms. Horn is capable of returning to her customary job only if the harassment, which she has experienced, ceases. If this cannot be assured, then I would insist that she be reassigned to a different department. I trust that you understand the importance of this.

Sincerely,

Robert Marzilli, PhD

RAM/lam