# EXHIBIT I

**New England Gas Company**

8/18/04

Dear Dr. Izzi:

Our employee, **Lynore Horn,** is a patient under your care for treatment of a work-related injury.

She informed me that she has an appointment with you on Thursday, 8/19/04. Post your evaluation on that above date, please provide me with a report on **Lynore's** status by completing the accompanying **Certification of Health Care Provider** and **Modified Duty Assessment** form.

***Please complete the Modified Duty form by answering all the line items on the questionnaire, indicating if the employee has a limitation or not.***

New England Gas Co. does have a **light duty program** and can accommodate most restrictions. While on light duty, employees are permitted to leave for doctor's appointments, physical therapy sessions, etc. Also, we allow employees to return to work on a **transitional work schedule** (i.e. 4hrs/day, then 6hrs, returning to 8hrs on a gradual basis).

You may fax the completed form to me in my private office at 401-785-1948.

Thank you for your cooperation in this most important matter.

Sincerely,

Kathy Wall, RN

Kathy Wall, RN

100 Weybosset Street
Providence, RI 02903

1595 Mendon Road
PO Box 7900
Cumberland, RI 02864

155 North Main Street
PO Box 911
Fall River, MA 02722

# CERTIFICATION OF HEALTH CARE PROVIDER

New England Gas Company

Employee Name: **Lynore Horn** Date of Health Care Provider Visit: ______

Date Condition Commenced: 8-16-04

Date of Next Office Visit 9-2004

Nature of Illness or Condition: Post traumatic headaches
Cervical spine sprain R/O concussion Thoracic spine sprain

Date Employee is Able to Return to Full Duty: NO

**Please complete accompanying "Modified Duty Assessment" questionnaire.**

If Further Treatment is Required, Please Describe: ______

Prognosis for Recovery: guarded

Remarks: ______

Does This Employee's Condition Qualify As a "Serious Health Condition" Under the *Family and Medical Leave Act* (Please see attached)? If "Yes," Please Indicate the Applicable Category Number; If None, Please Indicate Accordingly.

1____ 2 ✓ 3____ 4____ 5____ 6____

None Apply ____

[signature]
Health Care Provider Signature Date: 9/1/04

Type of Practice: Orthopaedic Surgeon

**Joseph A. Izzi, M.D., Inc.**
Joseph A. Izzi, M.D., F.A.A.O.S., F.A.C.S., F.I.C.S.
BOARD CERTIFIED ORTHOPAEDIC SURGEON
1351 Smith Street
North Providence, RI 02911
(401) 353-5550
(401) 353-2909 FAX

I, the Undersigned Employee of New England Gas Company, Authorize the Release of This Information to New England Gas Company for the Purpose of Status Evaluation.

Employee Signature ______ Date: ______

## NOTES TO EMPLOYEE

1. Please Request That The Health Care Provider Complete and Return This Form to the Safety & Health Office at 477 Dexter Street, Providence, RI 02907—Office (401) 525-5588; Fax (401) 785-1948.
2. When Required, Please Provide a Copy of This Completed Form to Your Supervisor Upon Your Return to Work.

## Modified Duty Assessment

Dear Health Care Professional: Date 8/17/04

New England Gas Company believes it is in the best interest of its employees, and itself, to maintain worker involvement in the workplace in as normal an activity as practical, considering workers' physical and emotional conditions. Not only is this conducive to physical and emotional health, but it also keeps employees apprised of changes in the work environment (e.g., task procedures, safety regulations, current projects, team structure and new job postings).

It is our understanding that you are the medical care professional treating our employee, **Lynore Horn.** We ask that you please complete this **Modified Duty Assessment Questionnaire** by **answering all the line items on this form** indicating if the employee has any limitations. This information will allow us to provide the necessary return to work accommodations.

| Activity | Limitations: None | Limitations: Yes | Description of limitations, which may include weight limits, frequency of activity, or modified work hours: | *What date may the employee commence this activity?* |
|---|---|---|---|---|
| • Operate a Motor Vehicle | | | | |
| • Walk/Climb Stairs | | | | |
| • Sit or Stand | | | | |
| • Lift | | | | |
| • Twist or Bend | | | | |
| • Squat or Kneel | | | | |
| • Push or Pull | | | | |
| • Use Hand tools | | | Totally | |
| • Use a Keyboard | | | incomplete | |
| • Telephone Interaction With Customers That May Involve Billing Disputes or Other Verbal Conflicts | | | | |
| • Telephone Interaction With Customers That May Involve Scheduling Appointments | | | | |
| • Sedentary Clerical Work (e.g., writing, sorting, filing) | | | | |
| • Other | | | | |

Please Complete

DATE OF NEXT OFFICE VISIT Amity DX:

DATE Released to RETURN TO WORK/Full Duty ?

DATE Released to RETURN TO WORK/*LIGHT DUTY* ?

Additional Comments:

Thank you for your cooperation in this most important matter.

Fax 785-1948

Kathy Wall RN
Kathy Wall RN