# EXHIBIT 1

CERTIFIED MAIL

February 22, 2005

Mr. Glen K. Mooney
67 Haven Street
Warwick, RI 02889

Dear Mr. Mooney:

A review of our records indicates that you have been continuously absent from work since January 9, 2004 with a disability.

Due to your prolonged absence from work I must inform you that your employment with New England Gas Company is being terminated effective immediately.

Within the next few weeks you will be receiving a final pay check which will reflect payment of 112 hours of vacation time from 2004 as well as 32 hours of personal time.

Please be advised that your health care benefits will be terminated effective February 28, 2005 and you will be receiving information regarding your rights under COBRA from our Corporate Human Resource Office. If you have any questions pertaining to the status of other benefits e.g. pension, 401K, etc., please contact Joanne Zito, Manager of Compensation and Benefits at 574-2306.

Regards,

Henry A. Butler
Director of Employee Relations

CC: R. Lang, President, Local 12431
J. Allen, Secretary, Local 12431
J. Zito, Manager of Compensation and Benefits
Personnel File

New England Gas Company

May 3, 2005

Dennis Poisson
244 Hill Road
Harrisville, RI 02830

Dear Dennis:

According to our records, your last day of work was May 24, 2004, which means you will be out of work for one year on May 25, 2005.

It is the Company's normal procedure to discontinue employment when an employee has been absent from their job in excess of one full year.

We understand that there were recent conversations regarding your return to work with your supervisor, Mr. Goryl. If that is the case, please notify me of the anticipated date of your return to work. If you do not return to work, your employment will be terminated effective May 25, 2005.

If you would like to discuss this further, please do not hesitate to contact me at 574-2042.

Yours truly,

Joann Therrien

Joann Therrien
Manager, Human Resources

CERTIFIED MAIL

June 2, 2005

Mr. Henry Bestwick
1155 Maple Valley Road
Coventry, RI 02827

Dear Mr. Bestwick:

During Mrs. Bestwick's recent conversation with our Safety and Health Department the possibility of your return to work was explored. We understand that your physicians do not feel your return to work at this time is in your best interest.

As we wrote to you in a letter dated April 18, 2005, it is the Company's normal procedure to discontinue employment when an employee has been absent from their job in excess of one full year, therefore, your employment will New England Gas Company will be discontinued effective June 2, 2005.

Within the next few weeks you will be receiving a final pay check which will reflect payment of 200 hours of vacation time from 2004 as well as 8 hours of personal time.

Please be advised that your health care benefits will be terminated effective June 30,2005 and you will be receiving information regarding your rights under COBRA from our Corporate Human Resource Office. If you have any questions pertaining to the status of other benefits e.g. pension, 401K, etc., please contact Joanne Zito, Manager of Compensation and Benefits at 574-2306.

Very best wishes,

D'Anna Soehnge
Vice President

CC: R. Lang, President, Local 12431
J. Allen, Secretary, Local 12431
J. Zito, Manager of Compensation and Benefits
Personnel File

nationalgrid

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

March 15, 2007

Mr. Troy Smith
1886 Fall River Avenue
Seekonk, MA 02771-2010

Dear Mr. Smith:

According to our records you have been continuously absent from work since January 23, 2006. This leave commenced after you had exhausted all forms of state and federal guaranteed family and medical leave. The Company's policy regarding extended leaves of absence does not provide for leaves in excess of one year. Accordingly, your employment will terminate automatically without further notice at the close of business March 16, 2007.

Please be advised that your benefits will terminate effective March 31, 2006. If you have any questions pertaining to the status of your benefits please contact the Employee Services Benefits Center at 1-888-424-2113.

Very truly yours,

Raymond Reyes
Director of Labor Relations

CC: Raymond Lang, President, Local 12431
Joyce Sousa, Chairperson, Local 12431-02

Employment Termination Information

Prepared for: *Troy A. Smith*

By the Employee Services Center, Westborough

Date: *March 22, 2007*

---

According to our records you have been continuously absent from work since January 23, 2006. This leave commenced after you had exhausted all forms of state and federal guaranteed family and medical leave. The Company's policy regarding extended leaves of absence does not provide for leaves in excess of one year. Accordingly, your employment will terminate automatically without further notice at the close of business March 21, 2007. Please be advised that your benefits will terminate effective March 31, 2007. Please see below for details regarding this and other benefits.

If you have any questions about this information or any aspect of your termination, please call the Employee Services Center at 1-888-424-2113.

**Please keep Employee Relations informed of all future changes in address to ensure that you receive timely notification regarding your benefits.**

**Medical Coverage**

Your Custom Choice Plus PPO Medical Plan, family coverage and Delta Dental MA Dental Plan, family coverage, will continue through March 31, 2007. You may continue this coverage at your own expense by paying the full cost under COBRA. You will receive a COBRA letter under separate cover at your home address.

**Group Insurance Coverage**

The Accidental Death and Dismemberment and Short-Term/Long-Term Disability Insurance ended as of your termination date.

***[Union]***
**Basic Life Insurance Benefits**

Your Basic Life Coverage ends March 31, 2007 . If you wish to continue coverage, you have 31 days to convert to non-term insurance by paying premiums directly to MetLife. For further information, please contact MetLife directly at 1-866-492-6983.

**Pension Plan**

Your accrual of benefits under the Pension Plan ends on your termination date. Since you have completed five pension years of service as of your termination date, you are entitled to a vested benefit under the plan for years of service and wages earned while in the plan. You will receive a vested benefit letter in the mail under separate cover at a later date regarding this benefit.

**Company Equipment/Identification**

If you are still in possession of any Company equipment, it must be turned in to your supervisor as soon as possible. Such equipment may include uniforms, tools, keys, a computer, cell phone, securID card, Company identification badge and access card.

***(Massachusetts Employees Only)***
**Department of Employment and Training Information**

Enclosed please find a flyer about unemployment insurance, which the Commonwealth of Massachusetts requests we provide to all terminating employees.

**Incentive Thrift Plan**

Our records indicate that you were not a participant in the Incentive Thrift Plan.

L F Macek
Sr HR Representative