# **EXHIBIT L**

ROBERT A. MARZILLI, Ph.D.
LICENSED CLINICAL PSYCHOLOGIST
Atwood Medical Center — Suite 433
1524 Atwood Avenue
Johnston, Rhode Island 02919

Telephone (401) 861-2190

December 7, 2004
RE: Lynore Horn
DOB: 10/03/60

To Whom It May Concern,

Ms. Lynore Horn is a patient of mine, and I saw her today for an emergency session, due to severe anxiety and stress. I am advising her to remain out of work for the immediate future. I will be seeing her on a regular basis, and I will inform you as to when Ms. Horn will be able to return to work..

Sincerely,

Robert A. Marzilli, PhD

## Modified Duty Assessment

Date 2/17/05

Dear Health Care Professional:
New England Gas Company believes it is in the best interest of its employees, and itself, to maintain worker involvement in the workplace in as normal an activity as practical, considering workers' physical and emotional conditions. Not only is this conducive to physical and emotional health, but it also keeps employees apprised of changes in the work environment (e.g., task procedures, safety regulations, current projects, team structure and new job postings).

It is our understanding that you are the medical care professional treating our employee, **Lynore Horn.** We ask that you please complete this **Modified Duty Assessment Questionnaire by answering all the line items on** this form indicating if the employee has any limitations. This information will allow us to provide the necessary return to work accommodations.

| Activity | Limitations: None | Limitations: Yes | Description of limitations, which may include weight limits, frequency of activity, or modified work hours: | *What date may the employee commence this activity?* |
|---|---|---|---|---|
| • Operate a Motor Vehicle | | ↓ | | |
| • Walk/Climb Stairs | | | | |
| • Sit or Stand | | | | |
| • Lift | | | | |
| • Twist or Bend | | | | |
| • Squat or Kneel | | | | |
| • Push or Pull | | | | |
| • Use Hand tools | | | | |
| • Use a Keyboard | | | | |
| • Telephone Interaction With Customers That May Involve Billing Disputes or Other Verbal Conflicts | | | | |
| • Telephone Interaction With Customers That May Involve Scheduling Appointments | | | | |
| • Sedentary Clerical Work (e.g., writing, sorting, filing) | | | | |
| • Other | | ✓ | | |

Please Complete

**DATE OF NEXT OFFICE VISIT** 3/14/05

**DATE Released to RETURN TO WORK/Full Duty** ________________

**DATE Released to RETURN TO WORK/*LIGHT DUTY*** ________________

Additional Comments: PT'S PSYCHOLOGICAL + EMOTIONAL LIMITATIONS PREVENT HER FROM RETURNING TO WORK AT NEW ENGLAND IN ANY CAPACITY AT THIS TIME.

Thank you for your cooperation in this most important matter.

Kathy Wall RN

**Fax 785-1948**

**Kathy Wall, RN**

# CERTIFICATION OF HEALTH CARE PROVIDER

**Employee Name:** Lynore Horn **Date of Doctor's Visit:** 2/28/05

**Date of onset of condition:** 2/17/04

**Date of next physician's appointment:** 3/14/05

**Nature of illness:** ACUTE STRESS DISORDER w/ R/O of PTSD

**Is employee totally disabled or able to perform work of any kind?** YES.

**Date employee is able to return to work:** NOT KNOWN AT THIS POINT.

**If employee is partially disabled, list all restrictions or limitations:** N/A

**If activities are restricted and/or limited, what is the probable duration of these restriction(s)/limitation(s)?**
SOME RESTRICTIONS ARE DUE TO MEDICATIONS. MOST ARE PSYCHOLOGICAL AND REFER TO WORK AT THE GAS.Co. IN PARTICUL[AR]

**If further treatment is required, describe:** PT. IS SEEN WEEKLY OR BI-WEEKLY FOR COUNSELING. ALSO SEEN WEEKLY AT BUTLER HOSP

**Prognosis for recovery:** GUARDED.

**Remarks:**

**Date:** Feb. 28, 2005

[signature], PhD.
**Attending Physician**
**Type of Practice** CLINICAL PSYCHOLOGIST

**I, the undersigned, authorize the release of the above information request to New England Gas Company for the purpose of status evaluation.**

**Date:** ____________________ ______________________________
**Patient/Employee**

NOTE 1: Please have physician complete this form and return it to the Safety and Health office at 477 Dexter Street, Providence, RI 02907. **FAX: 401-785-1948**