# EXHIBIT M

# New England Gas Company

## RETURN FROM FAMILY/MEDICAL LEAVE POLICY NEG #116

**Effective: 1 June 2003**
**Ref. SUC Policy 179**

**Purpose:**

It is the company's intention to make employees aware of the job implications that result from exceeding the maximum leave protected by the Family Medical Leave Act (FMLA).

**Scope:**

This policy applies to all regular full-time and major part-time employees who are eligible for approved FMLA.

**Standard:**

- Employees who return to work prior to or at the conclusion of a FMLA protected leave will be returned to the same or equivalent position the employee held prior to the FMLA leave or to the position for which the employee was a successful bidder.

- An employee on an approved leave under FMLA, and who exhausts the maximum time allowed for leave according to FMLA, may request an extension of their leave and must provide an expected return to work date at the time of the request for extended leave.

- The company may fill any position left vacant by an employee who has exhausted FMLA and has continued on an extended approved medical leave for no more than a total of 12 consecutive months (these 12 consecutive months include the maximum FLMA period of 13 weeks <u>and</u> the approved extension).

- The company will consider reemployment of an employee who has exhausted FMLA, and has continued on an approved medical leave for more than twelve (12) months, to the position last held or an equivalent position requiring similar skills and ability providing such a position is available. Skills, prior work experience, seniority and application of the labor agreement will be considered in discussing appropriate placement. This discussion is not a guarantee that a position will be available.

- Employees may bid on posted positions while on FMLA and/or approved medical leave. A position may be held for an employee considered to be a successful candidate (as defined the labor agreement) for up to two (2) months beyond their FMLA leave. The company may bypass an individual who continues on an approved leave beyond the two (2) months.