**EXHIBIT N**

CERTIFIED MAIL

New England Gas Company

November 23, 2005

Ms. Lynore Horn
P.O. Box 7578
Warwick, RI 02887

Dear Ms. Horn:

According to our records you have been continuously absent from work since December 8, 2004. This leave commenced after you had exhausted all forms of state and federal guaranteed family and medical leave. The Company's policy regarding extended leaves of absence does not provide for leaves in excess of one year.

Accordingly, unless you notify the Company that you have been released to return to work, and your return to work is imminent, your employment will terminate automatically without further notice at the close of business December 7, 2005.

If you would like to discuss this further, please do not hesitate to contact me at 401-525-5661.

Very truly yours,

Joan Chaffee (A.A.)

Joan Chaffee
Supervisor, Labor Relations

100 Weybosset Street
Providence, RI 02903

1595 Mendon Road
PO Box 7900
Cumberland, RI 02864

155 North Main Street
PO Box 911
Fall River, MA 02722