# EXHIBIT O

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

* * * * * * * * * * * * * * * * *

LYNORE I. HORN

VS. * NO. 04-434S

SOUTHERN UNION COMPANY, ET AL. * VOLUME I

* * * * * * * * * * * * * * * * *

DEPOSITION OF ROBERT A. MARZILLI, Ph.D., a WITNESS in the above-entitled cause, taken on behalf of the Defendant, before Julia A. Puleo, RPR, a Notary Public in and for the State of Rhode Island, at the offices of Atwood Medical Center, Suite 433, 1524 Atwood Avenue, Johnston, Rhode Island, on April 21, 2006, at 9:00 A.M.

PRESENT:

FOR THE PLAINTIFF.... LYNORE HORN, PRO SE

FOR THE DEFENDANT.... NIXON PEABODY, LLP
BY: NEAL J. McNAMARA, ESQUIRE

ALLIED COURT REPORTERS
115 PHENIX AVENUE
CRANSTON, RHODE ISLAND 02920
(401) 946-5500

Lynore is becoming very disenchanted over it. She really believes that the lawyers have talked privately and already know what the offer is going to be. "It's an unfair system." They spent an hour talking about her father. Why? She is feeling like, I don't know what's going on. They're asking me about where I used to live years ago when I was a kid, they're asking me about my schools, they're sending private investigators to talk to my parents, my family. What is this all about? So she was really getting disenchanted with what was going on, and feeling as if she wasn't getting any help with that, in terms of getting any answers to it.

Q. From her lawyer?

A. From her lawyer. 10/27, Lynore is still upset about detectives questioning her family. She has decided that it has made her angry enough that she will write the CEO of the gas company and tell him that she will be writing a book, a chapter at a time, not about sexual harassment, but about all the things the gas company does to hurt the public.

I advised her not to do anything yet, not until the lawsuit is done. She can start writing



anything she wants, just not send it to anyone. She is angry, but she shouldn't let the anger be used against her.

11/21, a long list of depositions continues. Since she is one of three who is suing the gas company for the same thing, she is allowed to sit in their depositions. Consequently, she is really tied up timewise with all of this. Lynore is upset with her lawyer, because of some of the people she is calling in for the depositions. She is deposing some who have very little to offer for the $500 cost, and the lawyer is not deposing some who Lynore feels have a lot to offer. This is frustrating Lynore. Then I put, should she change lawyers, question mark.

12/1, the frustration on Lynore's part continues. She got a letter from the gas company last week telling her that she will not be employed there any longer if she does not return to work by December 7. Her lawyer is telling her to go back. The doctors at Butler and I are telling her not to go back to a work environment that makes her sick.

One of the deposed people is Alicia Goody, Esquire, who was in legal when the gun incident



occurred. Lynore had to go and find the woman in Massachusetts. Did she depose her, yes, but not for Lynore. She deposed her for another client, one of the other two women. Lynore is furious about it. She has called the Rhode Island Bar Association. The woman there told Lynore to talk to her today, and if she doesn't listen to her, she should get another lawyer.

She was upset because she felt, here I am finding this person that I feel has information regarding this gun incident, and instead of being deposed for me, under my case, she's deposing her under another woman's case. Kind of limiting what she can ask, and she was upset about that, and rightly so.

MR. McNAMARA: I'll tell you, Doctor, Alicia Goody has never been deposed in any case, because I'm defending all three cases and I would know.

A. Okay. 12/29, Lynore and her lawyer continue to disagree, and Lynore decided she's had it with her. Ms. Andrews told Lynore she had to make up her mind, but if she decided to leave, "good luck getting another lawyer to handle it, ha-ha." When Lynore told her that in the future she would have



a Boston lawyer call her with any questions, that it would no longer be Lynore asking her. When she heard that she dropped Lynore. Even though it was understood that if she won, Ms. Andrews would get 30 percent, otherwise she'd get nothing.

She is billing Lynore for work done on an hourly basis. Lynore called several lawyers, all of whom said Andrews made a lot of mistakes, and it would take a while to bring the case to where it should be.

They went to court yesterday before Judge Almond, and he said the case should have been heard three months ago. He did not like the idea of Andrews dropping it at this time, and he gave her 15 days to write why she can't work with her. It turned out that Andrews's partner, Carly Iafretti, is listed as the lead attorney. Lynore is willing to have Carly stay. "She talks to me. At least she doesn't yell." However, Carly also signed the paper with Andrews saying that she couldn't work with Lynore because of a certain conflict of interest they just found out about. If they decide not to take the case, Carly in particular, they will have to find Lynore a new lawyer by January 20.