# **EXHIBIT P**

To Joan Chaffee
New England Gas
Human Resource Dept

Dear Joan:
Received your certified letter Dated: November 23, 2005. Yes, you are correct it has been almost a year since I've been in the gas company. I will never forget December 7th 2004 when I saw a gun in my department at work. I remember the Dr at the hospital saying my blood pressure was over 200. When the police arrived I could hardly stop crying.

In my many years at the gas company I have been called , lower then a nigger ,a Dike , Blondie , One-ore , Cunt , But the names are only part of my pain . I've had a gun held to my head. , Been shoved off loading docks. Urinated on in pits by C& M workers. And Told constantly by Bud Butler, I will be fired if I can't handle it.

The letter you have sent me is putting a time limit on my disease and its cure .Since I am suing; my lawyer would have to be involved in any return at New England gas. Yet I want you to know that the day you send me the letter saying that:"you're fired". Which is what your doing" It will be devastating to me,"
I want you to know that the day I went to D'Anna Soehnge's office crying, begging for help, nothing was done ... So today we are here.

Please help me: I would like my 4 weeks vacation. For this year. And my days from 2004... I have 4 days remaining unpaid. Also, I feel I am entitled to every holiday this year < I am an employee I was receiving no money... I should be paid for the holidays.

The subject of returning to work :
I am not allowed to return to a hostile environment. But there are jobs I can do at the gas company, (very few) but a few that would allow me to work, and to heal from my illness.

An Example: Executive Vice President of sexual Harassment and diversity training: For all of Southern Union gas co and Affiliates. Working out of the Pennsylvania office , Working directly with the President of Southern Union ,Traveling to all company's , Making the changes needed for this company to be more user friendly:( to end an unlawful, unsafe , hostile environment ).To establish a zero tolerance harassment policy , starting at the executive level .
This job would allow me to talk about my pain, how I was treated, how it is unlawful and will never be permitted again. There would be No nursery rhymes < None, told at diversity training, Instead there would be a serious discussion on Zero tolerance of any kind of harassment. And as the the law states an Immediate resolution. To every case. Constant re-evaluation of each case. And headline announcements of firings of any one shown harassing another.

LH000479

With this job. Would be a company car, unlimited sick days, and a four day work week. One day a week to see my Dr's to have talks about re-living a lot of this pain and trying to live without my medication. Oh yes, full medical. Paid in full by the company. This would have a one year contract. I'm thinking $ 300, 000.

Another example: Assistant to legal counsel, fourth floor. Working directly with Attorney Black, Assisting him on the truth, on the many lawsuits that follow. I would work with him to assist him on how to end the pain before multimillion dollar suits start. In the following years many lawsuits will follow, I could give the company a helpful hand at resolving the pain that this company has contributed to. I would represent the legal side of harassment. I would help start the company's new zero tolerance policy , and help to resolve any , any harassment , having Attorney black , and the President of southern Union only as my superiors , A lot of good would be accomplished .
Again I would need a company car, unlimited sick time, A 4 day work week, and like an outside contractor: a year contract... Pay In the hundred of thousands,

These jobs are the only way I can heal from the pain. Joan: I still remember the day a fellow employee bragged about dragging a black man by the penis, kicking him. I went outside and threw up on the side of my truck crying. Joan ........, It was so bad! I cry thinking how I am out of a job but the abusers work every day.

The Days in court will allow me to tell the world, the Wall street journal, New York Times, Rainbow collation, what I had to endure. I am hurting and I need resolution to heal.

Joan, The letter you sent to me is so painful. A loss of employment, loss of health care ...I do not know what to say: Help me get my pay owed to me.. And wish me luck in my fight for justice ...

Lynore Horn

PS . For therapy I am writing a book, I will be mentioning the day this letter arrived. My feelings, pain. Maybe some day I'll be on Opra Winfrey's book club ...I'm trying to think of titles: Maybe... A white mans nigger, or maybe Bud's favorite "If you can't handle it, you shouldn't be here. A white woman fighting to work "... Well, I'll write the book then work on the title. I'll send you a copy.