# EXHIBIT Q

# AGREEMENT

## BY AND BETWEEN

## NEW ENGLAND GAS COMPANY

## AND

## UNITED STEELWORKERS OF AMERICA

## (AFL-CIO-CLC)

## ON BEHALF OF

## LOCAL 12431-01

## 2002 – 2007

## TABLE OF CONTENTS


| ARTICLE | PAGE | |
|---|---|---|
| | Preamble | 1 |
| I | Recognition | 1 |
| II | Union Security | 1 |
| III | Union/Management Committee | 2 |
| IV | New Employees and Discharges | 3 |
| V | Hours of Work and Overtime | 5 |
| VI | Safety and Health | 8 |
| VII | Vacations, Holidays, Leave with Pay | 9 |
| VIII | Seniority | 13 |
| IX | Posting of Notices | 16 |
| X | Sick Benefits | 16 |
| | Health Insurance | 20 |
| | Group Life Insurance | 22 |
| XI | Notice of Vacancies | 23 |
| XII | Wage Rates | 25 |
| XIII | Employees in the Armed Forces of United States | 26 |
| XIV | Lockouts and Strikes | 26 |
| XV | Union Representatives | 26 |
| XVI | Rights of Management | 27 |
| XVII | Cadet Engineers | 27 |
| XVIII | Grievance Procedure and Adjustments | 28 |
| XIX | Retirement Plan | 29 |
| XX | Letters of Agreement | 30 |
| XXI | Miscellaneous Provisions | 30 |
| XXII | Termination | 34 |

| RATE SCHEDULE | PAGE |
|---|---|
| Office | 39 |
| Facilities Maintenance | 40 |
| Materials Management | 42 |
| Garage | 43 |
| Customer Service | 44 |
| Construction and Maintenance | 51 |
| Engineering | 55 |
| Gas Control | 56 |
| Meter Reading | 59 |
| Meter Services | 60 |

## AGREEMENT

**THIS AGREEMENT**, entered into as of the 24th day of May, 2002, by and between NEW ENGLAND GAS COMPANY of Providence, Rhode Island, and/or its successors, hereinafter referred to as the Company, and the UNITED STEELWORKERS OF AMERICA (AFL-CIO-CLC), on behalf of the UNITED STEELWORKERS OF AMERICA, LOCAL 12431, hereinafter referred to as the Union. WITNESSETH:

**WHEREAS** it is the purpose of the parties hereto to promote and insure harmonious relations between them, to protect the safety of the employees and the welfare of both, to stabilize employment, and to recognize the fact that both are engaged in public service with all the attendant obligations and duties to the public involved therein; and

**WHEREAS** it is the further purpose of the parties to insure true collective bargaining with respect to rates of pay, wages, hours of employment and other conditions of employment, and both parties pledge considerate and courteous treatment toward each other, and the Union pledges the loyal and efficient services of its members to the Company;

**IT IS MUTUALLY AGREED** between the parties as follows:

### ARTICLE I

### Recognition

The Company recognizes the Union as the sole collective bargaining agent with respect to rates of pay, wages, hours of employment, and other conditions of employment for the production plant, distribution department, meter readers (including collectors), customer service, and main office building maintenance employees, but excluding executives, supervisors (assistant foremen and up), retired employees, confidential clerks, and, until otherwise determined by election and certification, chemists, home-service employees, central office clerks, and sales personnel.

### ARTICLE II

### Union Security

*Section 1.* **Union Membership.** All employees who, on the date of execution of this Agreement, are members of the Union in good standing in accordance with the Constitution and By-laws of the Union, and those eligible employees who may thereafter become members, shall, as a condition of employment, remain members of the Union in good standing during the life of the Agreement. The Union will furnish to the Company a copy of its Constitution and By-laws. All employees hired or returned to the Bargaining Unit on or after January 28,

1971, shall, as a condition of employment, become and remain members of the Union during the term of this Agreement.

The foregoing sentence shall apply to each new employee on completion of the probationary period, to each seasonal employee upon becoming a regular employee, and to each employee returning to a Bargaining Unit job from a supervisory position on the thirtieth (30th) day following the return to the Bargaining Unit; but in no event shall the sentence apply to any employee prior to the thirtieth (30th) day following the date of execution of this Agreement.

*Section 2.* **List of Members.** The Union will furnish a duly authenticated list of its members in good standing on request by the Company.

*Section 3.* **Payroll Deduction.** The Company agrees to deduct from earned wages, and to remit to the International Union Secretary-Treasurer, an initiation fee and monthly dues in an amount certified to the Company by the Union to be the amount duly established by the International Union for the International Union for the initiation fee and monthly dues. Dues will be withheld on a weekly basis.

## ARTICLE III

## Union-Management Committee

The Company and the Union recognize that greater flexibility in collective bargaining is necessary to keep pace with the evolving industry, market, and workplace environment and to take advantage of opportunities that would benefit the Company, the Union, and the employees. Therefore, it is agreed to create a Joint Union-Management Committee.

The Joint Union-Management Committee will meet a minimum of six (6) times per year. The membership of this Committee will be set at nine (9) Union Negotiations/Grievance Committee members and nine (9) Company representatives. Additional people who may be beneficial to resolving issues at hand may be invited to attend the meetings. Prior notice of invited guests will be given to all Committee members. The Joint Union-Management Committee is fully empowered to discuss any topic that would otherwise be a permissible subject of bargaining. By way of example only, such could include:

- issues identified but not resolved during previous formal contract negotiations;
- issues that need to be addressed on a more timely basis than waiting for the next scheduled contract negotiation;
- establishment of joint task forces, as needed, to develop mutually satisfactory solutions;

- implementation and review of trial agreements instituted by agreement of the parties;
- joint learning and exploration of improved collective bargaining processes;
- development of the job evaluation process.

The parties affirm that the Joint Union-Management Committee will conduct its meetings in a joint problem-solving mode that will satisfy the mutual interests of all stakeholders and will promote improved collective bargaining. Either party may request that a mutually agreed to mediator be solicited to encourage mutual agreement. It is the express intent of the parties to find solutions that are mutually agreed upon. In the absence of reaching an agreement, the parties may submit disputes that are covered by Article XVIII, Grievance Procedure and Adjustment, to resolution thereunder. Discussions between the parties will not be used to prejudice the cases presented in arbitration. With respect to disputes that are not covered by Article XVIII, the Company retains the right to resolve such disputes at its discretion.

## ARTICLE IV

### New Employees and Discharges

*Section 1.* **Trial Period.** The first three (3) months of employment (except, in the Job Classification of Meter Reader, the first six (6) months) for all new employees shall be considered a probationary period within which the Company may discharge or discipline or suspend any of said new employees at its sole discretion.

If a new employee is transferred to another job classification at that employee's own request before completing the probationary period, the employee shall serve a probationary period of three (3) months in the new classification as though the employee were a new employee there.

