Connection. In the event that the Labor Relations Connection is unable to provide service to the parties, the arbitrator shall be selected pursuant to the rules of the American Arbitration Association, unless the parties mutually agree otherwise. Any arbitration hearing which may take place under this Step shall, in the absence of mutual agreement to the contrary, be conducted in accordance with certain rules agreed to and signed by the parties. It is agreed that an arbitrator shall not have the power to change or modify any provision of this Agreement.

*Section 3.* **Adjustments.** No adjustment resulting from a grievance processed through this procedure shall be retroactive to a date preceding the date on which the action or matter referred to in the grievance last occurred previous to the presentation of the grievance in Step 1, or in writing, if a general grievance. Nor shall any adjustment resulting from a subsequent grievance concerning a similar action or matter be retroactive to a date preceding the effective date of an adjustment for the first grievance.

*Section 4.* **Settlement of Dispute.** It is agreed that the settlement of any dispute at any stage of the foregoing procedure or the decision of an arbitrator on any such dispute shall be final and binding upon all parties concerned.

*Section 5.* **Submission.** If any dispute shall not be submitted in writing within fifteen (15) days after the right to present same shall have arisen, or the matter shall have become known to the aggrieved employee, it shall be deemed to have been waived. If any grievance shall not be referred to Steps 2 and 3 of the Grievance Procedure outlined above within fifteen (15) days, or to Step 4 within thirty-five (35) days from the date of the Company's answer in the preceding Step, such grievance shall be deemed to have been waived.

*Section 6.* **Arbitration Expense.** Each party shall bear its own arbitration expenses, but the fee of any arbitrator shall be paid equally by the parties.

## ARTICLE XIX

### Retirement Plan

The Pension Plan of the Company for its Bargaining Unit Employees, as heretofore amended or hereafter amended to conform to law or otherwise, shall remain in full force and effect for the term of this Agreement and be deemed a part hereof.

The Company will match one-half of the employee's contributions that do not exceed ten percent (10%) of the employee's covered pay to the 401(K) Plan. The specific terms of such Plan are determined by the Company.

## ARTICLE XX

### Letters of Agreement

a. All past practices and letters, side letters and memorandums of agreement not specifically incorporated into this Agreement are abolished effective January 21, 2002.

b. The side letters regarding Hare and Tancrede remain valid.

## ARTICLE XXI

### Miscellaneous Provisions

**1. Meal Allowance.** A meal or meal allowance of $8.25 will be provided under the following conditions.

a. Two (2) hours after the completion of any regularly scheduled work day or shift (provided the employee has worked the entire work day or shift) and each five (5) continuous hours.

b. For ten (10) continuous hours if called in ahead of regularly scheduled work day or shift and each five (5) continuous hours thereafter.

c. For five (5) continuous hours if called out after the regularly scheduled work day or shift and each five (5) continuous hours thereafter which are outside of the regularly scheduled work day or shift.

d. For purposes of this paragraph only, a call-in is defined as eight (8) hours prior to the start of an employee's regular shift, and a call-out is defined as eight (8) hours following the completion of an employee's regular shift.

**2. Shift Differential.**

a. 7% of an employee's straight time hourly rate multiplied by each hour worked on any shift schedule that begins between 12 noon and 5 a.m.

**3. Coffee Break.** The Company will allow a coffee break of ten (10) minutes in the morning and afternoon for all employees. It is understood that employees will make their own purchases and that emergency situations will take precedence.

**4. Wash-Up Time.**

a. Fifteen (15) minutes at the end of each regular work period for employees doing work that requires a shower and change of clothes.

b. Five (5) minutes prior to noon lunch period.

**5. Union-Management Meetings.** The policy of the Company with respect to paying Union representatives for time spent in meetings with Management will be continued for the term of this Agreement.

**6. Sunday Premium.** A premium of $2.85 an hour will be paid for straight time worked on Sunday during an eight (8) hour shift.

An employee entitled to overtime pay for Sunday shall not be entitled to the Sunday premium, but the premium will be paid in addition to an applicable shift differential. For the purpose of computing premium pay, Sunday is defined as the twenty-four (24) hours from the starting time of a normal working day or, for shift workers, from the starting time of the day shift.

**7. Rest Period.** In any twenty-four (24) hour period, an employee who has worked continuously for sixteen (16) hours or more shall, except in case of interruption to service and emergencies, be entitled to eight (8) hours' rest before reassignment. Also, when the sixteenth hour occurs during an employee's scheduled work day, that employee shall be released at the end of the sixteenth hour, provided no emergency exists. Where the rest period overlaps the employee's scheduled work day, the employee shall suffer no loss in pay for the time involved.

An employee called in four (4) or more hours before that employee's regular starting time will be allowed one (1) hour off his or her next scheduled work period, with pay, for each hour worked between midnight and such regular starting time, provided no emergency exists and, provided further, that upon satisfying the call-in job, the employee would otherwise have less than eight (8) hours off.

If the call-in job is satisfied prior to the employee's regular starting time, the employee shall receive the rest period before reporting. If the call-in job is satisfied following the employee's scheduled starting time, the employee shall receive the rest period at that time, calculated by deducting the number of hours worked between midnight and the employee's scheduled starting time from the ending time of the employee's scheduled shift.

When an employee works into a rest period which overlaps the employee's regularly scheduled work day, that employee shall be paid time and one-half for the time which overlaps the rest period in addition to the regular rest period entitlement.

This provision shall not apply to scheduled overtime, including the filling of full, eight (8) hour shift vacancies.

