# EXHIBIT R

December 7, 2005

**VIA CERTIFIED MAIL**

Ms. Lynore Horn
P.O. Box 7578
Warwick, RI 02887

Dear Ms. Horn:

By letter dated November 23,2005, the Company notified you that since you have been continuously absent from work since December 8, 2004, your employment would be terminated on or after December 7, 2005, unless your return to work was imminent.

In your written response to that notice, you indicate that your willingness to return to work is subject to numerous conditions the Company does not consider reasonable. Accordingly, due to your prolonged absence from work, and your unwillingness to return to your former job classification, your employment with New England Gas Company is being terminated, effective immediately.

Within the next few weeks, you will receive a final paycheck reflecting payment of 208 hours of vacation time from 2004 as well as 32 hours of personal time.

Please be advised that your health care benefits will terminate effective December 31, 2005. You will be receiving information regarding your rights under COBRA from our corporate Human Resources office. If you have any questions pertaining to the status of other benefits, e.g., pension, 401(k), etc., please contact Joanne Zito, Manager of Compensation and Benefits, at (401) 574-2306.

Sincerely,

D'Anna Soehnge
Vice President
Human Resources

cc: R. Lang, President, Local 12431
J. Allen, Secretary, Local 12431
J. Zito, Manager of Compensation and Benefits
Personnel File