UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE HORN
Plaintiff

v. C .A NO. 07-142S

SOUTHERN UNION GAS COMPANY
NEW ENGLAND GAS COMPANY

**PLAINTIFFS" MOTION TO EXTEND TIME FOR OPPOSITION TO SUMMARY JUDGMENT**

The Plaintiff Prose hereby moves for an extension of time to file the opposition to summary judgment for case # 07-142S . The plaintiff seeks this extension because the defendants never sent a certified copy. The regular mail – copy arriving damaged – and 7 days late. A new copy is being sent now.

Also a motion to be excused due to a death – is another reason.

The prose plaintiff is asking for 20 days from the 17th which is April 7, 2008. To receive a complete copy of the summary judgment and to Attend a funeral .

Sincerely Plaintiff Pro SE
LynoreHorn
88 Alger Ave East Greenwich 02821

CERTIFICATE OF SERVICE

I, The undersigned , hereby certify that I sent a copy : regular mail . a true and accurate copy of the within document to : Nixon Peabody A: Neal mcNamara One Citizens plaza suite 500 Prov. Ri 02903