UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

**MOTION TO BE EXCUSED FROM ATTENDANCE**

**In Re: Lynore Horn**

**Pro se two cases with Judge William Smith**

**04-434S and 07-142S**

The motion of the Pro se to be excused from any writing or attendance is because of a death - , funeral, Dates Wed March 12 – 17, 2008

Enter PER ORDER: EMERGENCY

Judge William E Smith