UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE HORN
Plaintiff

V CA.NO# 07-142S

SOUTHERN UNION GAS COMPANY
NEW ENGLAND GAS COMPANY

**AFFIDAVIT OF MARIAM COMEAU**

I , Mariam Comeau , under Oath swear that this is the truth so help me god and say as follows – That everything is true and that I am willing to state these facts in a court of law

I, Mariam Comeau, was and am still employed at the gas company – Now owned by National grid , But was New England Gas : Then the Providence gas company

That I Have verbally heard – swearing , curing , violent language used during work hours

That I worked in 2004 with Lynore Horn , while she was on light duty .

That I witnessed Her boss, Cliff Richer ,walking by constantly and at one point rubbed against her at the copy machine

Her boss , Cliff Richer did not work in our area – and was only seen walking by when Lynore Horn was on light duty

That : Lynore Horn ; verbally discussed with me problems with her boss Cliff Richer And said "she was scared of him "

Mariam Comeau Miriam Comeau
Dated : April 4, 2008

Notary Publi
My Commissi 08
Dated : Apr. 1