UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE HORN
plaintiff

V C.A.No. 07-142 -S

SOUTHERN UNION GAS CO
NEW ENGLAND GAS CO
Defendants

STATEMENT OF DISPUTED FACTS IN OPPOSITION Of MOTION FOR SUMMARY JUDGMENT

NOW COMES the plaintiff, Pro Se Submits the following statement of disputed facts In opposition of any motion for Summary Judgment ..

1. The Plaintiff , Pro Se is a female citizen of the United States and a resident of the State of Rhode Island .

2. The Plaintiff became employed with the Providence gas company in 1989.

3.During the plaintiff employment she worked in two building either Dexter street or weybosset street building , in various union jobs .

4. In 1994 the plaintiff told Bob Ringman a gun was held to her head in the Dexter street garage. (section A)

5 In 2003 The plaintiff talked to Mike McGuire – about her boss Cliff Richer – harassing her – verbally name calling; degrading age,

6 Mike Mcguire resigned from the gas company his replacement was Bob Ringman: It took the gas company several months to name Bob Ringman as the replacement.

7 The plaintiff began to seek medical care from Dr Robert Marzilli, a psychologist, in

September 2003

8 On February 12, 2004 a meeting was held with Bob Ringman, Mark Boyajian, (a steward) Cliff Richer and the plaintiff

9 During the meeting – The plaintiff told about abuse – physical and mental by her boss Cliff Richer – the meeting ended with Bob Ringman Telling cliff and the plaintiff not to speak to each other – Bob Ringman was going on vacation and would take care of it on his return

10 After the meeting the Plaintiff spoke with Bob Ringman – told him about talk sex Drugs; shoved yelled at; degrading blacks

11 February 13, 2004 – the plaintiff left Bob Ringman a message she was told in the am hours – "you'll never change anything – if you can't handle it quit '

12 February 17, 2004 cliff richer violent – slamming g things in front of plaintiff
plaintiff spoke with Mark Crozier a supervisor

13 Febuary 18 , 2003 Dr Marzillis pulls plaintiff out of work ( Section D )

14 The gas company notified Travelers insurance of work mans comp injury – Travelers denied the claim ( section D )

15 June 4 2004 Note from Dr Marzilli ( section E ) released to work " Saying Ms Horn is capable of returning to customary job only if the harassment, which she has experienced ceases. If this cannot be assured , then I would insist that she be reassigned to a different department "

16 Plaintiff told by company not to return Till EAP Evaluation –Letter received by company May19,2004 ( section E )

17 Kathy wall the nurse called EAP : told LIfewatch –"client was having problems with

her supervisor prior to leaving in February and had come into Kathys office crying " note (section E )

18 Plaintiff saw EAP: Mr Whatts on 5/28/2004

19 ) EAP Dr Whatts : Said in his opinion that she ( the plaintiff ) is unprepared to return to work at this time ( section E )

20 Kathy Wall In deposition Page 44 ( section F ) talked toVice President of Human resources about restrictions by Dr . –possible need for reassignment

21 Letter from Holland and knight ( section G ) Telling the plaintiff to return to the same job same boss –same job .Told to contact Attorney neil McNamara or VP Human Resources D'Anna Soehnge

22 plaintiff told to return June 21,2004

23 talk of killing – murder – blood – in plaintiffs department

24Called to see vice president of human resources – told cannot talk on phone with her must schedule an appointment : made appointment – called Holland and knight begged to speak with attorney McNamara

25 Bob Ringman is fired _ He was the last supervisor over Cliff Richer – No new Supervisor named

26 July 1,2004 saw Vice President of human resources D'Anna Soehnge Talked of sexual language ; degrading blacks – talking of dragging a balck man by the penis ( she said you must be mistaken – I told her no I taped it ) The plaintiff went on to tell of blood , fights ; getting slammed – scared to dealth – name calling ; age degraded .

27 July 2 2004 called D'anna Vice president of human resourses and begged for help – very violent in morning – " told she can do nothing has to investigate "

28 plaintiff called again in July to vice president of human resources told " no Silver bullit to your problem "

29 July 15,2004 Job posted Supervisor , customer service plaintiff applied and sent letter to Vice president of Human Resourses – about qualifications and need to leave hostility (section H )

30 Plaintiff had interview for Supervisor job – Told did not get the job

31 Plaintiff yelled at by boss Cliff Richer for applying for job and changing from my union uniform into dress pants –

32 Union job comes down to plaintiff Research Analyst – Plaintiff told boss of that department she wants the job – even though a cut in pay : told she must take a test a random 20 questions that two supervisors would be asking ( section H ) .

33 In 15 years of employment plaintiff never had to take a test- until she was in the union job – during the 30 day trail she was tested but not before you get the job

34 Plaintiff is told at interview – did great – days latter told she did not pass the test

35 In hallway with boss who tested plaintiff _ Tom Guvuala – Told Plaintiff " I was told you cannot have the job – you cannot leave your area " The plaintiff told him she passed the test

36 Grievance put in about testing by union – (section H)

37 hurt at work – work mans comp injury – Traveler

insurance notified – again they denied the claim All doctor bills sent to plaintiff – and physical therapy – and cat scan bills not told that was denied till dr released plaintiff for return to work .( section I )

38 plaintiff still receiving sexual jokes : attached section J Plaintiff did not have a

computer with her job , left for her

39 plaintiff sent notes to vice president of Human Resources telling of : talk of murder – car break in – plaintiff was dry heaving and scared – No response to notes .

40 December 7 2004 – Plaintiff walked into work a fight was going on near the time clocks – plaintiff got hit ;

41 Plaintiff arrived at her department on December 72004 – talk of needing guns : job is dangerous – saw gun on employee

42 plaintiff could not breath – ended up in emergency room ( section K ) Doctor called police over gun – police came to emergency room

43 plaintiff went to life watch – The company Dr EAP : they sent her to Butler Hospital

44 The plaintiff spent months working with Butler hospital : then given a new Dr Tytell

45 Plaintiff also continued to see Dr Marzilli –

46 Dr Shea from Butler hospital let the nurse gas company know – plaintiff is now PTSD (section O)

47on 2 /28/2005 Dr Marzilli sent the new England gas company an update and telling the under the care of Butler hospital ; ( section P )

48 June27,2005 – The attorneys asked for a letter from butler Dr Tytell – letter given to Defendants ( section P)

49 Plaintiff is being followed – calls to home – family getting calls from legal investigators – Nicole Bocra " Threatened our family " section s

50 Plaintiff informed sick bank ran out – On January 19,2005 Nurse took all workmans comp days and subtracted them from plaintiff sick days.l

51plaintiff never called by company as to jobs available – they had several meter reading

jobs – and many jobs in 2005 – The company never gave the plaintiff the chance to talk about these jobs with her Dr ,

52 December 72005 sent letter fired from company ;

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served to Attorney McNamara At Nixon Peabody One Citizens Plaza, Suite 500 Providence RI 02903.

Lynore Horn Pro Se