UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LYNORE HORN,
Plaintiff,

v. : CA 07-142 S

SOUTHERN UNION GAS CO.
& NEW ENGLAND GAS CO.,
Defendants.

**ORDER**
**DIRECTING PLAINTIFF**
**TO COMPLY WITH LOCAL RULE Cv 56**

Before the Court is Defendants' Motion for Summary Judgment (Document ("Doc.") #24) ("Motion for Summary Judgment" or "Motion"). Plaintiff Lynore Horn ("Plaintiff") has filed an opposition to the Motion, a memorandum in support of that opposition, and a Statement of Disputed Facts in Opposition of Motion for Summary Judgment (Doc. #29) ("Plaintiff's Statement of Disputed Facts"). However, Plaintiff's Statement of Disputed Facts does not comply with District of Rhode Island Local Rule Cv 56, a copy of which is attached to this Order.

Accordingly, Plaintiff is directed to file within ten days of the date of this Order an Amended Statement of Disputed Facts which complies with Local Rule Cv 56 and the following requirements:

1. The Amended Statement of Disputed Facts shall be numbered so as to correspond with the numbered paragraphs of Defendants' Local Rule 56(a) Statement of Undisputed Facts (Doc.

#25) ("Defendants' Statement of Undisputed Facts");

2. As to any fact stated in Defendants' Statement of Undisputed Facts which Plaintiff disputes, Plaintiff shall identify the evidence (including the page and line of any document to which reference is made) which supports her contention that the fact is disputed;

3. As to any fact stated in Defendants' Statement of Undisputed Facts with which Plaintiff agrees, Plaintiff shall state that the fact is undisputed.

After Plaintiff files her Amended Statement of Disputed Facts, Defendants may (but are not required to) within ten days file a brief response to Plaintiff's Amended Statement of Disputed Facts.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
April 29, 2008