## LR Cv 56 MOTIONS FOR SUMMARY JUDGMENT
## [Incorporating Emergency Amendment eff. 4/10/08]

**(a) Statement of Undisputed Facts.**

(1) In addition to the memorandum of law required by LR Cv 7, a motion for summary judgment shall be accompanied by a separate Statement of Undisputed Facts that concisely sets forth all facts that the movant contends are undisputed and entitle the movant to judgment as a matter of law.

(2) Each "fact" in a Statement of Undisputed Facts shall be set forth in a separate, numbered paragraph and shall identify the evidence establishing that fact, including the page and line of any document to which reference is made, unless opposing counsel has expressly acknowledged that the fact is undisputed.

(3) For purposes of a motion for summary judgment, any fact alleged in the movant's Statement of Undisputed Facts shall be deemed admitted unless expressly denied or otherwise controverted by a party objecting to the motion. An objecting party that is contesting the movant's Statement of Undisputed Facts shall file a Statement of Disputed Facts, which shall be numbered correspondingly to the Statement of Undisputed Facts, and which shall identify the evidence establishing the dispute, in accordance with the requirements of paragraph (a)(2).

(4) An objecting party shall also file a Statement of Undisputed Facts setting forth additional undisputed facts that the objecting party contends preclude summary judgment. Such statement shall be prepared in accordance with the requirements of paragraph (a)(2).

**(b) Supporting Documents.** Unless otherwise requested or permitted by the Court, only the relevant portion(s) of documents submitted in support of or in opposition to a motion for summary judgment shall be included in the attachments.

**(c) Successive Motions.** No party shall file more than one motion for summary judgment unless the Court otherwise permits for good cause shown.

(§§ (a)(3) and (a)(4) amended 3/17/08. As further amended by Emergency Amendment 4/10/08.)

## CROSS-REFERENCE

<u>See</u> LR Cv 7 (form of motions and memoranda in support).