UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE HORN
Plaintiff

V CA.NO# 07-142S

SOUTHERN UNION GAS COMPANY
NEW ENGLAND GAS COMPANY

**AFFIDAVIT OF LYNORE HORN**

I, Lynore Horn, under Oath swear that this is the truth so help me god and say as follows – That everything is true and that I am willing to state these facts in a court of law

I, Lynore Horn, was l employed at the New England Gas Company gas company; the Providence gas company originally hired me in 1989

The plaintiff , Lynore Horn , I went to every step – verbally , in writing , to the union and to management to inform them of the continued verbal and physical abuse by my boss Cliff Richer . In the years 2003 -2004

In 2004 the company nurse, Kathy Wall was notified that I had acute stress disorder caused by my work. . So I, the plaintiff had to go to a Disability Management evaluation – a company evaluation center at life watch they stated to the company "It is LWEAP's opinion that she is unprepared to return to work at this time '

In 2004 my boss Threatened my life , said I would have retarded children because of the mercury in the old truck he gave me to drive , I was degraded , by age, weight, hair color and told I was a Niger lover because I could not stand listening to a story of a black man being dragged by his penis during work hours (standing next to a black man who fought for our country).

On December 7 2004 I saw a gun on an employee at work – Was in fear for my life.

The plaintiff, I ,Lynore Horn , was admitted in 2004 and 2005 to Butler hospital for acute PTSD – Months of training on how to deal with violence, guns, -How to protect yourself, How cope after being told they will kill you, .How to resolve harmful situations. The plaintiff went to seven months of training. And then continued therapy till this day

The plaintiff, I, Lynore Horn, never received any notification in 2005 of any job openings –Any union jobs in different areas of the company or of any light duty positions that were available. In sixteen years it was always the job of the company not the union to notify a person of a job opening.

This plaintiff, I Lynore Horn, was bumped from faciliy maintenance in 2002, and was told that I had the next job opening in that department. In November of 2005 they posted that position. The company should have called the plaintiff, me - before posting that job .They never contacted me or her physician to see if she could do this job.

I told my doctors at all times: to fill out any paperwork; fill out any forms sent by the company for updates, or to the company lawyers: update them at any time as to what improvement I have made: the plaintiff gave the Doctor her approval. The company stopped communicating in October of 2005. with any Doctors – and just wrote a letter as to being fired.

The company fired this plaintiff - on December 7 , 2005 with many job opportunities in the union – many light duty jobs – available and with out any discussions of what she needed for her PTSD disease to work full-time.

Many extensions have been given to male employees: The New England Gas Company never asked if the plaintiff needed an extension. and never asked the plaintiff or her doctors when or if she could return to work

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was served to Nixon Peabody, At Neal McNamara One Citizens Plaza, suite 500 Providence RI 02903

Notary Public
Cynthia Valletta
My Commission Expires
Dated : 12-16-08 .

5-8-08 .

Lynore Horn
Dated May 8 2008