UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Lynore Horn,
    Plaintiff

v.                                          C.A. No. 07-142S

Southern Union Gas Company,
et al.,
    Defendant

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on January 30, 2009 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's objection to the Magistrate Judge's Report and Recommendation is DENIED. Defendant's Motion for Summary Judgment is GRANTED.

By Order,

_/s/ Wendy Seail_
Deputy Clerk

ENTER:

_/s/ W. Smith_
William E. Smith
United States District Judge
Date: 2/20/09