*Section 2.* **Discharge, Discipline, Suspension.** Discharge, discipline, or suspension of present employees and of all new employees who have worked beyond their trial period shall be made by the Company only for cause. No employee shall be discharged, however, without first being suspended. During the first three (3) days of such suspension, the Company will discuss the matter if requested by the Union. If, as a result of discussion, the Company determines that no discipline is warranted, the employee shall be reinstated with full pay for all time lost. If, however, discipline is imposed, any employee aggrieved thereby may have the grievance processed in accordance with the Grievance Procedure hereinafter provided, beginning with Step 3 thereof. Any such grievance shall be presented in writing to the Company within five (5) working days of the date the Union is informed of the Company's final decision.

*Section 3.* **Temporary Employees.** It is the intention of the Company to maintain a full-time workforce throughout the year. When the Company recognizes and/or foresees the need for additional manpower to respond to workload peaks or to perform work that exceeds the current work-force capability, the Company will notify the Union and, if internal flexibility assignments cannot be agreed to between the Company and the Union, the Company may hire temporary employees. Temporary employees will be employed with the distinct understanding that their term of employment with the Company will not extend beyond the end of the temporary period as provided for in the following paragraph.

The temporary period for any job assignment or discrete special project shall not be less than two (2) weeks or more than six (6) months after the time the first temporary employee is employed for that job assignment or discrete special project unless otherwise mutually agreed. During this temporary period, the Company may discharge or discipline a temporary employee at its sole discretion. If, at the end of a temporary period, a temporary employee becomes a regular employee in the same department, that employee's period of a temporary employment shall be credited toward the three (3) month probationary period as defined in Article IV, Section 1.

A temporary employee will not be scheduled for overtime unless all bargaining unit employees in the same job classification have been offered the equivalent amount of overtime. This provision does not apply to incidental overtime up to one and one half (1-1/2) hours in any day to which a temporary employee may be assigned after the start of his shift.

No employee will be employed for more than six (6) months of temporary employment in a calendar year except by mutual agreement between the parties. The Company may employ or transfer an employee for an additional temporary work period but will immediately notify the Union President and continue the employee in temporary employment only if agreed by the Union.

It is not the intention of the Company to, in effect, provide continuous employment for any employee while calling that employee a temporary employee for successive temporary periods.

The Company will not employ a temporary employee for a particular job assignment if an employee who is qualified to perform the job assignment within the meaning of Article VIII, Section 2, Paragraph 1 has recall rights as provided in Article VIII, Section 2, Paragraph 6. The Company will not employ a temporary employee to perform credit shutoffs.

*Section 4.* **Non-Discrimination.** Neither the Company nor the

Union will discriminate against any individual because of race, color, religion, disability, veteran status, age, national origin, or sex.

## ARTICLE V

### Hours of Work and Overtime

*Section 1.* **Normal Hours of Work.** For the purpose of determining overtime, the basic work week shall consist of an eight (8) hour day and a forty (40) hour week.

Whenever possible, with due regard for operating efficiency, work days shall be scheduled to run consecutively.

*Section 2.* **Overtime.**

1. Time and one-half shall be paid for all hours worked in excess of eight (8) hours in any one (1) day.

    a. For the purpose of computing overtime, a day is defined as the twenty-four (24) hours from starting time of a normal working day or from the starting time of a regularly scheduled shift or working period of eight (8) hours.

       If, under this rule, overtime is paid for hours worked on the next payroll day following the start of a twenty-four (24) hour period, then the starting time for the purposes of computing overtime on the second payroll day shall be the end of the first twenty-four (24) hour period.

    b. A continuous work period extending from one day into the next day shall be considered as part of one day for computing overtime if that portion of the first day is not already on an overtime basis under 1a. A continuous work period is understood to mean total hours worked continuously, without regard to type of work.

2. Double time shall be paid for all hours worked on a holiday in excess of eight (8) hours or outside of an employee's regular working period if the employee receives a holiday allowance. However, if an employee works more than one shift on a holiday, that employee will be paid double time for each additional shift.

3. Time-and-one-half shall be paid for all hours worked in excess of forty (40) hours in any one (1) week for which overtime has

not already been paid under (a) or (b). However, overtime for hours worked in excess of eight (8) hours in any consecutive twenty-four (24) hours made up of separated periods of work in successive payroll days shall not offset overtime due for work in excess of forty (40) hours in the week. Holiday and vacation allowances will be credited as time worked for the purpose of computing overtime. An employee called in to work on Sunday who works 2.75 hours or less shall not receive a Sunday Premium. An employee who works Sunday (except an employee covered by the previous sentence) shall receive a Sunday Premium for the first eight (8) hours of work only.

The premium pay of one-and-one-half times straight time pay for the first eight (8) hours worked, or for each shift of eight (8) hours worked, paid to any employee who works on the holiday, in addition to this holiday allowance, shall not be counted as overtime already paid to offset overtime due for work in excess of forty (40) hours in any one (1) week.

4. **Employees Called In or Sent Home.** An employee who reports for work at the request of a responsible authority of the Company shall receive compensation of not less than four (4) hours' pay. The employee shall receive such pay even if subsequently notified not to report, unless such notice is given prior to 5 p.m. of the day preceding the day upon which that employee was initially told to report. An employee called to work shall receive compensation of not less than four (4) hours' pay for each call-in. No employee called in shall be required to perform any work which, consistent with safe, efficient operation and the rendering of adequate service, can be performed during normal working hours on the following business day.

Any employee called in to fill a vacancy on a regular shift, provided the employee reports for work within two (2) hours of the starting time of the shift, shall receive compensation for the entire shift. This compensation for the entire shift shall be considered as payment for time worked in any computation of overtime due under paragraphs 1 or 3.

Filling of any shift vacancies as a result of vacations, sickness, employee's own request for time off, long-term illnesses, etc., will be filled at the discretion of Management.

*Section 3.* **Distribution of Overtime.** The Company will make every reasonable effort to provide for an equitable distribution of necessary overtime work within a department among employees performing similar work.

A record of such overtime work will be posted. Employees working overtime will not be required to take time off from their regularly scheduled

below the normal work week of the Company. The Company will not engage contractors to construct services or distribution mains if such work is to be performed primarily on Saturday or Sunday unless employees who normally perform construction work on services or construction mains of the diameters being constructed by the contractor are offered the opportunity to perform such work, have the necessary equipment available and are available to perform the work. The Company will not employ contractors to work on "live gas" in the C & M Department. "Live gas" conditions are defined as the tapping of gas mains, the tying in and gassing of mains and services, and service cut-offs, but shall not include bell joint sealing. No employee shall service, restore or terminate gas service or remove or replace meters unless the employee has been properly trained and certified by the Division of Public Utilities and Carriers in safe activation, restoration and termination of gas service. The certification shall include a requirement that the employee have at least six (6) months of relevant experience.

It is understood that this provision does not apply to temporary or probationary employees nor to work which, because of its magnitude, complexity, or time or equipment requirements, is not ordinarily performed, or cannot be performed, by the Company.