**8. Inclement Weather.** In the event the temperature reaches 95 degrees Fahrenheit or higher (as reported by the National Weather Service at T.F. Green Airport) or inclement weather, the Company, absent an emergency, will attempt to change schedules or work assignments for C & M employees who may be affected by such exposure.

**9. Joint Training Committee.** The Company and Union agree to establish a Joint Training Committee comprised of an equal number of Union and Company members. The purpose of the Training Committee will be to make recommendations to Management concerning:

a. training needs of employees and classifications to enhance job performance and safety;

b. cost-effective delivery of training to include, by way of example, classroom, hands-on, and personalized use of in-house "experts," etc.;

c. identification and implementation of cost-effective scheduling methodologies to ensure training is scheduled;

d. development of performance measures of training programs and routine reporting of progress to measures.

**10. Paychecks.** Provided employees have received a minimum of forty (40) hours' pay, adjustments to paychecks of One Hundred Dollars ($100.00) or less shall be reflected in the next succeeding pay period.

**11. Shoe Allowance.** Upon completion of the probationary period, an employee working in a position which requires steel-toed shoes will be issued two shoe allowances of $105 each. During each subsequent calendar year, such employee shall be issued one shoe slip allowance of $105 upon request. An employee not working in a position which requires steel-toed shoes who nonetheless wears them, will be issued one shoe slip allowance of $105 upon request each calendar year.

**12. Uniforms.** If the Company provides uniforms employees shall pay the Company $1 per week for cleaning.

**13. Reimbursement for Mileage.** If an employee is required to use his personal vehicle during scheduled or overtime work hours, the Company shall reimburse the employee for mileage at the current Internal Revenue Service rate.

**14. Own Request Day.** An employee is eligible for one own request day each calendar year provided the employee speaks with and receives the permission of a supervisor in advance. An own request day shall be considered neither an absence nor an incident under the Absence Control Program.

**15. Changing Meters.** An employee assigned to change a meter may ask the

Company for assistance if he believes the meter is too heavy for him alone.

**16. Craft Workers.** Craft employees shall perform incidental tasks related to their regular job duties.

**17. Forklift Operation.** Any member of the bargaining unit who holds a fork-lift license will use a forklift as assigned to perform his job duties.

**18. Smoking Breaks.** Smoking breaks may be eliminated consistent with state law, provided a smoking policy is applied consistently to all Company employ-ees.

**19. Natural Gas Fill-Up.** Employees shall not accompany State employees to a natural gas fill-up.

**20. Spare Assignments.** Employees may roll out of a spare assignment at least every three (3) years.

**21. Lighting Pilots.** Any employee on the job site who possesses the necessary skill, training or license to light pilots may be assigned by the Company to do so.

**22. Time Clocks.** The Company may implement time clocks or other time recording devices after giving the Union reasonable notice and the opportunity to bargain.

**23. Gas Plant Operation.** Two Company employees (one of whom must be a bargaining unit member and one of whom need not be a bargaining unit mem-ber) shall be present when a gas plant is operating.

**24. Patch Truck.** The Company shall decide if the patch truck will be dis-patched to a job site. If the patch truck is not dispatched to a job site, the crew shall make safe the work area.

**25. Winter Crew Size.** When the frost line at a job site reaches a depth of two feet, the Company shall assign an additional crew member to the regularly scheduled crew.

**26. Low Overtime Crew.** The low overtime crew will be used in emergency situations except the most available crew may be used when proximity to site and time availability reasonably dictate.

**27. HAZWOPER Premium.** An employee shall be paid $1 per hour when required to wear protective equipment while performing HAZWOPER work.

**28. Postings.** The Company will not change its posting more frequently than is reasonably required but no more often than four months but shall post all shift assignments at least every six months.

**29. Two-Man Truck.** The Company will assign at least one B-man or higher grade person to each two man truck.

## ARTICLE XXII

### Termination Clause

*Section 1.* This Agreement shall remain in full force and effect from the date of its execution until May 28, 2007, and thereafter for successive one-year periods, unless one of the parties hereto on or before the sixtieth (60th) day next preceding any anniversary date shall notify the other party hereto in writing of its intent to terminate the same.

*Section 2.* If, instead of terminating, either of the parties desires to modify the Agreement for the next succeeding year, notice shall be given on or before the sixtieth (60th) day next preceding the anniversary date. During modification negotiations, the Agreement shall remain in full force and effect unless either party gives sixty (60) days' notification of its desire to terminate the Agreement.

*Section 3.* Notwithstanding the foregoing provisions of this Article XXII, either party may terminate this Agreement effective on May 28, 2007, by notifying the other party in writing on or before the sixtieth (60th) day next preceding the applicable termination date.

**IN WITNESS WHEREOF,** the parties hereto set their hands and seals as of the day and year first above written.

| UNITED STEELWORKERS OF AMERICA | NEW ENGLAND GAS COMPANY |
|---|---|
| Leo W. Gerard, President | D'Anna Soehnge, Vice President of Human Resources |
| James D. English, International Secretary-Treasurer | Henry Butler, Director-Labor Relations |
| Andrew Palm, Vice President, Administration | |
| Leon Lynch, Vice President, Human Affairs | |
| Louis J. Thomas, Director, District 4 | |
| Albert H. Polk, Sub-District Director | |
| Raymond Lang, President, Local 12431 | |
| Joseph Montanaro, Vice President, Local 12431 | |

| | |
|---|---|
| Local Union Committee | Local Union Committee |
| Local Union Committee | Local Union Committee |
| Local Union Committee | Local Union Committee |