## ARTICLE VI

### Safety and Health

The Company and the Union shall cooperate in the objective of eliminating accidents and health hazards. The Company shall make all reasonable provisions for the safety and health of its employees during the hours of their employment, and each employee shall comply with all the occupational safety and health standards and all rules, regulations, and orders which are applicable to the employee's own actions and conduct.

It is the intention of the parties that no employee shall be required to work under conditions which are unsafe or unhealthy beyond the normal hazards inherent in the operation of the job in question.

There shall be a Safety and Health Committee consisting of six (6) Union (including the Vice President of the Local) and six (6) Company employees (including Manager of Safety). The Union shall designate its chairperson. The Manager of Safety, who shall preside at all meetings, shall serve as the Company's chairperson. The two chairpersons shall constitute the Board of Inquiry and Inspection.

The Board of Inquiry and Inspection shall be convened by the Manager of Safety to investigate all accidents involving fatalities or such other situations as merit investigation in the opinion of both the Company and the Union.

work to offset such overtime. The Company will accept "no overtime slips" from employees under the procedure existing on January 20, 2002. Two dispatchers may divide an eight (8) hour overtime shift and add four (4) hour part to the end of and beginning of their respective shifts. An employee who suffers an illness or injury while working and is transported to the hospital shall not be paid overtime at the hospital. Overtime will be tracked at least weekly and weekly tracking list will be used to equalize overtime by using low overtime people when possible. The first, third, etc. dispatcher overtime shifts may be assigned to a spare dispatcher. The second, fourth, etc. dispatcher overtime shifts shall be assigned to a dispatcher.

*Section 4.* **Changes in Conditions.** The Company must inform the Union and must discuss with the Union contemplated changes in the present working conditions, subject to the provisions of Article XVI.

In addition, the Company must notify members of the Union Grievance Committee in the Division concerned at least two (2) weeks in advance of the effective date of any change expected to continue for more than a month which may affect the schedule of hours or days of work on a regular classification or which may result in a reduction in the working force due to lack of work or change in Company policy, and representatives of the Company must discuss the change with the Union Grievance Committee if the Committee deems it necessary. The Company may change an employee's shift provided it notifies the employee of change by 5:00 p.m. on the Thursday before the week in which the shift change will be effective.

It is understood and agreed that where any such change which has been discussed may otherwise be an appropriate matter for the filing of a grievance under any provision of the Agreement other than this Section 4, and if such a grievance is filed, the first two Steps of the Grievance procedure set forth in Article XVIII shall be waived and the matter will be taken up initially in the third Step.

The Company will inform the various members of the supervisory force and the employees involved of such changes.

Because of the nature of the business of a Gas Utility, however, it may be necessary, in case of emergency or circumstance beyond the Company's control, to make sudden, temporary changes in normal working conditions in order to protect Company property or maintain service to consumers.

*Section 5.* **Contractor Work.** The Company agrees to employ C & M and Customer Service Department work forces which can be efficiently utilized on a year-round basis. The Company further agrees that no work ordinarily and customarily performed by C & M and Customer Service employees will be contracted if such contracting would result in layoffs of the C & M or Customer Service forces, as defined above, or in the reduction of their scheduled hours

The Board of Inquiry and Inspection shall make on-the-spot investigations, hear witnesses, and examine records as required in the opinion of the Safety and Health Committee to determine the cause of the accident and any remedial or preventive action.

The Board of Inquiry and Inspection shall meet as soon as possible but not later than ten (10) working days after the incident or accident occurs.

The Board of Inquiry and Inspection shall semiannually inspect the Allens Avenue Gas Supply Facility, Dexter Street Distribution Building, and Exeter Facility and make such recommendations as deemed necessary.

A written report of all inspections and investigations by the Board of Inquiry and Inspection shall be compiled by the Company. One (1) copy will be given to the Safety and Health Committee members and two (2) copies to the Local Union President.

The Company shall inform the Safety and Health Committee of all hazardous chemicals, solvents and compounds (if any) in use and of the precautions which have been taken by the Company, and should be taken by employees, with respect to the handling of same.

The Safety and Health Committee shall be given copies of all Governmental Agency Safety Inspections or Tests.

Minutes of all Safety and Health meetings between the Company and the Union shall be prepared and typed by the Company and copies shall be delivered to all members of the Safety and Health Committee.

While in the performance of their duties, Union members of the Safety Committee will be paid their normal wages.

The Company's present practices with respect to wearing apparel and eyeglasses shall be continued.

## ARTICLE VII

### Vacations, Holidays, Leave with Pay

*Section 1.* **Vacation.**

**1. Vacation Period.** The vacation period shall be defined as the period beginning with the first Sunday of a payroll year and commencing with the Saturday of the last full week in a calendar year, subject to the following provisions:

a. Two (2) weeks' vacation may be taken consecutively whenever possible, but any third, fourth or fifth weeks may have to be taken separately.

b. An employee becoming eligible for a first week or for any additional week of vacation shall be allowed the vacation following the eligibility date.

c. For employees with more than three (3) weeks of vacation eligibility, one (1) week may be taken in days under the following conditions:

1. Employees who are not on the day schedule will be allowed to take one week of vacation in days provided the Company does not incur additional overtime expenses in filling these shifts on a daily versus weekly basis.

2. All primary weeks must be selected prior to the selection of individual days, and a senior employee may not displace a junior employee who has selected a primary week.

3. An employee must give at least two (2) weeks' notice of the desired date(s), and if an employee's selections are not made prior to November 1 of each year, the days will be assigned by Management.

4. The Company retains the exclusive right to determine the number of employees on vacation at any time and may deny days due to operational conditions.

5. Requests to schedule individual vacation days which are received by the Company by January 31 shall be considered in the order of bargaining unit seniority.

**2. Holiday during Vacation.** If a holiday as defined in Article VII occurs during an employee's vacation, the employee shall be paid for the holiday and retain a day of vacation.

**3. Separation from Company.** If an employee dies or separates from the Company, for any reason, during the vacation period, the employee or the employee's estate shall be paid for the vacation if the employee had not already taken it at the time of separation from the Company.

**4. Vacation Pay.** A week's vacation pay shall be the normal pay of the employee but shall not exceed pay for forty (40) hours for any week of vacation. Subject to the provisions of paragraphs 1 and 4 of this Section, employees who are in the continuous employ of the Company at the beginning of the vacation period in accordance with the following table will receive vacations with pay as shown:

| | |
|---|---|
| 1 year | 2 weeks |
| 5 years | 3 weeks |
| 10 years | 4 weeks |
| 20 years | 5 weeks |

After January 20, 1975, layoffs of less than six (6) months shall be disregarded

for purposes of determining vacation eligibility.

Layoffs of more than six (6) months but less than one (1) year shall be deducted from the period of "continuous employ" referred to above.