# NEW ENGLAND GAS COMPANY

Rate Schedule

Effective May 28, 2002

For Jobs in Bargaining Unit

LOCAL 12431-01

UNITED STEELWORKERS

OF

AMERICA, AFL-CIO-CLC

**MEMORANDUM**

In connection with the use of the code numbers on the job classification schedule, kindly use the following additional symbols, preceding the job code number, in any case where they may apply:

J - Demoted from classification because of decreased work requirements

E – Student

T – Serving the probationary period

H – Seasonal

HC – Seasonal employee serving probationary period of progression job

X – Temporary – Regular employee with a temporary job classification

Y – Temporary employee

K – Temporary – Filling vacancy caused by regular employee entering Military Service

## OFFICE

**Office Clerk**

(Must qualify in each grade to advance)

| | | Effective 21-Jan-01 | Effective 28-May-04 | Effective 28-May-05 | Effective 28-May-06 |
|---|---|---|---|---|---|
| (1) Minimum | D128 | 23.28 | 23.98 | 24.70 | 25.44 |
| (2) After 6 mos. as D128 | D127 | 23.92 | 24.63 | 25.37 | 26.13 |
| (3) After 6 mos. as D127 | D126 | 24.42 | 25.15 | 25.90 | 26.68 |
| (4) After 6 mos. as D126 | D125 | 24.69 | 25.70 | 26.48 | 27.27 |

**Office Clerk***

(Must qualify in each grade to advance)

| | | | | | |
|---|---|---|---|---|---|
| (1) Minimum | D133 | 18.23 | 18.77 | 19.34 | 19.92 |
| (2) After 6 mos. as D133 | D132 | 18.69 | 19.25 | 19.83 | 20.43 |
| (3) After 6 mos. as D132 | D131 | 19.15 | 19.72 | 20.31 | 20.92 |
| (4) After 6 mos. as D131 | D130 | 21.07 | 21.70 | 22.35 | 23.02 |

* For employees entering after 1/21/83

# FACILITIES MAINTENANCE

**Maintenance Helper**

To fill requirements for, and to apply only to employees capable of independent work under general supervision with less than normal experience and training.

(Must prove satisfactory in each grade to advance)

| | | Effective 21-Jan-01 | Effective 28-May-04 | Effective 28-May-05 | Effective 28-May-06 |
|---|---|---|---|---|---|
| (1) No experience Starting rate (Begins normal probationary period) | D190 | 22.09 | 22.76 | 23.44 | 24.14 |
| (2) After 6 mos as D190 (begins 3 mo. accelerated probation period) | D180 | 22.94** | 23.63** | 24.33** | 25.06** |
| (3) After 3 mos. as D180 Adv. Helper | D175 | 23.26 | 23.95 | 24.67 | 25.41 |
| (4) After 6 mos. as D175 Adv. Helper | D170 | 23.54 | 24.24 | 24.97 | 25.72 |
| (5) After 6 mos. as D170 Cl. C | D165 | 24.00 | 24.72 | 25.46 | 26.23 |

** Applicable only to employee with approximately six (6) months' Company experience in related work.

**Notes:**

(A) Through completion of D180, employee receives intensive training, but works only as Helper to higher-classified employee.

(B) Employees entering progression with no experience, who do not fulfill the requirements of the three-month probation period (as D180), will not be retained as Helpers in the normal progression but will return to former classification.

**FACILITIES MAINTENANCE (cont'd)**

| | | Effective 21-Jan-01 | Effective 28-May-04 | Effective 28-May-05 | Effective 28-May-06 |
|---|---|---|---|---|---|
| **Maintenance Repair, Cl.B** (After 15 mos. as Cl.C, D165 if qualified) | D160 | 24.65 | 25.39 | 26.15 | 26.94 |
| **Maintenance Repair, Cl.A** (After 15 mos. as Cl.B, D160 if qualified) | D155 | 25.40 | 26.16 | 26.94 | 27.75 |

**Facilities Maintenance Person***

(Must prove satisfactory in each grade to advance)

| | | Effective 21-Jan-01 | Effective 28-May-04 | Effective 28-May-05 | Effective 28-May-06 |
|---|---|---|---|---|---|
| (1) Starting Rate | D147 | 20.50 | 21.12 | 21.75 | 22.40 |
| (2) After 6 mos. as D147 | D146 | 21.14 | 21.77 | 22.43 | 23.10 |
| (3) After 6 mos. as D146 | D145 | 21.79 | 22.44 | 23.11 | 23.81 |
| (4) After 6 mos. as D145 Cl.C | D144 | 22.51 | 23.18 | 23.88 | 24.60 |
| (5) After 6 mos. as D144 Cl.B | D143 | 23.26 | 23.95 | 24.67 | 25.41 |
| (6) After 6 mos. as D143 Cl.A | D142 | 24.21 | 24.94 | 25.68 | 26.45 |

* For employees entering after 1/21/83

**Building Cleaner**

(Must prove satisfactory in each grade advance)

| | | Effective 21-Jan-01 | Effective 28-May-04 | Effective 28-May-05 | Effective 28-May-06 |
|---|---|---|---|---|---|
| (1) Minimum | D149 | 13.30 | 13.70 | 14.11 | 14.54 |
| (2) After 6 mos. As D149 | D148 | 13.86 | 14.27 | 14.70 | 15.14 |