To be eligible for any vacation, the employee must have worked in the twelve (12) months immediately preceding the start of the employee's vacation period, or eligibility date, in accordance with the following schedule:

| Years in Service | Calendar Weeks Worked |
|---|---|
| 1 – 10 | 35 |
| 11 – 20 | 30 |
| 21 – 30 | 25 |
| 31 – 40 | 20 |
| 41 – 50 | 15 |

For vacation purposes, absence due to an accident or illness for an employee on Workers' Compensation will be credited as time worked, but only in vacation years in which some work is actually performed. Absence caused by sickness of up to fifteen (15) weeks will be considered as time worked.

Except as provided below, at the end of each calendar year, the Company shall pay an employee for any earned but unused vacation at his then current hourly rate. An employee who due to genuine sickness or disability fails to work a sufficient number of hours to be eligible for vacation in a given calendar year, may carry over any accrued and unused vacation to the following calendar year, provided the employee returns and actually works sixty (60) work days, or may be paid for such vacation, at the employee's option. If the employee does not actually work sixty (60) work days, he shall be paid for such vacation. An employee who due to a request of the Company is unable to take all or part of a vacation for which the employee is eligible may carry over any accrued and unused vacation to the following calendar year or be paid for such vacation, at the employee's option.

**5. Personal Days.** A regular employee who has completed the probationary period shall be eligible for two (2) personal days off each calendar year at his regular rate of pay. A personal day may be scheduled at the mutual convenience of the Company and the employee. Requests to schedule a personal day which are received by the Company by January 31 shall be considered in the order of bargaining unit seniority. If a personal day is not scheduled by November 1, the Company at its option shall schedule the personal day or pay the employee for the day.

Annually, an employee may use one available personal day or vacation day in two or four hour increments at the beginning or end of a shift only with the permission of the Company.

*Section 2.* **Holidays.**

On ten (10) guaranteed holidays: New Year's Day, Presidents' Day, Memorial Day, Independence Day, Victory Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving, Christmas (to be scheduled at the mutual convenience of the Company and the employee; provided, however, that if an employee does not select any unused holidays by November 1 of any year, the days will be assigned by Management) employees will be paid in accordance with the following schedule:

Employees who would ordinarily work on the day observed as a holiday but do not work because of the holiday will receive a holiday allowance of eight (8) hours' pay at the established rate for the job on which they would work if the holiday were not observed.

An employee will be paid a holiday allowance if scheduled not to work on a holiday which occurs on a week day, Monday through Friday, because that employee is scheduled to work on Saturday or Sunday in the week in which the holiday occurs.

Employees who work on the holiday according to a regular schedule, or because of some special requirement, will be paid a holiday allowance of eight (8) hours plus time and one-half for the first eight (8) hours of work.

An employee who has previously taken a day off for a holiday and then worked the holiday shall be paid straight time pay for the first eight (8) hours unless the day worked is in excess of forty (40) hours. In the event that an employee works a second eight (8) hours shift on a holiday after having taken a day off for that holiday, the employee will be entitled to an additional holiday allowance of time and one-half for the eight (8) hour shift.

If any of the above holidays occur on a Saturday, it shall be paid in the following manner:

a. An employee, otherwise eligible, who does not work on the holiday, shall receive a day's pay or, at the employee's option, a day off with pay at a mutually agreeable time. In computing over time, such day off shall be considered as time worked in excess of forty (40) hours for the week in which the day is taken.

Employees on leave of absence, or who do not work when regularly scheduled, shall not receive the holiday allowance; however, an employee who is an obligated member of the National Guard or the Reserve Military Forces of the United States will receive a holiday allowance for any holiday which occurs during the required two-week annual training period.

For the purposes of computing holiday pay, a holiday is defined as the twenty-

four (24) hours from the starting time of a normal working day or, for shift workers, from the starting time of the day shift.

*Section 3.* **Leave of Absence with Pay.**

In the event of the death of an employee's spouse, parent, brother, sister, child (including "step" relationships), mother-in-law or father-in-law, the employee will be allowed leave with pay through the day of the funeral, but not to exceed three (3) scheduled work days. In the event of the death of any employee's grandparent, son's wife or daughter's husband, the employee will be allowed leave with pay for the day of the funeral if such day is a scheduled work day.

*Section 4.* **Jury Duty.**
When an employee is absent from work because of compulsory jury duty or because employee has received a subpoena to appear as a witness in court, the employee shall be paid the difference between jury pay or the subpoena fee and normal straight time pay for the scheduled work days so served.

## ARTICLE VIII

### Seniority

*Section 1.* **General Application.**

Seniority will be based on length of continuous service with the Company.

Seniority will apply to the selection of applicants to fill vacancies in accordance with Article XI, layoffs, and re-employment of employees laid off. In the event of equal seniority, consideration will be given to the ability and fitness of an employee.

Subject to present limitations and such future considerations as may be required by efficient operation, choice of vacations and choice of assignments will be determined by seniority. Within the Customer Field Service Department, the Company may direct an employee to leave a route, sector, district or job assignment in an emergency, for lack of work, to limit overtime, to satisfy a customer appointment or to respond efficiently to a particular customer service call.

*Section 2.* **Layoffs.**

1. An employee designated for lay off will be given the choice of jobs for which that employee is qualified to perform or will be qualified to perform with no more than ten (10) work days of training and has greater bargaining unit seniority than other employees currently performing those jobs. Any junior employee so replaced will have a similar choice under the same conditions as above. Any resulting layoffs from the Company will be in accordance with bargaining unit seniority.

2. The provisions of Paragraph 1, above, may be modified with respect to long service employees or, in special circumstances, by specific agreement between the Company and the Union Grievance Committee.

3. An employee transferred to another job classification because of lack of work in the employee's own job classification will receive the rate of pay corresponding to the new classification according to the following schedule:

a. Employee's rate of pay will be reduced by 25% of the difference between the old rate and the new rate upon transfer and in each year following until the employee's hourly rate of pay equals the hourly rate of the new classification, except that no employee with fifteen (15) or more years of continuous service will suffer any reduction in rate of pay as a result of such transfer.

4. If an employee is transferred from a job classification because of lack of work, the employee will be given the option to be restored to that job classification when there is an increase in work or a vacancy in a position of similar nature and pay as the employee's former position. However, if the employee declines the opportunity to return to the former position, the employee will accept the rate of pay for the current classification if employee is not already earning that rate.

Notice will not be posted for any vacancy, in accordance with Article XI, Sections 1, 2 and 4, that would not have been posted if such an employee had remained in the department from which employee was transferred.

5. Notwithstanding the foregoing provisions of this section, an employee employed on or before January 20, 2002 who has six (6) or more years of continuous service as of that date or who has six (6) or more years of continuous service thereafter will not be laid off for lack of work.

6. A laid-off employee shall have recall rights to any open and available job that employee is capable of performing for a period of time equal to that employee's accredited seniority at the time of layoff, subject to a maximum limitation of thirty-six (36) months. A laid off employee shall not be covered beyond the end of the month in which the layoff occurs (except as to benefits already accrued) by the Company's sick benefit, group life insurance, health insurance, Major Medical, Holiday, vacation or similar plans, but shall remain a member of the Company Pension Plan.