## MATERIALS MANAGEMENT

**Stock Material Clerk**

(Must prove satisfactory in each grade to advance)

| | | Effective 21-Jan-01 | Effective 28-May-04 | Effective 28-May-05 | Effective 28-May-06 |
|---|---|---|---|---|---|
| (1) No Experience Starting rate (Probationary Period) | D245 | 22.09 | 22.76 | 23.44 | 24.14 |
| (2) After 6 mos. as D245 | D240 | 22.40** | 23.07** | 23.76** | 24.48** |
| (3) After 6 mos. as D240 | D235 | 23.18** | 23.88** | 24.59** | 25.33** |
| (4) After 6 mos. as D235 Cl.A | D230 | 23.96 | 24.68 | 25.42 | 26.19 |

** Employee experienced in similar work starts progression as D240 or D235 depending on such experience.

## GARAGE

**Repair Person Assistant***
Progression Rate Schedule

(Must prove satisfactory in each grade to advance)

| | | Effective 21-Jan-01 | Effective 28-May-04 | Effective 28-May-05 | Effective 28-May-06 |
|---|---|---|---|---|---|
| (1) No Experience Starting Rate (Probationary Period) | D345 | 22.09 | 22.76 | 23.44 | 24.14 |
| (2) After 6 mos. as D345 | D340 | 22.40** | 23.07** | 23.76** | 24.48** |
| (3) After 6 mos. as D340 (see Note A) | D335 | 22.94** | 23.63** | 24.33** | 25.06** |
| (4) After 6 mos. as D335 | D320 | 24.00 | 24.72 | 25.46 | 26.23 |

Note A: Garage Helper goes through D335 only

*Employee must attain D320 grade
** Employee experienced in similar work starts progression as D340 or D335, depending on such experience.

**Repair Person**

(Must qualify in each grade to advance)

| | | | | | |
|---|---|---|---|---|---|
| (5) After 6 mos. as D320 | D315 | 24.65*** | 25.39*** | 26.15*** | 26.94*** |
| (6) After 6 mos. as D315 | D310 | 25.11 | 25.87 | 26.64 | 27.44 |
| (7) After 9 mos. as D310 | D305 | 25.40 | 26.16 | 26.94 | 27.75 |

***Employee with two (2) years experience as an automotive repair person in a recognized repair garage starts progression as D315.

## CUSTOMER SERVICE

**Dispatch**

**Assistant Dispatcher**

(Must qualify in each grade to advance)

| | | Effective 21-Jan-01 | Effective 28-May-04 | Effective 28-May-05 | Effective 28-May-06 |
|---|---|---|---|---|---|
| (1) Minimum | D120 | 24.06 | 24.78 | 25.53 | 26.29 |
| (2) After 6 mos. as D120 | D119 | 24.48 | 25.21 | 25.97 | 26.75 |
| (3) After 6 mos. as D119 | D118 | 25.14* | 25.89* | 26.67* | 27.47* |
| (4) After 6 mos. as D118 | D117 | 25.85* | 26.62* | 27.42* | 28.25* |
| (4) After 6 mos. as D117 **Dispatcher** | D115 | 27.65 | 28.48 | 29.33 | 30.21 |

* Employee previously classified as Customer Service Cl.B (D405) starts progression as D118, and employee previously classified as Fitter, Cl.A (D621), Customer Service Cl.A (D402) or Cl.AA (D401) starts progression as D117.

## Customer Service Field Force

Employee entering the progression will be expected to advance to Customer Service, Cl.A, or leave the Progression. During the initial six-month Probationary Period, employees failing to demonstrate qualifications, or desiring to withdraw, will be restored to their former job. An employee failing to complete the requirements of any step after the Probation Period through Cl.B, will be reclassified as C&M Laborer. If a Customer Service person initially fails the "A" test, that employee shall have the option of returning to Customer Service Class B (D405), or Customer Service Class M-C (D407) or C&M Laborer, Cl.A (D670). If the option chosen is Customer Service Class B, the employee will be allowed to retake the "A" test a second time within the next 24 months with no option to retake the "A" test a third time and with no further school training. If the employee scored 75 or higher on the first written test but failed the board test, the written test does not have to be retaken.

Three months' additional time may be allowed to an employee who fails to pass the Class C test, and six months' additional time may be allowed to an employee who fails to pass the Class B test. After these times, the employee will be allowed only a second attempt to pass either the "C" or "B" test with no further school training. Any employee in the Customer Service progression who fails to progress to the next higher rate and/or voluntarily leaves the department before attaining Class A and completes the probationary period for his next assignment, shall not be eligible to sign a Notice of Vacancy for Customer Service Helpers or Class M-C for five years from the date of reclassification.

**CUSTOMER SERVICE (cont'd.)**

**Customer Service Helpers**

(Must qualify in each step to advance)

To fill requirements for, and to apply only to employees capable of independent work under general supervision with less than normal experience and training.

| | | Effective 21-Jan-01 | Effective 28-May-04 | Effective 28-May-05 | Effective 28-May-06 |
|---|---|---|---|---|---|
| (1) No experience - Starting Rate (Begins Normal Probationary Period) | D412 | 22.09* | 22.76* | 23.44* | 24.14* |
| (2) After 6 mos. as D412 (Begins 3 mos. Accelerated Probation Period) | D410 | 22.94 | 23.63 | 24.33 | 25.06 |
| (3) After 3 mos. as D410 Adv. Helper | D409 | 23.26 | 23.95 | 24.67 | 25.41 |
| (4) After 6 mos. as D409 Adv. Helper | D408 | 23.54 | 24.24 | 24.97 | 25.72 |
| (5) After 6 mos. as D408 CLC | D406 | 24.00 | 24.72 | 25.46 | 26.23 |

* Employee with approximately six (6) months' Company experience in similar work starts progression at D412, but at the rate equivalent to D410. Similar work is understood to include experience in the C&M Department as C&M Fitter Helper, D629, or higher C&M Fitter classification.