*Section 3.* **Disability Retrogression Pay.**

1. An employee unable to perform the duties of that employee's regular classification because of physical impairment of an apparently permanent nature will be permitted one (1) bid to lower-rated classification and shall receive the pay rate corresponding to such new classification, except that:

a. An employee with fifteen (15) or more years of continuous service at the time of transfer shall not suffer a reduction of pay rate as a result of such transfer.

b. An employee with from five (5) to fourteen (14) years of continuous service at the time of transfer shall receive the pay rate of the new classification plus an additional amount equal to five percent (5%) (to the nearest 1 cent per hour) of the difference between the rates of the former classification and the new classification for each whole year of continuous service. This additional amount shall be reduced at each six (6) month interval following the date of transfer by five cents ($.05) per hour until the pay rate of the new classification is reached. Upon subsequent transfer to another classification lower rated than the original classification during the period when this additional amount is payable, the employee shall receive the pay rate of the classification to which the employee is transferred plus an additional amount calculated as if that employee had been transferred to this classification initially.

*Section 4.* **Miscellaneous.**

**1. Loss of Seniority.** Seniority standing is forfeited if an employee resigns, separates from the Company, fails to report for five (5) working days, or is discharged for cause.

**2. Military Service and Leave of Absence.** Seniority standing is not forfeited and continues to accumulate when an employee has a leave of absence granted in writing by an officer of the Company or when the employee is absent in the service of the Armed Forces of the United States and is entitled to re-employment upon employee's return in accordance with Article XIII.

**3. Probationary Period.** Seniority standing will not begin until a new employee satisfactorily fulfills the three (3) months' probationary period (6 months for a Meter Reader), after which seniority will date from employee's date of employment.

**4. Temporary Employees.** Temporary employees will not accumulate seniority during periods of temporary employment, except that if they become regular employees at the end of their temporary period, seniority standing reverts to the start of employment in that particular temporary period.

*Section 5.* **Seniority after Layoff.**

**1.** In determining the length of service for the purpose of seniority, layoffs from the Company's service for less than six (6) months shall be disregarded; absence for more than six (6) months but less than one (1) year shall be deducted from length of service, and absence of more than one (1) year shall forfeit all seniority

previously established. In exceptional circumstances these periods may be extended, by mutual agreement between the Company and the Union, for employees with long service records with the Company.

2. A laid-off employee who fails to report for work within five (5) working days of being notified, at the last address known to the Company, will forfeit any and all seniority rights. Notice from the Company shall be given by registered mail.

*Section 6.* **Foremen.**

1. If an employee selected for a supervisory position fails to meet the requirements of the job after a reasonable trial, that employee will be restored to the former job.

2. A foreman or other supervisor who has been, or may be, promoted from a job now in the Bargaining Unit or demoted for lack of work or for other reasons at the discretion of the Company shall take seniority standing in accordance with the employee's length of continuous service, provided such demotion occurs within one (1) year of promotion. That employee shall not displace a junior employee from a job but shall have the right to apply for a vacancy and to be selected, if qualified, in accordance with Article XI, Section 2, except that current salaried employees who were promoted from the Bargaining Unit will be able to return to the Bargaining Unit and retain seniority until one (1) year after signing the Agreement.

3. Except in cases of emergency, for purposes of training or in incidental amounts, no supervisor shall perform work so as to displace a bargaining unit employee, eliminate a bargaining unit job or reduce working hours.

*Section 7.* **Seniority List.**

A seniority list shall be furnished to the Union by the Company and shall be revised from time to time.

## ARTICLE IX

## Posting of Notices

The Union shall have the right to post notices relating to date, time, and place of meetings in proper places throughout the Divisions, said places to be mutually agreed upon between the parties. The Union may also post in the same places announcements to its members that have the approval of the Company, and such approval shall not be unreasonably withheld.

## ARTICLE X

## Sick Benefits, Health Insurance,

## Group Life Insurance

*Section 1.* **Sick Benefits.** The Plan applies to all actively engaged employees of

the Company who are represented by Local 12431, USWA, and who have completed one (1) or more years of active and continuous service. The purpose of the Plan is to provide wage replacement for employees who are genuinely sick or disabled.

Benefit allowances are not payable during holidays, vacations, or leaves-of- absence (including service in the military), or to an employee receiving a pension or its equivalent.

As an eligibility requirement for benefit allowances for a sickness or disability of more than three (3) working days, a form developed and provided by the Company must be completed in full by the employee's physician and received by the Company, except that an employee who has received progressive discipline must have the form completed in full by the employee's physician and received by the Company as an eligibility requirement for benefit allowances for any sickness or disability day (or partial day).

Before benefit allowances can be paid:

1. for sickness or disability which extends three (3) or more working days, a Certificate of Disability (on forms to be provided by the Company) shall be completed and submitted to the Company.

2. for sickness or disability which extends (5) or more working days, a Physician's Certificate of Disability shall be submitted to the Company. Doctors' certificates may be required for shorter periods of sickness or disability.

The Company reserves the right to have a representative visit each sick or disabled employee and may, at its expense, require an employee to be examined by a physician of its choice.

An eligible employee shall be paid benefit allowances beginning on the first day (including partial days) of genuine sickness or disability, except that an employee who has received progressive discipline for violation of the absence standard described below in Paragraph 10 within the prior twelve (12) months shall be paid benefit allowances beginning on the sixth day (including partial days) of genuine sickness or disability. A benefit day shall be the regularly scheduled work day, not to exceed eight (8) hours.

Benefit allowances shall be 100% of basic hourly earnings (maximum 40 hours per payroll week), less Rhode Island Temporary Disability Insurance (RITDI) benefits, Workers' Compensation benefits, or any other benefits enacted through Federal or State law. Benefit allowances may be refused to a sick or disabled employee who neglects to make reasonable efforts to correct employee's illness.

Benefit allowances shall be paid for a maximum of one hundred thirty (130) regularly scheduled work days. The maximum allowance shall not be repeated for the same, recurring disability. Benefit allowances may be paid for recurring sickness or disability up to the maximum. Benefit allowance maximums may be repeated for different types of sickness or disability.

On the effective date of this Agreement only, each actively engaged employee who has completed at least one but less than eighteen (18) years of active and continuous service as of January 1, 2002, shall be credited with 130 sick and disability days and each actively engaged employee who has completed eighteen (18) or more years of active and continuous service as of January 1, 2002, shall be credited with 180 sick and disability days. Unused sick and disability days may be accumulated without limit. Effective July 1, 2003, and on each July 1 thereafter, each actively engaged employee who has completed at least one year of active and continuous service as of July 1 of any year shall be credited with fifteen (15) sick and disability days.

In the case of a non-occupational sickness or disability, benefit allowances shall be paid for a maximum of 130 scheduled work days in a 12 month period beginning on July 1 of any year.

Effective July 1, 2002, upon retirement, an employee with twenty (20) or more years of service shall have one-half of his accumulated sick and disability days credited to his age for purposes of retirement eligibility.