Through completion of D410, employee receives intensive training but works only as Helper to higher-classified employee.

During nine (9) months as Advanced Helper, employee receives training for further advancement, part of which will be any work for which the employee may be qualified, including independent work under general supervision.

**CUSTOMER SERVICE (cont'd)**

| | | Effective 21-Jan-01 | Effective 28-May-04 | Effective 28-May-05 | Effective 28-May-06 |
|---|---|---|---|---|---|
| **(1) Customer Service Class B** (After 15 mos. as D406) | D405 | 24.65 | 25.39 | 26.15 | 26.94 |
| **(2) Customer Service Class A** (After 15 mos. as D405) | D402 | 26.34 | 27.13 | 27.94 | 28.78 |
| **(3) Customer Service, Class AA** | | | | | |
| After 12 mos. as Customer Service Class A, if qualified and required | D401 | 28.25 | 29.09 | 29.97 | 30.87 |

**CUSTOMER SERVICE (cont'd)**

**Customer Service Helpers-Meter Work**
(Must qualify in each step to advance)

To fill requirements for, and to apply only to, employees capable of independent work under general supervision with less than normal experience and training.

| | | Effective 21-Jan-01 | Effective 28-May-04 | Effective 28-May-05 | Effective 28-May-06 |
|---|---|---|---|---|---|
| (1) No experience- Normal Probationary Period) | MD412 | 22.09* | 22.76* | 23.44* | 24.14* |
| (2) After 6 mos. as MD412 (Begins 3 mos. Accelerated Probation Period) | MD410 | 22.94 | 23.63 | 24.33 | 25.06 |
| (3) After 3 mos. as MD410 Adv. Helper | MD409 | 23.26** | 23.95** | 24.67** | 25.41** |
| (4) After 6 mos. as MD409 Adv. Helper | MD408 | 23.54 | 24.24 | 24.97 | 25.72 |
| (5) After 6 mos. as MD408 Cl.M-C | D407 | 24.00 | 24.72 | 25.46 | 26.23 |

* Employee with approximately six (6) months Company experience in similar work starts progression at MD412, but at the rate equivalent to MD410. Similar work is understood to include experience in the C&M Department as C&M Fitter Helper, D629, or higher C&M Fitter Classification.

** Employee with nine (9) months or more experience as Customer Service Helper starts at this rate.

**CUSTOMER SERVICE (cont'd)**

**Leak Survey**

**Cathotic Protection Leakage Survey Technician**

| | | Effective 21-Jan-01 | Effective 28-May-04 | Effective 28-May-05 | Effective 28-May-06 |
|---|---|---|---|---|---|
| (1) Minimum | D825 | 22.09 | 22.75 | 23.43 | 24.14 |
| (2) After 6 mos. as D825 | D826 | 24.00 | 24.72 | 25.46 | 26.23 |
| (3) After successful completion of basic corrosion course3 | D827 | 25.15 | 25.91 | 26.68 | 27.48 |
| (4) After successful completion of intermediate cor. course4 | D828 | 25.59 | 26.36 | 27.15 | 27.96 |
| (5) After successful completion of advanced cor. course5 | D829 | 26.36 | 27.15 | 27.97 | 28.81 |

**Survey Technician**

| | | Effective 21-Jan-01 | Effective 28-May-04 | Effective 28-May-05 | Effective 28-May-06 |
|---|---|---|---|---|---|
| (1) Minimum | D850 | 22.09 | 22.75 | 23.44 | 24.14 |
| (2) After 6 mos. as D850 | D851 | 24.00 | 24.72 | 25.46 | 26.23 |

**CUSTOMER SERVICE (cont'd)**

| | | Effective 21-Jan-01 | Effective 28-May-04 | Effective 28-May-05 | Effective 28-May-06 |
|---|---|---|---|---|---|
| **Distribution Helper** | D124 | 20.72 | 21.34 | 21.98 | 22.64 |
| After 6 mos. as D124 | D123 | 22.09 | 22.75 | 23.44 | 24.14 |
| After 6 mos. as D123 | D122 | 24.00 | 24.72 | 25.47 | 26.23 |
| | | | | | |
| **General Service Person** | D801 | 22.10 | 22.76 | 23.44 | 24.15 |
| After 6 mos. as D801 | D802 | 22.94 | 23.63 | 24.34 | 25.07 |
| After 3 mos. as D802 | D803 | 23.26 | 23.96 | 24.68 | 25.42 |
| After 6 mos. as D803 | D804 | 23.53 | 24.24 | 24.97 | 25.71 |
| After 6 mos. as D804 | D805 | 24.01 | 24.73 | 25.47 | 26.23 |

## CONSTRUCTION AND MAINTENANCE

| **Laborer*** | | Effective 21-Jan-01 | Effective 28-May-04 | Effective 28-May-05 | Effective 28-May-06 |
|---|---|---|---|---|---|
| | | (Must qualify in each grade to advance) | | | |
| (1) Laborer, Cl.B (Starting Rate) | D675 | 16.00 | 16.48 | 16.98 | 17.49 |
| (2) After 6 mos. or completion of seasonal, temporary or probationary period, whichever is later** | D674 | 16.17 | 16.66 | 17.16 | 17.67 |
| (3) After 6 mos. as D674 | D673 | 16.30 | 16.79 | 17.29 | 17.81 |
| (4) After 6 mos. as D673 | D672 | 17.66 | 18.19 | 18.74 | 19.30 |