The administrative system designed to control absences shall be based on an absence standard against which each employee's absence history will be measured.

An employee who exceeds the absence standard of twelve (12) days (including partial days) or four (4) incidents of absence (without regard to reason) in a twelve (12) month period beginning on July 1 of any year may be subject to three-step progressive discipline, with at least two written warnings prior to discharge. An absence of less than four (4) hours of an 8-hour shift shall constitute a half of an incident or a partial day absence. An absence in excess of four (4) or more hours of an 8-hour shift shall constitute an incident or an absence. An employee who has received progressive discipline for exceeding the absence standard shall have future days or incidents of absence measured by means of a rolling twelve (12) month period measured backward from the most recent day or incident of absence. The Company shall consider the following factors, among others, in administering progressive discipline: severity of illness, length of service, prior absence history, and any efforts by the employee to solve any medical issue that may be a factor in his absences.

An employee who suffers an occupational injury or illness which involves soft tissue (a strain, sprain, or twist of or contusion to tissue, muscles,

tendon, ligament or cartilage) or stress which is not readily susceptible to an objective diagnosis shall be eligible for up to thirteen (13) weeks of make-up pay in a twelve (12) month period beginning on July 1 of any year not chargeable to sickness and disability days. An employee who suffers an occupational injury or illness which involves other than soft tissue (for example, a fracture, burn, abrasion, cut, hearing impairment, or a torn muscle, tendon, ligament or cartilage) which is readily susceptible to an objective diagnosis shall be eligible for up to thirty-three (33) weeks of make-up pay in a twelve (12) month period beginning on July 1 of any year not chargeable to sickness and disability days. In no case may an employee be paid more than thirty-three (33) weeks of make-up pay in a twelve (12) month period beginning on July 1 of any year.

The Union and the Company agree to the institution of a light duty program to encourage and afford bargaining unit members the opportunity to return to light duty work following both occupational and non-occupational illness or injury. The employee shall return to light duty work and the employer shall provide light duty work for employees who are determined to be physically capable of returning to light duty work in accordance with the procedures set forth below.

1. This light duty will apply to employees who are expected to return to work in their regular job classification within three (3) months and have been out of work due to an occupational or non-occupational illness or injury for at least five (5) work days.

2. Light duty work will be assigned on a regular schedule based upon the employee's physical capabilities, will not fluctuate based upon varying physical capabilities and will not be assigned on an incidental schedule or single day basis.

3. Bargaining unit members will not be assigned to light duty work so as to displace bargaining unit members. An employee shall not be scheduled to work overtime while assigned to light duty.

4. An employee may be assigned any work consistent with his physical capabilities, looking first within his job classification, then work within his department and, then work outside his job classification and department.

5. An employee's physical capabilities shall be determined initially by the employee's regular treating physician or, in the absence of a regular treating physician, a physician chosen by the employee. The Company may require the employee to be examined by a physician of its choosing. If the employee's physician and the Company's physician disagree regarding the employee's physical capabilities to perform light duty and the employee does not want to be

assigned work consistent with the physical capabilities determined by the Company's physician, then a third physician selected from a standing list of physicians mutually agreed upon by the Company and the Union shall be selected in rotations and that third physician shall examine the employee to determine the employee's physical capabilities for purposes of the light duty program. The opinion of the third physician shall be final and binding on the employee, the Union and the Company with regard to the employee's physical capabilities regarding light duty work. If the employee, upon the advice of his doctor, does not return to work after the final and binding determination of the third physician, the Company's make-up pay will be discontinued.

6. The provisions of this light duty program shall not prejudice the rights of either the Company or the employee under the Rhode Island Worker Compensation Act or the Rhode Island Temporary Disability Insurance Act.

*Section 2.* **Health Insurance**

1. Each eligible regular full-time employee and their eligible dependents have the option to be covered by the health insurance plan or plans provided by the Company, subject to the enrollment requirements of the plan or plans and as set forth below in this Section. Eligible employees may apply to enroll in the health insurance plan or plans on the first day of the month following the month during which the employee completed his/her probationary period, subject to the enrollment requirements of the plan or plans and as set forth in this Article.

2. During the term of this Agreement, the Company will offer three plans: New England Gas Current Customized "Choice Plus," United Healthcare "Choice Plus Plan 4-01" and United Health Care Select "Point of Service Plan" or other plans which provide an equivalent level of benefits as described in the plan documents.

3. Effective August 1, 2002, the Company will pay 95% of the monthly health insurance premium of an employee enrolled in the Customized "Choice Plus" Plan (individual and family coverage), $737.53 of the expense for the "Choice Plus Plan 4-01" (family coverage), and 100% of the expense for the United Healthcare Choice "Select Plus" Plan. Employees enrolled in the Customized "Choice" Plan (individual or family coverage) shall pay 5% of the monthly health insurance premium and employees enrolled in the "Choice Plus 4-01" Plan (family coverage) shall pay a monthly premium of $40. Employees enrolled in the Customized "Choice" Plan (individual or family coverage) or "Choice Plus 4-01" Plan (family coverage) shall pay 25% of any increases in the premium cost until employees enrolled in either plan are paying 20% of the premium cost, at which time the Company shall continue to pay 80% of the premi-

um cost and the employees enrolled in those plans continue to pay 20% of the premium cost. Notwithstanding the provisions of this Section, during any unpaid leave of absence, the employee must pay the full premium cost if continued coverage is desired. The effective date of this paragraph is conditional on the Company providing employees with sixty (60) days notice during which time the Company will schedule informational meetings for employees to attend. Employees will have a minimum of two weeks to make a selection.

4. During the term of this Agreement, an eligible retired employee and his spouse shall be eligible to participate in the retiree health insurance plan provided by the Company, subject to the enrollment requirements of the plan. Effective January 21, 1981, Medicare Part B shall be paid for all employees (but not their spouses) retiring at or after the normal retirement date and reimbursement for this coverage will be quarterly. The company will pay the full cost of the health insurance premium for the retiree and his/her spouse during the retiree's lifetime (if they were married at the time of the retiree's retirement) for employees who retired prior to January 22, 1993;for employees who retired after January 23, 1993 but prior to January 20, 2002 and participate in the plan, the Company will pay a maximum health insurance premium of $90 a month for the retiree and/or his spouse upon reaching age 65, and shall reimburse $42 a month for Medicare Part B; for employees who retire after January 20, 2002 and participate in the plan, the Company shall pay a maximum health insurance premium of $105 a month for the retiree and/or spouse, and shall reimburse $45 a month for Medicare Part B, and, effective July 1, 2003, any Medicare Part B premium increases up to $5 in any calendar year.

5. The Company shall have the right to eliminate or substitute insurance carriers, plans, and/or administrators as long as an equivalent level of benefits is offered and employees are notified about insurance carrier, administrator and/or plan changes.