* For employees entering after 1/21/83

** Starting rate for employees who are members of Local 12431 and transfer into this classification

| | | | | | |
|---|---|---|---|---|---|
| **Laborer, Class A** | D670 | 22.09 | 22.76 | 23.44 | 24.14 |
| **Utility** | | | | | |
| | | (Must qualify in each grade to advance) | | | |
| (1) Minimum | D667 | 23.15 | 23.84 | 24.55 | 25.29 |
| (2) After 12 mos. as D667 | D665 | 23.54 | 24.24 | 24.97 | 25.72 |
| **Manhole Inspector** | D660 | 23.28 | 23.98 | 24.70 | 25.44 |
| **Backhoe Operator***** | D634 | 25.43 | 26.20 | 26.98 | 27.79 |
| *** After 90 days' satisfactory actual operation | D635 | 25.92 | 26.70 | 27.50 | 28.33 |

## CONSTRUCTION AND MAINTENANCE (cont'd)

| | | Effective 21-Jan-01 | Effective 28-May-04 | Effective 28-May-05 | Effective 28-May-06 |
|---|---|---|---|---|---|
| **C&M Fitter Helpers** | | | | | |
| | | (Must prove satisfactory in each grade to advance) | | | |
| (1) No experience – Starting Rate | D633 | 22.40 | 23.07 | 23.76 | 24.48 |
| (2) After 6 mos. as D633 | D631 | *22.93 | 23.61 | 24.32 | 25.05 |
| (3) After 6 mos. as D631 | D629 | 23.26 | 23.95 | 24.67 | 25.41 |

* Employee experienced in similar work starts progression at D631 rate. Only C&M Department work will count.

| | | | | | |
|---|---|---|---|---|---|
| **C&M Fitters** | | | | | |
| (4) After 6 mos. as D629 **Cl.C** | D625 | 23.54* | 24.24* | 24.97* | 25.72* |
| (5) After 6 mos. as D625 **Cl.B** | D623 | 24.00* | 24.72* | 25.46* | 26.23* |
| (6) After 12 mos. as D623 **Cl.A** | D621 | 25.11* | 25.87* | 26.64* | 27.44* |

* Applicant will be tested at each step for advancement. Failure to complete any step will result in reclassification to Laborer and employee will not qualify for reconsideration for a period of one year. Three (3) months' additional training may be allowed at each step if the employee shows promise of success.

| | | | | | |
|---|---|---|---|---|---|
| **Welder Helper*** ** | | | | | |
| (1) Starting Rate | D616 | 23.26 | 23.96 | 24.68 | 25.42 |
| (2) After 3 mos. as D616 and qualified | D615 | 23.53 | 24.24 | 24.97 | 25.71 |
| (3) After 12 mos. as D615 and qualified ** | D614 | 24.01 | 24.73 | 25.47 | 26.23 |

**CONSTRUCTION AND MAINTENANCE (cont'd)**

| | | Effective 21-Jan-01 | Effective 28-May-04 | Effective 28-May-05 | Effective 28-May-06 |
|---|---|---|---|---|---|
| (4) After 12 mos. as D614 and qualified-**Welder** | D613 | 25.11 | 25.87 | 26.64 | 27.44 |
| (5) After 15 mos. as D613 and qualified-**Welder** | D609 | 26.29 | 27.08 | 27.89 | 28.73 |

Note: Employees classified as C&M Fitter, Class A (D621) will start the Welder progression at D615, but at the rate equivalent to D613.

**Employee previously classified as Cl.B Customer Service, or higher, Cl.A Garage Repair, or Cl.A Gas Control Maintenance Repair may start at D614.
***Applicant will be tested for advancement at each of the Welder and Welder Helper steps. Failure to complete any step will result in reclassification to Laborer; however, if applicant is qualified as D613, the reclassification would be to Cl.A C&M Fitter. Three months' additional training may be allowed at each step if the employee shows promise of success.

| | | Effective 21-Jan-01 | Effective 28-May-04 | Effective 28-May-05 | Effective 28-May-06 |
|---|---|---|---|---|---|
| **C&M Crew Leader** | D605 | 29.14 | 30.01 | 30.91 | 31.84 |
| **Construction Inspector** | D603 | 26.42 | 27.21 | 28.03 | 28.87 |
| **Lead Linewalker** | D604 | 26.42 | 27.21 | 28.03 | 28.87 |
| **Linewalker Helper** | D671 | 22.09 | 22.76 | 23.44 | 24.14 |
| **Sawcutter** | D693 | 19.92 | 20.52 | 21.14 | 21.77 |
| **Tool Crib Operator & Repair** | | | | | |
| (1) Starting Rate | D602 | 24.65 | 25.39 | 26.15 | 26.94 |
| (2) After 12 mos. as D602 | D601 | 25.40 | 26.16 | 26.94 | 27.75 |

CONSTRUCTION AND MAINTENANCE (cont'd)

**C & M Dispatcher**

| | | | | | |
|---|---|---|---|---|---|
| (1) Minimum | D690 | 24.06 | 24.78 | 25.53 | 26.29 |
| (2) After 6 mos. as D690 | D689 | 24.48** | 25.21** | 25.97** | 26.75** |
| (3) After 6 mos. as D689 | D688 | 25.14 | 25.89 | 26.67 | 27.47 |
| (4) After 6 mos. as D688 | D687 | 25.85 | 26.62 | 27.42 | 28.25 |
| (5) After 6 mos. as D687 | D686 | 27.65 | 28.48 | 29.34 | 30.22 |

** Employee previously classified as C&M Fitter Cl.B, C&M Fitter Cl.A, C&M Welder, Cl.A, Customer Service Cl.B, or higher, Customer Service Assistant Dispatcher or higher, Office Clerk or Draftsman may start progression as D689.