6. The Union expressly waives the right to file a grievance or to arbitrate pursuant to the provisions of Article XVIII of this Agreement regarding any decision made by the Company, the company or companies providing health insurance, or the company or companies administering the health insurance regarding individual coverage issues. The Union shall have the right to grieve whether the Company has satisfied its contractual obligation to provide a health insurance plan as required herein.

7. Except as restricted by law or regulation, the Company will provide a Section 125 Plan Pursuant to which provides employees an opportunity to elect to pay health insurance premiums in pre-income tax earnings and can establish an account of pre-income tax earnings to be used for reimbursement of health care costs not paid by insurance and child care expenses.

8. An employee who is eligible for a family health insurance plan, who does not elect coverage for a calendar year, and who has provided the Company with proof of other health insurance coverage shall be paid $3600 (or $300 for each month that coverage is not in force) by the Company, one-half disbursed after the first six (6) months of the calendar year and one-half disbursed at the end of the calendar year. An employee who is eligible for a individual health insurance plan, who does not elect coverage for a calendar year, and who has provided the Company with proof of other health insurance coverage shall be paid $1600 (or $133 for each month that coverage is not in force) by the Company, one-half disbursed after the first six (6) months of the calendar year and one-half disbursed at the end of the calendar year.

*Section 3.* **Group Life Insurance, Accidental Death and Dismemberment.** Group Life Insurance will be made available to employees in accordance with the following schedule, provided each employee applies for such insurance within thirty (30) days of the date employee becomes eligible.

**Life Insurance for Active Employees.**

After three (3) months of continuous employment - $2,000.

After one (1) year of continuous employment - $55,000 effective May 28, 2002; $60,000 effective May 28, 2003; $65,000 effective May 28, 2004; $70,000 effective May 28, 2005; $75,000 effective May 28, 2006.

For active employees over age 65, Life Insurance coverage shall be reduced in accordance with applicable law.

**Life Insurance for Retired Employees.** Upon retirement, Life Insurance coverage shall be reduced to $8,500.

**Accidental Death and Dismemberment.** Life Insurance for active employees under age 65 shall include an Accidental Death and Dismemberment rider.

*Section 4.* **Delta Dental.** The Company will purchase individual or family memberships in Delta Dental (Levels I, II, III, and IV) for employees who have completed three (3) months of service.

*Section 5.* **Long Term Disability.** Each eligible regular full-time employee who has completed one year of continuous service shall be covered by the long term disability insurance plan provided by the Company, subject to the enrollment requirements of the plan and as set forth below in this Section. The Company shall pay the full cost of the premium. The maximum monthly benefit under the plan shall be $4,000. The Company shall have the right to eliminate or substitute insurance carriers, plans, and/or administrators as long as long term disability insurance is offered and employees are notified about insurance carrier, adminis-

trator and/or plan changes. The Union expressly waives the right to file a grievance or to arbitrate pursuant to the provisions of Article XVIII regarding any decision made by the Company, the company providing long term disability insurance, or the company administering the long term disability insurance regarding individual coverage issues. The Union shall have the right to grieve whether the Company has satisfied its contractual obligation to provide a long term disability insurance plan as required herein.

## ARTICLE XI

### Notice of Vacancies

**General**. Notices shall be posted of all vacancies in the Company to be filled by employees, except those for foremen, assistant foreman and laborers.

If the vacancy is for a job excluded from the Bargaining Unit, as defined in Article I, the notice shall call attention to that fact and that Sections 2 and 4 of Article XI do not apply to the selection of the employee to fill the job.

In exceptional circumstances, the application of Article XI, Section 2, "Filling a Vacancy" may be modified by specific agreement between the Vice President (or someone designated by the Company) and the Grievance Committee of the Union.

*Section 1.* **Posting of Notices.** In the event of a vacancy, the Company shall post notices describing it on bulletin boards throughout the Company. This notice shall include a statement of the requirements of the job and the minimum qualifications for trial. Copies of the notice will be sent to the members of the Grievance Committee representing the Division in which the vacancy occurs at the time the notice is posted.

Employees desiring to fill such a vacancy shall apply in writing within five (5) calendar days to the person designated in the notice to receive applications. An application will be accepted for an employee absent during the period of posting if it is signed by a Steward.

*Section 2.* **Filling a Vacancy.** A vacancy shall be filled by the selection of the senior applicant, as determined by the seniority provisions of this Agreement, who has the minimum qualifications for trial.

Any senior applicant not considered to have the minimum qualifications for trial will be so notified at the time of selection of the successful applicant, and an explanation will be given to the employee as to why that employee is not considered qualified.

Any new employee who enters employment in other than the C & M Department shall, during the next calendar year after becoming a regular

employee, be entitled to transfer to the C & M Department as a Laborer Class B by December 1 of the year following that employee's employment or an earlier date at the Company's option; provided, however, that the Company has a requirement for additional laborers in that year. Any employee who elects to transfer, but is not given the opportunity as stated above, will be given the opportunity before any new employees are hired as laborers.

If the applicant selected fails to meet the requirements of the job after a reasonable trial, the employee will be restored to the employee's former job, and the next senior applicant with the minimum qualifications for trial will be selected. If an applicant selected for trial on a progression job fails to demonstrate, within six (6) months, an aptitude for the work and evidence of ability to advance on the appropriate schedule to Class B, that employee will be restored to the former job.

*Section 3.* **Temporary Vacancies.** The Company may fill a temporary vacancy by reassignment of an employee within that department, if available, by seniority, and if an employee within that department is not available, then by transfer of an employee from another department, if available, by seniority.

Except in the case of an emergency, if the temporary vacancy is expected to last for more than one calendar week, the Company will not fill the temporary vacancy until it has given the Union at least one week prior notice and an opportunity to discuss an alternative process for filling the temporary vacancy.

If a temporary vacancy is not filled by the utilization of this process, the Company may employ a temporary employee in accordance with Article IV, Section 3 of this Agreement.

An employee who fills a temporary vacancy on any job for which there is an established rate and for which a notice would be posted in the event of a regular vacancy will receive the established rate for the job or the employee's own regular payroll rate, whichever is higher. If there is a rate range for the job, the employee will receive the rate within that range which corresponds to that employee's experience and ability by comparison with others in that classification.

If an employee is temporarily transferred for the convenience of the Company to another department or division, the employee shall, during this temporary period, be paid the regular rate, unless the job to which that employee is transferred carries a higher rate, in which case the employee shall be paid the higher rate.

In general, the Company proposes to use Trainees (or spare operators on jobs not covered by the Training Program), when they are available, for temporary vacancies in operating jobs that must be filled when that will result in a

forty (40) hour week for all concerned.

If the use of a spare operator or trainee would cause extreme inconvenience or undue hardship for the employee, or if it would result in overtime for that employee, an operator in the group where the temporary vacancy occurs will be used to fill it on an overtime basis.

*Section 4.* **Reclassification.** Promotion by reclassification within a group where several rates are in effect for employees engaged in the same type of work shall not be considered as filling a vacancy, and notice will not be posted when such changes are proposed. The Company will notify the Union of any such reclassifications.