## ENGINEERING

| | | Effective 21-Jan-01 | Effective 28-May-04 | Effective 28-May-05 | Effective 28-May-06 |
|---|---|---|---|---|---|
| **Research Analyst** | | | | | |
| (1) Minimum | D110 | 20.40 | 21.01 | 21.64 | 22.29 |
| (2) After 6 mos. as D110 | D111 | 21.23 | 21.87 | 22.52 | 23.20 |
| (3) After 6 mos. as D111 | D112 | 22.06 | 22.73 | 23.41 | 24.11 |
| **Drafter** | | | | | |
| | | (Must qualify in each grade to advance) | | | |
| (1) Minimum | D109 | 23.67 | 24.38 | 25.11 | 25.87 |
| (2) After 6 mos. as D109 | D108 | 24.14 | 24.86 | 25.61 | 26.37 |
| (3) After 6 mos. as D108 | D107 | 24.61 | 25.35 | 26.11 | 26.90 |
| (4) After 6 mos. as D107 | D106 | 25.11 | 25.87 | 26.64 | 27.44 |
| **Facility Locator** | | | | | |
| (1) Starting Rate | D860 | 22.09 | 22.75 | 23.44 | 24.14 |
| (2) After 6 mos. as D860 | D861 | 24.00 | 24.72 | 25.46 | 26.23 |
| **Corrosion Control** | | | | | |
| (1) Starting Rate | D680 | 25.15 | 25.91 | 26.68 | 27.48 |
| (2) After 6 mos. as D680 | D679 | 25.59 | 26.36 | 27.15 | 27.97 |
| (3) After 6 mos. as D679 | D678 | 26.01 | 26.79 | 27.59 | 28.42 |
| (4) After 6 mos. as D678 | D677 | 26.36 | 27.15 | 27.97 | 28.81 |

## GAS CONTROL

| | | Effective 21-Jan-01 | Effective 28-May-04 | Effective 28-May-05 | Effective 28-May-06 |
|---|---|---|---|---|---|
| **Regulator Repair Leader** | | | | | |
| (1) Starting Rate | D700 | 23.90 | 24.62 | 25.36 | 26.12 |
| (2) After 3 mos. as D700 Cl.B | D701 | 24.94 | 25.69 | 26.46 | 27.26 |
| (3) After 12 mos. as D701 Cl.A | D702 | 26.34 | 27.13 | 27.95 | 28.79 |
| **Chart Drips** | D650 | 24.00 | 24.72 | 25.46 | 26.23 |

Note: Any employee in the progression not qualifying at any step will be reclassified to C&M Laborer.

| | | | | | |
|---|---|---|---|---|---|
| **Utility Operator** | | | | | |
| (1) Starting | M218 | 23.83 | 24.55 | 25.28 | 26.04 |
| (2) After 3 mos. as M218 | M219 | 25.06 | 25.81 | 26.58 | 27.38 |
| (3) After 9 mos. as M219 | M220 | 25.98 | 26.76 | 27.57 | 28.39 |
| Rates for Occasional Assignments | | | | | |
| **Crane Operator** | D800 | 25.43 | 26.20 | 26.98 | 27.79 |

## GAS CONTROL (cont'd.)

| | | Effective 21-Jan-01 | Effective 28-May-04 | Effective 28-May-05 | Effective 28-May-06 |
|---|---|---|---|---|---|

**Maintenance Repair Force Helper**

(Must prove satisfactory in each grade to advance)

To fill requirements for, and to apply only to, employees capable of independent work under general supervision with less than normal experience and training.

| | | Effective 21-Jan-01 | Effective 28-May-04 | Effective 28-May-05 | Effective 28-May-06 |
|---|---|---|---|---|---|
| (1) Starting (Begins Normal Probation Period) | M398 | 22.09 | 22.76 | 23.44 | 24.14 |
| (2) After 6 mos. as M398 | M396 | 22.94* | 23.63* | 24.33* | 25.06* |
| (2) After 3 mos. as M396, Adv. Helper | M394 | 23.54 | 24.24 | 24.97 | 25.72 |
| (3) After 6 mos. as M394, Cl.C | M393 | 24.00 | 24.72 | 25.46 | 26.23 |

*Applicable only to employee with approximately six (6) months Company experience in related work.

Note: (A) Through completion of M396, employee receives intensive training but works only as Helper to higher classified Employee.

(B) Employees entering progression with no experience and who do not fulfill the requirements of the three-month Probation period (as M396) will return to their former classification.

| | | Effective 21-Jan-01 | Effective 28-May-04 | Effective 28-May-05 | Effective 28-May-06 |
|---|---|---|---|---|---|
| (4) After 12 mos. as M393, Repair, Cl.B | M392 | 24.65 | 25.39 | 26.15 | 26.94 |
| (5) After 12 mos. as M392, Repair, Cl.A | M391* | 25.98 | 26.76 | 27.57 | 28.39 |

*See agreement dated April 7, 1992.