*Section 5.* **Training for Temporary Assignments.** If the Company considers there should be more employees available with proper experience and qualifications to fill temporary requirements in certain agreed upon jobs, they will be selected in accordance with the following procedure:

1. When a regular vacancy in a Trainee job occurs, it will be posted company-wide and filled in accordance with Article XI, Sections 1 and 2, of the Union Agreement, exactly as any regular vacancy. The successful applicant will be trained and report for work.

2. Opportunities for training will be posted in the division concerned, and the successful bidder will be trained on the job and will fill temporary vacancies in it. It is understood that the employee will have no claim to a regular vacancy, when it occurs, unless the employee is selected under a regular posting as set forth in (1) above.

3. If a qualified employee does not apply for a vacancy for Trainee, a junior qualified employee will be given the assignment.

4. It is not the intention of the Company to avoid filling its regular requirements for classified employees by the extended assignment of spare employees.

5. The above provisions are not related in any way to progression jobs.

## ARTICLE XII

**Wage Rates**

All job classifications and wage rates for members of the Bargaining Unit are set forth in the "Rate Schedule" which is included at the end of this Agreement. Employees may be paid on a biweekly salary basis with their salaries calculated by multiplying the rates set forth in the Rate Schedule by 80; provided, however, that employees shall not be paid for time not worked except

as otherwise provided in this agreement.

If the duties and requirements of any job classification shall be substantially increased during the term of this Agreement, the wage rate for such job classification shall, at the request of either party, be a matter subject to negotiation. Similarly, wage rates for job classifications not listed in said "Rate Schedule" shall be negotiable.

## ARTICLE XIII

### Employees in the Armed Forces of United States

**Reemployment.** Employees who enter the Armed Forces of the United States will be entitled to reemployment rights and other benefits in accordance with the provisions of law.

## ARTICLE XIV

### Lockouts and Strikes

*Section 1.* **Lockouts.** The Company agrees that while this Agreement is in effect, there shall be no lockout of the employees of the Company.

*Section 2.* **Strikes.** The Union agrees that while this Agreement is in effect, its members will not cause, directly or indirectly, or participate in, any strike, sympathetic or otherwise, slow down, or stoppage of work of the Company. It is the mutual desire of both parties hereto to provide for uninterrupted and continuous service. Nothing herein is intended, however, to prevent the resignation or discharge of individuals, the discharge being subject to review under the conditions and in the manner hereinafter provided.

*Section 3.* Neither party shall bring, or cause to be brought, any lawsuit against the other for violation of this Article until said violation shall have been brought to the attention of the other in writing, in the case of the Company, to the attention of its Vice President, and in the case of the Union, to the attention of the President of Local 12431, and unless such party fails to take steps as soon as possible to correct the cause or circumstances giving rise to such violation.

## ARTICLE XV

### Union Representatives

*Section 1.* **Field Representatives.** The Field Representative, or other fully accredited Union representatives, shall have access to the Company's premises at reasonable times for the purpose of conducting official Union business, provided that they shall first secure permission from the appropriate

Company representative (which permission will not be unreasonably withheld) and that there shall be no interference with the conduct of the Company's business.

*Section 2.* **Leave of Absence.** The Company agrees that any employee selected for a full-time position with the Union (limited, however, to two (2) employees at any one time) shall be granted a leave of absence without pay for a period of one (1) year, during which time his seniority with the Company shall continue to accrue. Such leave of absence may be extended for additional one-year periods by agreement of the parties. An employee on leave of absence under this paragraph shall not be covered beyond the end of the month in which the leave commences (except as to benefits already accrued) by the Company's sick benefit, group life insurance, health insurance, Major Medical, holiday, vacation or similar plans, but shall remain members in the Company's pension plan.

If a leave of absence for more than two (2) weeks is contemplated, the Company will be given a reasonable advance notice.

Employees granted a leave-of-absence under the provisions of this paragraph may be replaced by temporary employees who shall not be considered members of the Bargaining Unit during their period of temporary employment.

## ARTICLE XVI

### Rights of Management

Save as expressly modified herein under Grievance Procedure and other Articles, nothing contained in this Agreement shall be construed as limiting the Company in any way in the exercise of the regular and customary function of Management, including but not limiting among such functions the right to hire, discharge, layoff, and discipline, and the right to make and enforce such rules relating to its operation as it shall deem advisable.

## ARTICLE XVII

### Cadet Engineers

The Company proposes to employ not more than two (2) new Cadet Engineers in each Division in any one (1) year and to train them for later supervisory duties. As part of their training, they should learn the duties performed by employees in various operating positions in the production, distribution, and servicing departments and should have sufficient actual practice and experience in such duties to understand work requirements and to properly supervise the work of others. A Cadet Engineer will not be assigned to fill a vacancy which would normally be filled by an employee in accordance with the various provisions of Article XI of this Agreement.

## ARTICLE XVIII

**Grievance Procedure and Adjustments**

*Section 1.* **Grievance Committee.** A Grievance Committee consisting of not more than six (6) employees of the Company in addition to the President and Recording Secretary of the Union will be designated by the Union. The President of the Union shall have the right to participate in any step of the grievance procedure, but it is understood that this right shall not be abused. The aggrieved employee shall have the right to be present and the Company or Union shall have the right to require the aggrieved employee's presence in Steps 1, 2, and 3 of the Grievance Procedure. If the presence of the grievant(s) would cause hardship upon the Company operation, the Grievance Meeting may have to be scheduled at a time other than during normal working hours.

*Section 2.* **Procedure:** Whenever any dispute shall arise as to the meaning or application of the provisions of this Agreement, the same shall be settled in the following manner, except in the case of a grievance raised by the Company or a general grievance raised by the Union in which case all discussion with respect thereto shall originate under Step 2 or Step 3 below, whichever is applicable.

**Step 1.** Between the aggrieved employee, a Union Steward or a Union Officer and a Foreman. If a satisfactory settlement is not reached within ten (10) calendar days, then

**Step 2.** Between a Union Steward or a Union Officer and the Department Head, with or without the aggrieved employee, and with such other representatives as may be mutually agreed upon from time to time. All differences submitted at this stage shall be in writing and shall be countersigned by the aggrieved employee. The Company shall arrange a meeting within five (5) calendar days from the time a grievance is referred to this Step and shall give the Union its answer, in writing, within five (5) calendar days after such meeting. If the matter is not satisfactorily settled, then

**Step 3.** Between the representatives of the Company, the Union President and Recording Secretary and up to three members of the Union Grievance Committee appointed by the Union President, with or without the aggrieved employee, and an International Representative of the Union. The Company shall arrange a meeting within seven (7) calendar days from the time a grievance is referred to this Step and shall give the Union its answer, in writing, within seven (7) calendar days after such meeting. If the matter is not satisfactorily settled, then

**Step 4.** The dispute shall be referred, at the request of either party, to an arbitrator selected pursuant to the rules of the Labor Relations