**Repair Force Electrical**

| | | Effective 21-Jan-01 | Effective 28-May-04 | Effective 28-May-05 | Effective 28-May-06 |
|---|---|---|---|---|---|
| (1) Repair, Cl.C | M493 | 24.65 | 25.39 | 26.15 | 26.94 |
| (2) Repair, Cl.B (After 15 mos. as M493, if qualified) | M492 | 25.15 | 25.91 | 26.68 | 27.48 |

**GAS CONTROL (cont'd.)**

| | | Effective 21-Jan-01 | Effective 28-May-04 | Effective 28-May-05 | Effective 28-May-06 |
|---|---|---|---|---|---|
| (3) Repair, Cl.A (After 15 mos. as M492, if qualified) | M491 | 25.69 | 26.46 | 27.25 | 28.07 |
| (4) Repair – Journeyman* (After 6 mos. as M491, if qualified) | M490 | 27.50 | 28.32 | 29.17 | 30.05 |

* To attain this classification, an employee must be licensed by the State of Rhode Island.

**Instrument Technician**
**Telemeter & SCADA**

(Must prove satisfactory in each grade to advance)

| | | | | | |
|---|---|---|---|---|---|
| | M500 | 24.82 | 25.57 | 26.33 | 27.12 |
| After 6 mos. as M500 | M501 | 26.51 | 27.31 | 28.13 | 28.97 |
| After 6 mos. as M501 | M502 | 27.50 | 28.32 | 29.17 | 30.05 |

**Instrument Calibration Person**

(Must prove satisfactory in each grade to advance)

| | | Effective 21-Jan-01 | Effective 28-May-04 | Effective 28-May-05 | Effective 28-May-06 |
|---|---|---|---|---|---|
| | M600 | 23.86 | 24.58 | 25.31 | 26.07 |
| After 6 mos. as M600 | M601 | 24.65 | 25.39 | 26.15 | 26.93 |
| After 6 mos. as M601 | M602 | 25.40 | 26.16 | 26.95 | 27.76 |

## METER READING

| | | Effective 21-Jan-01 | Effective 28-May-04 | Effective 28-May-05 | Effective 28-May-06 |
|---|---|---|---|---|---|
| **Meter Reader** | | | | | |
| | R4 | 16.00 | 16.48 | 16.98 | 17.48 |
| After 6 mos. or at completion of seasonal | R3 | 18.12 | 18.66 | 19.22 | 19.80 |
| After 6 mos. | R2 | 20.21 | 20.82 | 21.44 | 22.08 |
| After 6 mos. | R1 | 24.42 | 25.15 | 25.90 | 26.68 |
| **Collector –Shut Off Tech** | D840 | 20.50 | 21.12 | 21.75 | 22.40 |
| After trial period of 45 work days & 6 mos. as D840 | D841 | 21.62 | 22.27 | 22.94 | 23.62 |
| After 6 mos. as D841 | D842 | 24.00 | 24.72 | 25.46 | 26.23 |

**METER SERVICE**

| | | Effective 21-Jan-01 | Effective 28-May-04 | Effective 28-May-05 | Effective 28-May-06 |
|---|---|---|---|---|---|
| **AMR Repair Technician & Meter Tester/Meter Reading** | | | | | |
| (1) Starting Rate | D516 | 24.83 | 25.57 | 26.34 | 27.13 |
| (2) After 6 mos. as D516 | D517 | 25.83 | 26.60 | 27.40 | 28.23 |
| **AMR Repair & Meter Tester** | | | | | |
| (1) Starting Rate | D515 | 24.83 | 25.58 | 26.35 | 27.14 |
| **Meter Repair** | | | | | |
| (1) Starting Rate | D510 | 22.09 | 22.76 | 23.44 | 24.14 |
| (2) After 3 mos. as D510 | D508 | 23.67 | 24.38 | 25.11 | 25.87 |
| (3) After 3 mos. as D508 | D506 | 24.82 | 25.57 | 26.33 | 27.12 |
| (4) After 12 mos.-D506 | D504 | 26.51 | 27.30 | 28.12 | 28.97 |
| (5) After 12 mos.-D504 | D503 | 27.50 | 28.33 | 29.18 | 30.05 |

L-1

November 23, 2002

Mr. Raymond Lang
53 Larkin Avenue
Warwick, R I 02886

Raymond:

It is the intention of the company to establish a 12-hour shift for four (4) Utility men in our Gas Control department. This shift will be in place from December 1st to March 31st. The shift is being established to insure the safe and efficient operation of our LNG facilities during the normal heating season.

The particulars for pay practices for the 12-hour shift are as follows:

1. **Waiver of Article V: Section 1**

   For the purpose of determining overtime, the basic workweek shall consist of 3 Twelve-hour days, and 1 four-hour day and a 40-hour workweek.

2. **Waiver of Article V: Section 2**

   Time and one-half shall be paid for all hours worked in excess of twelve (12) hours in any one (1) day or in excess of forty (40) hours in any one week.

3. **Article VII: to include 12-hour shift schedule**

   Holidays worked will be paid at the rate of 8 hours holiday pay plus time and one-half for hours worked.

   A holiday taken on a normally scheduled 12-hour workday will be considered one and one-half holidays (12 hours).

   A holiday taken on a normally scheduled four (4) hour workday will be considered one-half of a holiday (4 hours).

4. **Article X: Section 1: Clarifications**

A benefit day shall consist of 8 hours.

If sickness or disability occurs on a scheduled twelve (12) hour workday, it will be considered one and one-half benefit days.

If sickness or disability occurs on a scheduled four (4) hour workday, it will be considered one-half of a benefit day.

If you have any questions pertaining to this change please contact me at 272.5040, ext. 6306.

Sincerely,

Bud Butler
Director of Labor Relations

CC: Gary Munroe
John Doyle
Charlie Aitkens
John Allen